# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

HARIS MUJEZINOVIC, et al.,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiffs,　　)
　　　　　　　　　　　　　　　　)Case No. 1:24-cv-01827
　　　　-vs-　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
THE TRUSTEES OF INDIANA　　　　　)
UNIVERSITY, et al.,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants.　　)

VIDEO DEPOSITION OF SCOTT DOLSON

        The video deposition upon oral examination of
SCOTT DOLSON, a witness produced and sworn before
Wendi Kramer Sulkoske, Notary Public in and for the
County of Boone, State of Indiana, taken on behalf of
the Plaintiffs at Hyatt Place, 217 West Kirkwood
Avenue, Bloomington, Monroe County, Indiana on
July 28 at 9:30 a.m. pursuant to the Federal Rules
of Civil Procedure.

CIRCLE CITY REPORTING
1099 North Meridian Street, Suite 920
Indianapolis, Indiana 46204
(317) 635-7857

Case 1:26-cv-01677-MPB-MG    Document 1-2    Filed 08/11/26    Page 3 of 59 PageID #: 28

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.
SCOTT DOLSON
July 28, 2025

Page 2

**APPEARANCES**

FOR THE PLAINTIFFS:

DELANEY & DELANEY
Kathleen A. DeLaney
3646 North Washington Boulevard
Indianapolis, Indiana  46205
kathleen@delaneylaw.net

FOR THE DEFENDANT TIM GARL:

DINSMORE & SHOHL
Christopher D. Lee
211 North Pennsylvania, Suite 1800
Indianapolis, Indiana  46204
christopher.lee@dinsmore.com

FOR THE DEFENDANT TRUSTEES OF INDIANA UNIVERSITY:

BARNES & THORNBURG
John Maley
11 South Meridian Street
Indianapolis, Indiana 46204
john.maley@btlaw.com

ALSO PRESENT:  Ridih Dondeti, Anthony Prather
               Zach Griffin
               Tim Garl (Via videoconference)
               J-Cut Video, Jason D'Angelo

**EXAMINATION INDEX**

|  | Page |
|---|---|
| EXAMINATION |  |
| QUESTIONS BY MS. DELANEY | 5 |

Page 3

**EXHIBIT INDEX**

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 16 | Dr. Miller Dear Doctor Letter | 92 |
| Exhibit 17 | I.U. Physical Examination Form | 93 |
| Exhibit 18 | I.U. Athletics Tryout Physical Form | 94 |
| Exhibit 20 | Orthopaedic History and Examination Examination Form | 96 |
| Exhibit 25 | I.U. Sports Medicine Policies and Procedures | 100 |
| Exhibit 26 | I.U. Media Guide 1985 | 40 |
| Exhibit 27 | I.U. Media Guide 1986 | 44 |
| Exhibit 28 | I.U. Media Guide 1987 | 46 |
| Exhibit 29 | S. Dolson Bio | 47 |
| Exhibit 30 | IDS Article | 63 |
| Exhibit 31 | S. Luther Letter 6/21/24 | 68 |
| Exhibit 32 | K. DeLaney Letter 8/28/24 | 71 |
| Exhibit 33 | Declaration of Butch Carter | 121 |
| Exhibit 34 | Jones Day Report 4/25/25 | 121 |

Page 4

VIDEOGRAPHER: We are on record for the video deposition of Scott Dolson in the matter of Haris Mujezinovic, et al versus the Trustees of Indiana University, et al taken in the U.S. District Court, Southern District of Indiana, Indianapolis Division.  Case number is 1:24-cv-01827-TWP-MG.

Today is July 28, 2025.  The time is approximately 9:40 in the morning.  We are at the Hyatt Place, Bloomington located at 217 West Kirkwood Avenue in Bloomington, Indiana.

Would counsel please identify themselves for the record.

MS. DELANEY: Good morning.  This is Kathleen DeLaney of DeLaney & DeLaney.  I represent the plaintiffs.  And with me is one of my clients, Haris Mujezinovic.

MR. MALEY: John Maley for Indiana University, along with in house counsel Tony Prather, Zach Griffin, and intern, Ridih Dondeti.

MR. LEE: Christopher Lee for Tim Garl.

VIDEOGRAPHER: Would the court reporter please swear in or affirm the witness.

Page 5

SCOTT DOLSON

the witness herein, having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION,

QUESTIONS BY MS. DELANEY:

Q   Good morning.  Would you please provide your name for the court reporter?

A   Scott Dolson.

Q   Have you ever been known by any other name?

A   No.

Q   What is your date of birth?

A   August 29, 1966.

Q   And where do you live?

A   Bloomington.

Q   Indiana?

A   Yes.

Q   Have you taken any medications or substances in the past twenty-four hours which would affect your ability to remember or testify truthfully?

A   No.

Q   Is there any reason why you cannot provide full and complete testimony today?

A   No.

Q   Do you have a lawyer representing you here today?

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.
SCOTT DOLSON
July 28, 2025

Page 6

A   Yes.

Q   And who is representing you?

A   John Maley and Tony Prather.

Q   And is Indiana University paying for your legal fees?

A   Yes.

Q   Do you have an indemnification agreement with Indiana University?

A   No.

Q   When did Mr. Maley begin representing you?

A   He has represented me through his relationship with Indiana University.  So I guess it would not be a separate arrangement with me personally.  I'm covered under the Indiana University representation right now.

Q   Have you ever been represented by anyone other than Mr. Maley and Mr. Prather with regard to the matter that we are here about today?

A   Yes.

Q   And who was that?

A   Wayne Turner.

Q   During what time period did Mr. Turner represent you?

A   I don't remember the exact dates, but it was to help prepare me for any interview with Jones Day.

Page 7

Q   Who paid Mr. Turner's legal fees for that work?

A   Indiana University.

Q   Did you participate in an interview with Jones Day?

A   Yes.

Q   When was that?

A   I don't remember the exact date.

Q   What year was it?

A   Honestly, I think it was within -- I believe we started the independent review in September of 2024.  So I'm thinking it was in 2024.  It was shortly after the beginning of e investigation.

Q   Who attended your interview with Jones Day?

A   I don't remember.  I know it was several representatives of Jones Day.  I believe Tony was there.
     But I don't remember who was there on behalf of Indiana University other than myself.

Q   Was Mr. Turner there representing you?

A   Yes.

Q   Where did the interview with Jones Day take place?

A   In one of our athletic facilities.

Q   On campus at Indiana University?

A   Yes.

Q   Did you provide any documents to the Jones Day

Page 8

investigators?

A   No.

Q   What do you remember about your interview with Jones Day?

A   There were several questions about when I was a basketball manager in the mid eighties.  And then several questions about our current policies and procedures relative to sports medicine.

Q   Did you answer all of the questions that you were asked during the Jones Day interview?

A   Yes.

Q   Were you asked any questions about Dr. Bradford Bomba, Senior during the Jones Day interview?

A   Yes.

Q   Okay.  When did you first have any interaction with Indiana University?

A   I attended basketball camp when I was ten years old.  Nine years old.  I'm sorry.  Nine years old.

Q   Was that over the summer?

A   Yes.

Q   And then did you attend basketball camp for more than one year?

A   Yes.

Q   How many years did you attend basketball camp at Indiana University?

Page 9

A   Three.

Q   After you did the basketball camp experience, what was your next interaction with Indiana University?

A   Attending football games once a year with my grandfather.

Q   Did you grow up in Elkhart?

A   No.

Q   Where did you grow up?

A   Michigan City, Indiana.

Q   How old were you when you decided you wanted to attend Indiana University as a student?

A   Probably nine.

Q   And then did you enroll as a freshman at Indiana University?

A   Yes.

Q   What year was that?

A   1984.

Q   Did you tryout for a sport at I.U.?

A   No.

Q   What was your major?

A   Management.

Q   Which school were you in?

A   The School of Public and Environmental Affairs.

Q   When did you become affiliated with the men's basketball team at I.U. for the first time?

Page 10

A   I was hired to be a basketball manager, I'm close on this, in September of 1984.

Q   Was that a paid position?

A   No.

Q   Did you earn credit for that work?

A   No.

Q   How did you secure that position as a basketball manager in September of 1984?

A   It was an interview process that I went through and was ultimately selected out of the candidates.

Q   Who made the decision to hire you?

A   I'm not a hundred percent sure.

Q   Who did you interview with?

A   There were three senior managers that interviewed all of the candidates.

Q   Did you interview with anyone other than senior managers?

A   No.

Q   Were the senior managers also undergraduate students?

A   Yes.

Q   What were your responsibilities as a men's basketball manager?

A   Basically you do a, kind of a multitude of tasks. In your early years as a manager it's more getting

Page 11

things ready for practice.  You do participate in practice through rebounding, helping with drills, play defense, be kind of an extra.  Some managers film practice.  Some take stats.

There are approximately twelve managers in the program.  As you were elevated or matriculated through the program, your responsibilities grew more in terms of helping with scouting reports, helping arrange away trip details, et cetera, et cetera.

So it was kind of a, whatever they asked you to do, you tried to perform the best you could.

Q   As a manager did you attend every practice?

A   No.

Q   So did the twelve managers get assigned to different practices?

A   No.  You would -- the expectation was to attend every practice, but if you had an exam or a paper you were writing you could get special permission to miss a practice.

So I would say I attended approximately ninety-five percent of the practices.

Q   And then was there also an expectation that as a manager you would attend every game?

A   Every home game.

Page 12

Q   So did you ever travel with the team to an away game?

A   Yes.

Q   How many times did you do that while you were a manager?

A   It would be, I will estimate it would be close to more than twenty, less than forty.

Q   So how did that work?

For away games were a subset of managers asked to travel with the team?

A   Yes.  Basically the seniors were expected to travel.  And then on an as-needed basis you would fill in, the juniors would fill in if a senior could not make it, or if they needed an extra person.  And so forth and so on until you had generally about three on every trip.  Sometimes to a special game, an NCAA tournament, you would take more.

Q   So was most, were most of the away games that you attended during your senior year?

A   No.

Q   During which -- well, let's back up.

Did you work as a manager for the men's basketball team for four years?

A   Yes.

Page 13

Q   From 1984 to 1988?

A   Yes.

Q   Do you remember during which of those years you traveled to away games most frequently?

A   Yes.

Q   Was it 1987?

A   No.

Q   What year was it?

A   For me, because there were only two seniors my junior year and I was the only junior because of attrition, I traveled probably the same for my junior and senior year.

Q   When you attended practices and games, did you go in the locker room with the players and the other staff?

A   Yes.

Q   How much interaction did you have with Dr. Bomba, Senior while you were a manager?

A   Not a lot.

Q   In what situations would you interact with Dr. Bomba, Senior while you were a manager of the men's basketball team?

A   My freshman year I was hit in the head during practice playing defense and had to be taken to Dr. Bomba's office to receive stitches in my head.

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 14

Other than that, it would just be when he would be at practice and we would just be in the same areas. But not much interaction other than just being around the same areas.

Q Where did you go to get stitches in your head?

A To Dr. Bomba's office.

Q Where was that located?

A I can't remember. I was driven there.

Q Was it off campus?

A Yes.

Q Is that the only time you visited Dr. Bomba's office?

A Yes.

Q Did you ever observe Dr. Bomba, Senior in the locker room with players while you were a manager?

A Yes.

Q How often did you see Dr. Bomba with the players in the locker room during the four years you were a manager?

A I would say not very often in practice, but almost every game.

Q Including the away games that you attended?

A Yes.

Q Did you observe any other doctors in the locker room with players at practices and games other

Page 15

than Dr. Bomba during the four years that you were a manager?

A Yes.

Q What other doctors did you observe?

A I observed Dr. Rettig, Dr. Strickland, Dr. Rink. I think that's all.

Q How often did you see Dr. Rettig, Dr. Strickland, and Dr. Rink in the locker room with players as compared to the frequency with which you saw Dr. Bomba, Senior there?

A Dr. Rink would be close to the same as Dr. Bomba. The other two much less than Dr. Rink and Dr. Bomba.

Q Did Dr. Rink travel to away games as frequently as Dr. Bomba?

A No.

Q Before --

A Can I add? I did remember seeing Dr. Ahlfeld. Sorry.

Q That's okay. I was going to ask you about that.

A Yeah. I do remember seeing him. I forgot Dr. Ahlfeld.

Q Thanks. Did you review any documents to prepare for your testimony today?

A Yes.

Page 16

Q What did you review?

A I read the initial Complaint. And then skimmed over the Jones Day report.

Q Anything else?

A No.

Q Have you read Dr. Bomba's deposition testimony?

A No.

Q Have you watched the video of his testimony or received a summary of his testimony?

A No.

Q Did you attend the deposition of Tim Garl last week by Zoom?

A Yes.

Q Did you watch and listen to the entire deposition?

A No.

Q What parts did you skip?

Or what parts did you watch, I guess, would be the better way to ask.

A I had it on my Zoom on my computer in my office, but at the same time I was stepping away. No one else was in my office, but I was stepping away to take phone calls, make phone calls, and do my regular job.

So I would say, you know, I probably watched about half of it.

Page 17

Q Was there anything that Mr. Garl testified to that you think was inaccurate?

A No.

Q Anything that Mr. Garl testified to that you think was either false or misleading?

A No.

Q Anything that Mr. Garl testified to that you dispute or disagree with?

A No.

Q Have you -- tell me what your email addresses are that are provided to you by Indiana University.

A One is sdolson@indiana.edu. We are phasing out that email address. And it's all going to -- so I concurrently now have sdolson@iu.edu.

Ultimately, and I'm not exactly sure when, the @indiana is going to be phased out and it will just be sdolson@iu.edu.

Q Do you also have a personal email address?

A Yes.

Q What is that?

A It's sdolsoniu@gmail.com.

Q How long have you used that gmail address?

A I would say I have had that email address for over ten years. Maybe longer. I can't remember when that started.

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.
SCOTT DOLSON
July 28, 2025

Page 18

Q   Going back to your Indiana University email addresses, do you also have a more generic address like athleticdirector@indiana.edu or iu.edu?

A   Yes.

Q   How do you use the various email addresses that you have?

A   There is a general, it's athldir@indiana.edu that is published on the website that I have an assistant that works for me that monitors all those emails that come in.

   And then we meet to discuss any response that we need to make to those emails.

Q   So those don't come to you directly?

A   No.

Q   Do you ever use your personal gmail account to communicate with anyone at Indiana University?

A   No.

Q   Do you ever use your personal gmail account to communicate with current or former Indiana University student athletes?

A   No.

Q   Do you ever use your personal email address to communicate with prospective Indiana University athletes or recruiters or scouts?

A   No.

Page 19

Q   Have you searched your personal email account for documents related to this case?

A   No.

Q   Do you keep documents related to Indiana University at your home?

A   No.

Q   Have you searched for documents including emails or other items that are related to this case either in connection with the Jones Day investigation or the litigation itself?

A   No.

Q   Do you know whether anyone else has searched your email accounts for -- your Indiana University email accounts for documents related to this case?

A   Yes.

Q   Do you know when that happened?

A   Yes.

Q   When was it?

A   When we announced or started the investigation shortly after receiving the Complaint, I received a letter from our general counsel's office from Tony Prather indicated that --

      MR. MALEY: Hold on one second.  I will instruct you not to reveal communications with in house legal counsel.

Page 20

      You can describe generally that you received an instruction and the approximate timing of it.

A   Gotcha.

   We received instructions shortly, as soon as the investigation started, that our emails would be searched and not to destroy any evidence that could pertain to this case.

Q   A couple times you have mentioned the Complaint.  What are you referring to when you talk about the Complaint?

A   I'm referring to, I believe, it was a letter from you, but the actual notification that we were being sued.

Q   So that was a letter that was sent in late August of 2024?

   Is that what you are referring to when you say Complaint?

      MR. MALEY: Let me just interject.  Earlier when the witness referenced the Complaint, and he could confirm this, I believe he was referring to the Second Amended Complaint in the lawsuit.

      MS. DELANEY: Okay.  Thank you.

      MR. MALEY: What you are talking about now

Page 21

is the initial letter.

      MS. DELANEY: Okay.

      MR. MALEY: I will let you...

Q   When you said that you read the Complaint as part of your deposition preparation, were you then referring to the legal document that was filed in court?

A   Yes.

Q   And then when you said just a few minutes ago shortly after the University received the Complaint you were told to preserve records, in that context you were talking about the letter that came in late August, is that right?

A   Correct.

Q   Okay.  Have you communicated with anyone about this lawsuit or the initial Complaint that came by letter with anyone using your personal email address?

A   No.

Q   Or your personal cell phone?  For example, by text message or phone call?

A   Yes, by text message.

Q   What is your cell phone number?

A   (812)369-5347.

Q   And who is your provider?

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 22

A  AT&T.

Q  Is that a University provided phone or a personal phone?

A  Personal.

Q  Do you also have a University provided cell phone?

A  No.

Q  Who have you sent or received text messages with about this case or the allegations in the Complaint?

A  Tony Prather.

Q  Anybody else?

A  I don't want to speculate, but it could be that Todd Richardson maybe.  It would be more just logistical details like we are going to meet about this case.  We are going to discuss it.  I would be notified of meetings coming up, et cetera.

Q  Have you texted with any member of the Bomba family concerning the case or the allegations?

A  Yes.

Q  Which ones?

A  Kelly Bomba.

Q  Anybody else?

A  No.

Q  Does Kelly Bomba work in your athletic department?

A  Yes.

Page 23

Q  What is her role?

A  She's a senior associate athletic director.

Q  What is she responsible for?

A  She has a wide range of responsibilities from fundraising to overseeing our women's excellence program.  She is the board administrator for men's and women's golf.  And is kind of a, I don't have a chief of staff, but she would be a special projects person for me.  She reports to me.

Q  How is she related to Dr. Bomba, Senior?

A  Daughter-in-law.

Q  And who is she married to?

A  Matt Bomba.

Q  So does Kelly Bomba fulfill the role on your staff that is closest to a chief of staff?

A  Yes.

Q  Have you communicated by text message with Tim Garl about this case or the allegations in the case?

A  Not to my knowledge, no.

Q  Have you communicated by text message with anyone in I.U. administration or any trustees about the case or the allegations other than Mr. Prather or in house attorneys?

A  Not to my knowledge.

Page 24

Q  Did you live on campus while you were an undergraduate at I.U.?

A  Yes.

Q  Where did you live each of your years here as a student?

A  My freshman year I lived at Read Dormitory.  My sophomore, for my sophomore year on I lived at Jackson Heights Apartments.

Q  Did you have any neighbors who were men's basketball players?

A  Yes.

Q  Who?

A  Steve Alford.  Todd Jadlow.  Brian Sloan.  Jeff Oliphant.  Todd Meier.  Steve Eyl.  Andre Harris.

Q  Did you socialize with basketball players while you were an undergraduate student?

A  Yes.

Q  Did you have friends who were on the men's basketball team while you were a student?

A  Yes.

Q  Who would you consider to be your closest friends from the men's basketball team from the days that you were a student manager?

A  Brian Sloan.  Jeff Oliphant.

Page 25

Q  Anyone else?  Those two?

A  They would be my closest friends, yes.

Q  Are you still in touch with both of them?

A  Yes.

Q  Have you ever communicated with any men's basketball players about, and I'm talking now for this question during the time that you were a student manager, did you communicate with any men's basketball player about Dr. Bomba, Senior?

A  Can I clarify the question?
    You are talking about when I was a basketball manager?

Q  Correct.

A  No.

Q  But I'm not talking about communications only while you were on duty as a manager, I'm talking about those four years?

A  Right.  Right.  No.

Q  So you never communicated with a player about Dr. Bomba?

A  I personally didn't, no.

Q  Not even to say maybe you need to go see Dr. Bomba because you hit your head at practice?
    Nothing like that?

A  I don't remember.

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.
SCOTT DOLSON
July 28, 2025

Page 26

Q  Okay.  Did you ever, while you were a student manager, did you ever communicate with a player about digital rectal exams at Indiana University?

A  No.

Q  Did you ever communicate about that topic under a different name, not calling it a digital rectal exam, but did any player ever say or report to you that Dr. Bomba put his finger up their you know what?

A  I just want to clarify.  I don't remember myself talking about it.  I do remember it being joked about.

Q  Okay.  What do you remember about that?

A  I remember being in the locker room, I don't know when, but I remember some banter, some joking about Dr. Rink and having, the players having to wear a mask while they were on the treadmill, I think a player fell off.  There was really kind of a lot of joking about that.

Then there was joking about players getting their first prostate exam, just players kind of laughing about that.

Q  And was it clear that the first prostate exam was being performed by Dr. Bomba, Senior?

A  Yes.

Page 27

Q  Did you ever -- well, do you remember when that was?

A  No.

Q  Was there more than one occasion when you heard locker room banter or joking about prostate exams or Dr. Bomba's fingers?

A  I don't remember.

Q  Did you ever hear joking or banter about any doctor other than Dr. Bomba, Senior performing a prostate exam or rectal exam or digital rectal exam?

A  No.

Q  Which players were participating in the joking or banter about Dr. Bomba performing prostate exams?

A  I don't remember.

Q  This happened in the locker room?

A  Yes.

Q  Who was the player who fell off the treadmill during the exam by Dr. Rink?

A  I don't remember.

Q  Do you remember what year this happened, meaning in your career as a student?

A  I don't.

Q  How many people were there?

A  I would say more than five, less than fifteen.

Page 28

Q  And were any of the people present for the locker room banter about Dr. Bomba doing a prostate exam members of the coaching staff?

A  No.

Q  Was Mr. Garl present?

A  No.

Q  Were the five to fifteen people present for this joking banter all students?

A  Yes.

Q  So was it in the context of early on in the season where freshman were going to have their first pre-participation physical exams?

A  Can you repeat the question?

Q  Sure.  This time that you remember there being locker room banter or joking about players getting their first prostate exam from Dr. Bomba, was that at the beginning of the pre-season when students were reporting and going to be having their pre-season physical exams?

A  Yes.

Q  So were the people participating in the joking and banter freshman or upperclassmen or both?

A  Both.

Q  So was it upperclassmen kind of warning the freshman that they were going to get a prostate

Page 29

exam from Dr. Bomba?

A  No.

Q  What was it?

A  I would just characterize it as more players joking around thinking it was funny.

Q  Would you consider it hazing, like warning them something bad is going to happen when you have your pre-season physical?

A  No.

Q  Do you remember any words that were used other than prostate exam?

A  I don't.  I do remember, I will add, it might give you some context of what the joking was about, there was a movie that Chevy Chase was in called Fletch.

In that movie there was a scene about a prostate exam that he received in the movie.  It was funny.  And I believe in the joking and bantering that was referred to.

To the best of my knowledge, that is what I remember.

Q  Do you know who referred to the movie Fletch?

A  No.

Q  Are there any other times that you recall hearing any discussion about prostate exams, rectal exams,

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 30

digital rectal exams, or Dr. Bomba and his use of fingers during a medical appointment?

A  Are you talking about, can I clarify --

Q  During your four years as an undergraduate. Sorry.

A  No.

Q  No.  So you only remember one instance that you observed locker room banter during the four years that you were a student manager concerning digital rectal exams, prostate exams, rectal exams, or anything to do with Dr. Bomba and his fingers, is that a fair summary?

A  Yes.

Q  And you don't remember whether Mr. Garl was there, or are you sure that he was not there for that?

A  I'm sure he was not there for that.

Q  Did you ever participate in or hear communications that happened off, not at Assembly Hall or not in the locker room, but maybe at Jackson Heights or in social settings where players talked about rectal exams, prostate exams, digital rectal exams or Dr. Bomba's fingers?

A  No.

Q  When you heard the locker room banter involving

Page 31

the discussion of the movie Fletch, at that time did you already know that Dr. Bomba routinely performed rectal exams during pre-season physicals?

A  No.

Q  So was that the first time that you learned that information?

A  Yes.

Q  And did you hear upperclassmen or someone who is a sophomore, a returning player, recount their experience with undergoing a prostate exam?

A  No.

Q  Have you told us everything that you remember about that incident in the locker room?

A  Yes.

Q  Did you graduate in four years from I.U.?

A  No.

Q  Okay.  When did you graduate?

A  In four and a half years in December of 1988.  I took an extra semester.

Q  Did you continue working as a men's basketball manager during the fall semester of 1988?

A  No.

Q  What was your first job after you graduated in December of 1988?

Page 32

A  I worked for the Indiana Department of Motor Vehicles for three days.  I didn't like it.  I got to tell the truth.

Q  I can't imagine why you would not like that. Okay.
   What was your next job after that?

A  Then I worked for Tim Knight Enterprises.  In between I had a part-time job working for Kilroy's as a bartender.
   And then I worked for Tim Knight Enterprises, which would be my first real full-time job.

Q  What was Tim Knight Enterprises?

A  It was his company that was set up to both run Bob Knight's businesses, his camps, his clinics, his apparel store.
   And then it also had Tim Knight camps, his own events as well, as well as AAU basketball events.
   So I was, I was vice president, but there were only two people, Tim and myself, so it was kind of funny.

Q  How is Tim Knight related to Bob Knight?

A  He is his son.

Q  How long did you work for Tim Knight Enterprises?

A  I'm close on this, I would say less than two

Page 33

years.  Approximately closer to one and a half years.

Q  And what was your next job after that?

A  Then I was hired as the assistant director of the I.U. Varsity Club, Indiana Athletic Department.

Q  When did you start at the Varsity Club?

A  I'm close on this, I want to say December of 1990.

Q  Was that a fundraising role?

A  Yes.

Q  How long did you work as assistant director at the I.U. Varsity Club?

A  Approximately, I want to say eight years before I was promoted.  Somewhere in that neighborhood.

Q  And what was your next role?

A  I became director of the Varsity Club at some point.  I'm not sure of the exact date.

Q  Was that your next promotion, was director?

A  Yes.

Q  How many years did you stay at the Varsity Club?

A  I basically was with the Varsity Club until I became -- the Varsity Club is a part of the athletic department.  It is not a separate organization.  I was with the Varsity Club basically until I became athletic director five

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.
SCOTT DOLSON
July 28, 2025

Page 34

years ago.

Q  So from approximately 1990 to 2020 you worked in the athletic department at the Varsity Club, is that correct?

A  Yes.

Q  How much interaction did you have with the men's basketball program while you were in your assistant and then director roles at the Varsity Club?

A  I would say regular interaction.  As I remained with the Varsity Club I also assumed other responsibilities in addition to the Varsity Club, ultimately becoming the chief operating officer under Fred Glass.
      So for ten years I was director of the Varsity Club and chief operating officer.

Q  Chief operating officer of the athletic department?

A  Yes.

Q  So were you chief operating officer of the athletic department from 2010 to 2020?

A  Whenever Fred Glass was hired.  I'm not sure if it was 2010 or if he was hired -- whenever he was hired is when I was named, shortly after that, named chief operating officer, director of Varsity

Page 35

Club.

Q  Okay.

A  So you are close.

Q  So you said that throughout the time that you worked at the Varsity Club you had regular interaction with the men's basketball program.
      Could you explain what types of regular interactions you would have with the men's basketball program during that timeline?

A  Yes.

Q  Go ahead, please.

A  So it would be a combination, my interaction would be on the fundraising side if we had an event or project.  Such as raising the money for Cook Hall, I would interact with the men's basketball staff and interact with men's basketball to conduct that.
      If I would potentially be taking a donor to a practice or an away game, there would be interaction there.  And then, subsequently, I became the, at some point during that time period I also became the sport administrator for men's basketball.
      In a sport administrator role you were the liaison between the basketball program and the

Page 36

sport you oversee and the athletic director.  So I would oversee budgetary issues, scheduling, routine HR issues within men's basketball.  I was the liaison to the athletic director in that process.

Q  Did you stop working as a men's basketball manager at the end of the 1987/1988 season?

A  Yes.

Q  And then did you have any regular interaction with the men's basketball program between the end of the 1987/1988 basketball season and December of 1990 when you started at the Varsity Club?

A  Yes.

Q  What types of interaction?

A  Well, my roommates were on the team.  So that would be Brian Sloan and Jeff Oliphant.  And I was close friends with several other either managers or players on the team.
      So my interactions would probably have been more social than direct responsibility.

Q  Okay.  So is it fair to say that from the time you arrived at Indiana University as a freshman in the fall of 1984 up until the present day you have had regular significant interaction with the men's basketball program?

Page 37

A  Yes.

Q  We talked previously about the four years that you were a student manager.  Now I want to ask the broader question.
      Over the forty years that you have been affiliated with the men's basketball program at Indiana University, how many times have you observed communication or conversation about Dr. Bomba, Senior's use of his fingers, rectal exams, anal exams, prostate exams, digital rectal exams, anything in that topic?

A  I would estimate less than five.

Q  And what do you remember about those instances?

A  Similar to the locker room banter.  I remember being at an alumni event and similar joking.  It always seemed like the joking was about either Dr. Rink and the cardiac testing or Dr. Bomba and experiencing their first prostate exam.
      It gets kind of conflated in my head between -- as I said, I distinctly remember being in the locker room for that scene when I was a manager.  But I also remember being together with former players.  We had several reunions, as you can imagine, over those forty years and some joking about that as well.

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.    SCOTT DOLSON
July 28, 2025

Page 38

Q   So you think that the additional up to five instances that you witnessed were all at reunion events for former basketball players?

A   Yes.

Q   Do you remember where those events occurred?

A   I don't.

Q   Did you ever attend a men's basketball player reunion event in French Lick?

A   Yes.

Q   How many times?

A   I would estimate less than five. Probably, I don't want to make a mistake, but I would say I think we had maybe four there. I think I'm close.

Q   Do you remember any of the players who were present for the joking and banter about Dr. Bomba and their first prostate exams at these up to five alumni events?

A   No, not specifically.

Q   What era were the players from?

A   Generally from my era.

Q   Meaning when you were a student?

A   And to clarify, I would say there's a period from 1984 until the early nineties because of the crossover players that I had probably closer relationships with players then post, say, 1992,

Page 39

1993. Somewhere in there.

Q   So when you refer to your era, you are talking about 1984 until the early nineties, like 1992-ish?

A   Yes.

Q   And that's because as a manager you interacted with players from all years of eligibility, right?

A   Yes. I roomed with Eric Anderson, for example, who graduated, I believe, in 1991. Because I never left Bloomington, I was just around the players a lot.

Q   Any other players you lived with other than Eric Anderson, and Oliphant, and I forgot the other one?

A   Brian Sloan.

Q   Sloan. Yeah.

A   Yes.

Q   Who else did you live with?

A   I lived with Delray Brooks. And I lived with Matt Nover, in addition to Brian Sloan, Jeff Oliphant and Eric Anderson.

Q   Did you ever talk to Todd Jadlow about Dr. Bomba?

A   Not that I can remember.

Q   How did you get involved in the, or interested in being a manager for the men's basketball team at

Page 40

I.U.?

A   Delray Brooks was my best friend in high school. And on his visits to I.U. when he committed to play for Coach Knight, he had learned that Steve Alford's roommate was a manager. He called me and said that he committed to play for Coach Knight. He indicated that he, we could be roommates, which we had talked about if he would come to Indiana. He thought that I would make a great candidate to be a manager. I was kind of a package deal.

Q   So Delray Brooks told Coach Knight that he would only come to I.U. to play if he hired you as a manager?

A   I don't know if it was that specific. But I think, yeah, I had a thumb on the scale.

Q   Okay. And then did you room with Delray Brooks your freshman year at Read?

A   Yes.

Q   I'm going to hand you what has been marked as Exhibit 26.

    Do you recognize what Exhibit 26 is?

A   Yes.

Q   What is it?

A   It's the media guide, what we called the media

Page 41

guide, quote, unquote, press guide from my freshman year, the 1984/1985 season.

Q   If you look at the page with the Number 1773 in the bottom right-hand corner, can you confirm that you are listed as a manager and you are in the photograph with the other managers?

A   Yes.

Q   Which one are you?

A   This is kind of funny. I have not seen this in a long time. I was having a bad day that day.

    MR. MALEY: The guy in the white shirt?

A   Yeah. I'm in the white shirt.

Q   That is why I need you to help me.

A   I'm in the middle. You can see I have kind of a goofy shirt on because they gave me this shirt that I was not thrilled with.

    Yeah, I'm in, if you start from the left, one, two, three, four, I'm the fifth, so right dead in the middle.

Q   So you are right in the middle?

A   I'm right in the middle.

Q   Okay. How much interaction did you have with Tim Garl while you were a manager?

A   I would say a lot.

Q   On what kinds of issues or on what things, not

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 42

necessarily issues, but what type of interaction did you have with him?

A   The senior managers really ran the manager program.  And then Tim would oversee really -- the senior managers would oversee kind of, they had the ultimate responsibility.

So Tim would probably be the person on the staff more than anyone that would direct the managers on what they needed to do.  So I had a lot of interaction with him in that regard.

Q   If you can turn to the page with the Number 1772 in the bottom corner of Exhibit 26.  We have the player roster for the 1984/1985 season.

I'm wondering if by looking at the names do you want to just run through them and tell me whether seeing their names there helps you remember who was in the room, in the locker room for the banter about the movie Fletch and Dr. Bomba doing the prostate exams?

A   It really, it could have been all of them.  It really doesn't.  Nothing pops in my head that this person was involved.

Q   Okay.  Of the players listed there from the 1984/1985 roster, which ones are you still in contact with?

Page 43

A   Delray Brooks.  Todd Meier.  Steve Eyl.  Brian Sloan.  Those would be the ones that I'm in contact with most regularly.

Irregularly or I still will hear from Dan Dakich, Steve Alford, Joe Hillman.  Yeah.  That probably would be still, once in a while I will maybe hear from them, but not, it would be kind of two different levels.

Q   And then, again, looking at the names on this roster from 1984/1985, does that help you remember whether any of these individuals were present for the up to five times at player reunions when Dr. Bomba and prostate exams were joked about?

A   I just don't want to speculate because I really don't remember who was involved in it.

Q   Other than the incident when you needed stitches from Dr. Bomba, did you ever have occasion to get medical care from any of the team physicians?

A   No.

Q   Were you as a manager required to get a pre-participation physical?

A   No.

Q   Even though you were practicing with the team you were not required to get a physical?

A   Correct.  Can I add something?

Page 44

Q   Sure.

A   In participating, it was in drills.  It was not, like, scrimmaging and you played defense.  So there was a little bit of a line of demarcation, even though I did get my head hit, but I don't want to exaggerate my basketball abilities.

Q   Well, I mean, if you are playing defense and rebounding you are playing basketball, correct?

A   Right.

Q   I'm going to hand you what has been marked as Exhibit 27.

Do you recognize that as a media guide for the 1985/1986 basketball season?  So your sophomore year.

A   Yes.

Q   You were identified as a student manager in this media guide as well, is that right?

A   Yes.

Q   Is there any difference between being a manager and being student staff?

Or is that the same idea?

A   It would be the same.

Q   If you will look at the roster, which is on the Page ending in 1777, while we have been here this morning we have confirmed that the movie Fletch

Page 45

came out in 1985.

So it's possible that these are the players who were in the locker room for the instance that you remember.

In particular, looking at who is a freshman on this 1985/1986 roster, does that help you remember which players were in the room when the prospects of their first prostate exam were discussed?

A   No, it doesn't.  My reaction would be also there had to be other managers in there as well.  There was just so many people in and out.  I just can't recall who was really -- I just remember there was joking about that and then that movie came up.  I just don't know who was there.

Q   And then if you will go to the next page, can you tell us which one of the people in the photo you are on the student staff?

A   Yes.  In the back row, the fourth one from the left.

Q   Looking at your cohorts in the student staff photo, does that help you remember whether any of those individuals were in the room for the conversation that we have been talking about?

A   No.

Case 1:26-cv-01677-MPB-MG   Document 1-2   Filed 08/11/26   Page 14 of 59 PageID #: 39

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 46

Q  I'm going to hand you what has been marked as Exhibit 28.
   Can you confirm that that is a media guide for the 1987/1988 season?
A  Yes.
Q  Are you listed as a student manager and trainer on the page ending in 1792?
A  Yes.
Q  So how many student trainers were there as compared to student managers?
A  There would only be one student trainer.  The rest were managers.
Q  What was the difference in duties for the trainer as compared to the managers?
A  It was completely different.  The student trainer was assigned strictly to the medical team.  There was interaction, but they didn't really do any of the activities that managers did.
   I always assumed they were grad students as well, but I don't know that for sure.
Q  And you were not managing for the 1988/1989 team, is that correct?
A  Correct.
Q  Can you tell me when you started working as the chief operating officer for the athletic

Page 47

department, was that your first role in the athletic department outside of the Varsity Club as an employee?
A  Yes.
Q  And how did you get selected for the chief operating officer role?
A  I think Fred Glass felt because he was coming in to athletics and never having been in a college athletic department before, I think he felt that he and I could really balance each other well because I have the history.
   I had -- we formed a really good team from the day I met him.  So it was really his thought that that would be a great opportunity for us to work together to lead the department.
Q  So did you know Mr. Glass before he became the athletic director at I.U.?
A  No.
Q  Was it clear at some point that working as the chief operating officer was also part of a succession plan for when Mr. Glass left the program or the department, I guess?
A  No.
Q  I'm going to hand you Exhibit 29.
   This is, I believe, your bio from the

Page 48

website.  Is that correct?
A  Correct.  I'm not sure what year this was.
Q  I was hoping you could help me with that.
   So take a minute to read the bio and then let me know when you are finished, please.
A  Can I get my glasses real quick?
Q  Yeah.  Sure.
   MR. MALEY: Kathleen, whenever it is convenient, can we take the first break.
   MS. DELANEY: Sure.  We can take a break.
   VIDEOGRAPHER: Going off record.  It's 10:55.
   (AT THIS TIME A SHORT RECESS WAS HELD OFF THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS WERE HAD:)
   VIDEOGRAPHER: We are back on record.  It is 11:09.
BY MS. DELANEY:
Q  Okay.  Mr. Dolson, we were reviewing Exhibit 29, your bio from the Indiana University website.
   And having had a chance to read it, does it accurately summarize your experience with the University in the athletic department?
A  Yes.
Q  So you became the athletic director on July 1 of

Page 49

2020, is that correct?
A  Yes.
Q  And for eleven years before that you were deputy director of athletics and chief operating officer?
   Is that true?
A  Yes.
Q  What was your role as deputy director of athletics?
A  Basically I had oversight over the day-to-day operations of the department.  I reported directly to the athletic director, Fred Glass.  And so he, his expectations of me were to make certain that everyone in the department, or the department was running smoothly.
   I also still had really day-to-day involvement and oversight in fundraising, which would be kind of what I did on a day-to-day basis in addition to managing the rest of the department.
Q  And then what was the role of COO?
A  That is what I just explained.
Q  Okay.
A  As COO you really run the operation of the department.
Q  Was there a difference in the role of deputy

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 50

director versus chief operating officer?

A  Not in that context. But there are some deputy athletic directors who would not be the COO so it's not the same in every school. You might be the deputy athletic director at another Big 10 school and oversee compliance. You could be the deputy athletic director and oversee different things.

I happened to be, as my role as deputy athletic director, I was also, I was the chief operating officer in addition to running the fundraising.

Is that confusing or is that...

Q  That is okay.

A  Deputy athletic director around the country is not, like, the same wherever. You can define it how you want to.

Q  Understood. This bio says that, "I.U. continues to sell more student season tickets than any other program in the country."

What is your data point for that?

A  Our student section, the number of tickets available is around 7,500-ish. I'm not sure what it was when we published this.

Which by sheer number is, we believe, more

Page 51

than any other school in the country.

In addition, we sell to more students than 7,500 because we break those student tickets up into packages so that every student who wants a ticket can have a chance to see a game.

So our unique system, we believe, means that we have more students at our games than any other school.

Q  Is that for across all sports or for particular sports?

Oh, it's referring to men's basketball. Sorry.

A  That is fine.

Q  Got it. So your bio says that you were the head student manager in 1988.

What was different about your role as the head student manager as compared to when you were a regular student manager?

A  When you are the head manager, it's like a lot of organizations, that as you matriculate up through the system, you gain more responsibility.

The head manager has oversight over the rest of the managers and really would organize all of the activities of the managers and be responsible for those activities.

Page 52

And so I -- generally the senior managers become the head managers, not always. But that is kind of a status you elevate to.

Q  What was your role within the athletic department when Coach Knight was fired?

A  I think my official title was associate athletic director and director of the Varsity Club.

I need to -- can I correct that?

Q  Sure.

A  I'm sorry. I'm trying to remember the time. Hold on. I think actually -- I'm sorry. I misspoke. I was losing track of time.

When he was fired I was still assistant director of the Varsity Club. I apologize.

Q  Okay. So your role was limited to the fundraising part of the operation at that time, is that correct?

A  Yes.

Q  How have your job duties and responsibilities changed in the role of athletic director as compared to chief operating officer and deputy director of athletics?

A  I would say that the main, a few main things have changed. I was very fortunate to have a lot of experience under Fred Glass. He gave me a ton of

Page 53

responsibility. So the overall day-to-day responsibilities in that regard have not changed because I was really running the operations of the department before.

The main difference is the buck stops with the athletic director. Whereas, before I was making recommendations to the athletic director. Now I'm the one that has to make, you know, the final call on particularly difficult situations.

In addition, I represent the athletic department on the President's Cabinet and other pertinent areas that the athletic director needs to be the main representative which the, you know, the prime example of that is representing us in the Big 10 conference with the other Big 10 athletic directors.

So the actual operational part of it, you know, I was kind of used to. It's more the final decision making responsibility and ultimately where you represent the department in high level areas.

Q  Do you attend the President's Cabinet meetings?

A  Yes.

Q  And have you been doing that for the past five years?

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 54

A   Yes.

Q   And has there been any discussion about the allegations in this case or this lawsuit at any President's Cabinet meeting that you attended?

A   No.

Q   Were there any discussions at any President's Cabinet meeting about Dr. Bomba that you recall?

A   No.

Q   What are the highest profile athletic programs at Indiana University?

A   I would say football and men's basketball. With women's basketball being kind of right behind that.

Q   Over the forty years that you have had with the University, has men's basketball always been the top one or two high profile programs within the athletic department?

A   Yes.

Q   Would you agree that the I.U. men's basketball program is an elite and highly competitive program?

A   Yes.

Q   And would you agree that student athletes would likely view participation in I.U.'s men's basketball program as a gateway to professional

Page 55

basketball opportunities?

A   Yes.

Q   Would you agree that student athletes work hard and make an extra effort to find their way onto the I.U.'s men's basketball team?

A   No. I would not agree with that statement.

Q   Okay. Why?

A   I think, I think student athletes work really hard to try to get to the level to play for a power five, particularly, men's basketball program. I don't think they specifically work just to -- Indiana University is not everyone's first choice.
        It is a distinction I think in maybe the way you phrased that. I don't think every kid grows up working hard because they want to play for I.U. I wish they did, but I think there are kids who grow up working hard because they want to play at this level for sure.

Q   Okay. How has sports medicine at I.U. changed over the forty years that you have been with the athletic department?

A   I think sports medicine is probably a microcosm of several areas within the department that have evolved as the times have changed.
        I think that the formality of it has become

Page 56

much more, the entire process has become more formal, more regimented.
        And, like I said, I would say like many areas of the department, there's just much more, more of a process oriented, process driven aspect of it.

Q   What do you mean by the sports medicine program becoming more formal and regimented?
        Can you give me some examples?

A   Yes. I would say that from my knowledge where I sit now, the note taking, the documentation, would mirror much more in line with what would be outside of the athletic departments than it was when you go back in history, would be probably a perfect example of that.

Q   Okay. What do you mean by that?

A   I would say the expectation of trainers to keep more medical records would be at a much higher level than it was when I started forty years ago just looking at it from my perspective right now as the athletic director knowing now what I know.

Q   Does that apply to record keeping only by trainers or also by doctors?

A   That would be anyone involved in sports medicine, including doctors.

Q   You also said that the sports medicine program has

Page 57

become more process oriented or process driven in its approach.
        Can you explain what you mean by that?

A   It's my feeling, again, sitting where I sit now that it goes along with the record keeping, that it's much more of a system that we need to, we as a department, have to follow what the Big 10 standards would be, what the, what in terms of best practices in record keeping would be. That would be just something that is really involved. That is what I mean.
        But in terms of the process, it would be sort of the paperwork, the documentation.

Q   When did medical records -- well, from the beginning when you started in 1984, medical records for student athletes were centrally stored at Assembly Hall, correct?

A   I don't know.

Q   Does the Big 10 provide standards or best practices for pre-participation physicals?

A   Not that I'm aware.

Q   Does the Big 10 provide forms or other documents to be used in providing sports medicine services to student athletes, or do those get developed on a university by university basis?

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 58

A  My understanding would be those would be at a university by university basis.  The Big 10 has a chief medical officer that was brought on board during COVID that still exists today that I think tries to coordinate Big 10 CMOs.

But to my knowledge, there is not a standard form.

Q  Has Indiana University's athletic department ever sought direction or information from the Big 10 or the Big 10's chief medical officer about pre-participation physical exams?

A  Not that I'm aware of.

Q  After the allegations in this case were raised, did you consult with your peers at other Big 10 schools about whether doctors at other places do prostate or digital rectal exams as a routine part of a pre-participation physical?

A  No.

Q  Have you consulted with anyone at the NCAA about that topic?

A  No.

Q  Have you investigated whether any of the current team doctors for any of the sports at I.U. do prostate exams, rectal exams, anal exams as part of pre-participation physicals?

Page 59

MR. MALEY: As part of the question are you including broadly digital rectal exams?

MS. DELANEY: Yes.

A  No.

Q  Who is the chief medical officer now in the athletic department at I.U.?

A  Dr. Michael LaGrange.

Q  How long has Dr. LaGrange been in that role?

A  Approximately two and a half years.

Q  Who was the chief medical officer before Dr. LaGrange?

A  Dr. Andy Hipskind.

Q  How long was Dr. Hipskind in the role?

A  Approximately fifteen years give or take.

Q  So was Dr. Hipskind the first chief medical officer in the athletic department at I.U.?

A  I don't think so.

Q  Who else has been in that role?

A  From my understanding where I sit now, the, I think Dr. John Miller may have been.  I'm not sure if that was his title.

To my knowledge, at some point, and I don't know the exact year, there was no longer a physician that actually worked directly for the University, for the athletic department.

Page 60

We outsourced our, all of our physicians, including chief medical officer, to an outside group.  Under Fred Glass we brought back the chief medical officer position inside the athletic department.

Q  Why did you do that?

A  It was part of the best practices review that we felt like having the -- among other reasons, that was the best way to continue to evaluate and move our sports medicine program forward to have the chief medical officer work directly for the University, have a dotted line through the health center.

And at the same time, the outside group who we were outsourcing that to was being sold.  And so that was another factor that was in that decision.

Q  Can you describe the best practices review that you just mentioned?

Was it limited to sports medicine or was it department-wide?

Who performed the review?

A  Yes.  We brought in, I will be close on this, Dr. Chhabra, who was with the Mayo Sports Medicine Clinic, Mayo Hospital.  He was based out of

Page 61

Arizona.  He came in and did a thorough best practices comprehensive review of all of our just sports medicine.

He came back with a whole list of recommendations where we could continue to improve our services to our student athletes.

Q  When did that happen?

A  I will be close on this.  I would say in the neighborhood of ten years ago.  But, again, I'm close on that.  It could have been twelve.  It could have been eight.  It was somewhere in that ten years ago.

Q  How do you spell Dr. Chhabra?

A  I will be close.  I want to say C-H-A-B-E-R-R-A.

Q  Did Dr. Chhabra's review of the sports medicine program at Indiana University result in changes to the program beyond just bringing the chief medical officer back in house as an employee?

A  Yes.

Q  Can you remember some of the other changes that were adopted based upon that review?

A  You know, I don't remember specifically.  I remember maybe twelve to fourteen different topics, different areas where we could, again, advance the program from a best practices

Case 1:26-cv-01677-MPB-MG    Document 1-2    Filed 08/11/26    Page 18 of 59 PageID #: 43

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 62

perspective.

Q  Did that include creating a new pre-participation physical form that was to be completed during those examinations?

A  I'm sorry.  I don't remember.

Q  Did Dr. Chhabra's review result in adoption of new athletic department policies related to chaperons being present for certain medical treatment or examinations?

A  I don't remember specifically.

Q  Do you remember any of the twelve to fourteen topics that Dr. Chhabra made recommendations on?

A  Other than the chief medical officer review, which was a big part of, I think, why we brought him in to determine the final placement of that, I don't remember the other areas.

I do remember we followed up on them all.  I just don't remember the specifics.

Q  When was the first time that you learned about any allegations of wrongdoing by Dr. Bomba with Indiana University student athletes?

A  I believe it was in some communication with our general counsel's office.  That was the first time.

Q  When was that?

Page 63

A  As part of this lawsuit.

Q  Okay.

A  Somewhere around the end of August of 2024, I believe.

Q  I'm going to hand you what has been marked as Exhibit 30.

This is an article from the news media.  Specifically the Indiana Daily Student.  If you look at the second page of Exhibit 30, it says "I.U. received a notice of allegations of inappropriate behavior involving former men's basketball team physician Dr. Bradford Bomba, Senior as early as June 2024, according to emails obtained by the Indiana Daily Student."

It goes on to refer to an email message sent to you and others on June 21, 2024.

Did you receive that email and the attached letter on behalf of a John Doe?

A  Yes.

Q  So the first time you heard of allegations about Dr. Bomba from a legal standpoint was around June 21, 2024, is that correct?

A  Yes, I would say that would probably be more accurate.  But I believe within an hour or two of getting the email it was retracted.

Page 64

So I guess I was not lumping -- I thought the allegation was retracted.  So, yeah, there was an allegation that came forward that was subsequently retracted almost immediately.

Q  Okay.  If you go to the third page of Exhibit 30, the article says that, "At 8:06 a.m. June 22, 2024, Dolson's athletic director account forwarded the email to Deputy Director of Athletics Stephen Harper as well as Dolson's personal email account."

A  Uh-huh.

Q  Did you do that?

A  Yes.

Q  Why did you forward it to your personal account?

A  I felt that as a former manager I just needed a record of that because I separate out my personal involvement with I.U. athletics as a manager as I do my work involvement.

Q  So if the allegations were retracted immediately, why did you forward the email on to several people?

A  I thought it was the right thing to do.  I'm not a hundred percent sure how quickly.  It was within, I thought it was within hours, but it was retracted very quickly.

Page 65

Q  Do you know who made the allegations, like, who was the student or the former student that that the June 2024 letter was about?

A  I don't know.

Q  Do you know what sport or whether that person had been a student athlete?

A  I believe so.

Q  In what sport?

A  I think it was men's basketball.

Q  And during what era did the player play?

A  I think Bob Knight.

Q  Can you be more specific than that?

A  No.

Q  What years was Bob Knight the coach?

A  I'm close on this, from 1971 through, I want to say 2000.

Q  Were you aware of any investigation that began in June of 2024 after the University received the letter about John Doe's claim?

A  No.

Q  What is the basis for your statement that John Doe's claim was retracted?

A  I was notified by our general counsel's office.

Q  Do you know what the nature of the allegations were about Dr. Bomba, Senior from the former

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 66

Bob Knight era basketball player, John Doe?

A   Yes.

Q   What was the nature of the allegations?

A   In general, it was improper pre-participation physicals, I believe.  And I'm probably a little confused between what that letter said and what the letter in August said, candidly.
    So I can't tell you distinctly.  I can't give you distinct details of the June letter versus the August letter.

Q   Did you understand that the June letter related to digital rectal exams, prostate exams, rectal exams, anal exams, or Dr. Bomba putting his fingers inside of a player?

A   Yes.

Q   What was your reaction when you learned about the John Doe allegations?

A   You know, any concern that comes in you just take it with the highest level of seriousness.  My reaction was to immediately get it to our general counsel's office.
    And, you know, I really shifted into athletic director mode and not necessarily trying to consider kind of personally my, separate out my personal involvement from the role as athletic

Page 67

director what to do when something like this happens.  Just focus on that.

Q   So you understood that the John Doe allegations in June of 2024 pertained to Dr. Bomba and a Knight era men's basketball player and alleged improper use of Dr. Bomba's fingers during a pre-participation physical exam.
    Did you react by thinking, oh, my gosh, there could be a whole lot of other players that this happened to?

A   No.  No, I didn't.

Q   Did you remember immediately the conversations that you have already testified about, the one in the locker room, and then the up to five at player reunions where the topic of Dr. Bomba putting his fingers inside players was discussed?

A   Yes.

Q   So did you report those recollections to anyone in administration in June of 2024?

A   Yes.

Q   To whom?

A   I believe in my conversation with general counsel --
    MR. MALEY: Don't say anything that you shared with general counsel.

Page 68

You may describe that you had a conversation with them and approximately when it was based on privilege.

A   Yeah.  Yeah.  I believe I had a conversation with our general counsel about it.

Q   In June of 2024?

A   I believe so, yes.

Q   Did you talk with anyone other than the general counsel within I.U. administration about this topic in June of 2024?

A   Not that I can remember.

Q   Did you talk to Dr. Bomba about it in June?

A   No.

Q   Did you talk to Kelly Bomba about it at that time?

A   No.

Q   I'm going to give you Exhibit 31.
    Can you confirm Exhibit 31 is the letter from John Doe in June of 2024 that we have been discussing?

A   Yeah.  It just has the ending of the letter.

Q   Pardon me?

A   Mine just has, like, the last paragraph of the letter.

Q   Are you missing the first page?

Page 69

A   Yeah.  Yes.

Q   Do you think there is another page?

A   Is this the entire letter?

Q   That is what I have.

A   Okay.

Q   Do you recall there being more to it than that?

A   That is what I said, I'm kind of, in my mind it's hard to separate one from the other.
    If this is it, yeah, it looks like probably it.

Q   As you will see from Exhibit 31, it was sent to a whole bunch of people.
    Other than Mr. Prather, did you speak with anyone else about this letter or the allegations that underlie it in June of 2024?
    For example, did you talk to any members of the board of trustees?

A   No.

Q   Did you talk to anyone on your staff?

A   No.

Q   The Indiana Daily Student article that we reviewed a minute ago, Exhibit 30, says that you forwarded the letter to deputy director of athletics, Stephen Harper.

A   Uh-huh.

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 70

Q   What was Mr. Harper's role?

A   Stephen is our current deputy athletic director. He is chief operating officer, similar to what I was before. He is our liaison to the general counsel's office.

So any communication I have with the general counsel's office, unless I'm instructed not to do so, I would coordinate with him.

Q   Other than forwarding the letter by email did you have any other communications with Mr. Harper about this letter, Exhibit 31, or the allegations in it?

A   No. Other than at some point telling him that it was, it was retracted.

Q   Is psw@iu.edu President Whitten's email address?

A   Yes.

Q   Did anyone reply to your email forwarding the letter that we have marked as Exhibit 31?

A   Not to my knowledge.

Q   Did you talk to Tim Garl about it?

A   No.

Q   Did you talk to any members of the Bomba family about it?

A   No.

Q   Did you talk to any members of the, current or

Page 71

former members of the I.U. men's basketball medical team about it?

A   No.

Q   Did you talk to the chief medical officer in the athletic department about this topic in June of 2024?

A   No.

Q   Have you ever communicated with Dr. Rink about whether he does prostate, rectal, digital rectal, or anal exams during pre-participation physicals?

A   No.

Q   I'm going to hand you what has been marked as Exhibit 32.

Can you confirm that this is the letter that you referred to earlier as the initial complaint from Mr. Mujezinovic in this case?

A   Yes.

Q   Did you receive a copy of the letter that we have marked as Exhibit 32 on or around August 28, 2024?

A   Yes, I believe so.

Q   How did you get a copy of it?

A   I don't remember exactly.

Q   Was it by email or in hard copy?

A   I don't want to misspeak. My gut is that I received an email from our general counsel's

Page 72

office, but I don't know that for sure. I just can't remember. I ended up with a hard copy at some point.

Q   Did you print it yourself?

A   I printed -- everything that I get directly to me, yeah, I don't have anybody print for me. If I did, I printed it myself.

Q   Did you give a copy of Exhibit 32 to anyone else?

A   At some point I did give Steve Harper a copy of it.

Q   How did you do that?

A   I believe hard copy.

Q   Did the hard copy that you gave to Mr. Harper have Mr. Mujezinovic's name visible in it?

A   I believe it was redacted.

Q   Did you receive a copy that was already redacted? Or did you ever have an unredacted copy of Exhibit 32?

A   I think the only copy I received was redacted.

Q   Did you give Mr. Harper any instructions about what he was to do with the hard copy of Exhibit 32 that you gave him?

A   Yes.

Q   What were those?

Page 73

A   I asked him to sit tight. Don't do anything. Don't talk to anyone until I get further instruction from the general counsel's office on what's next.

Q   Did you later give him further instructions?

A   Yes.

Q   What were those?

A   At some point after consulting with our general counsel's office --

MR. MALEY: I will just caution you not -- to protect the attorney-client privilege, do not relay any legal advice given by legal counsel that you relayed to any third persons within I.U.

A   Okay. Yeah, I think the direction would have been that at some point we decided on the strategy moving forward with this relatively quickly. And that I was going to need him to help me execute the strategy moving forward.

Q   And what was the strategy?

A   That we were going to hire an independent firm to investigate these claims and that he would be the liaison to our general counsel's office and this firm in helping access any information, records. That we would completely cooperate a hundred percent.

Case 1:26-cv-01677-MPB-MG  Document 1-2  Filed 08/11/26  Page 21 of 59 PageID #: 46

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 74

And that because of my being a former manager, and because Kelly Bomba worked for me, that I wanted him to make certain that we had no communication.

We had several people in the department, Mike Woodson played during this time period. Calbert Cheaney played during this time period. Obviously, Dr. Rink and Tim Garl were still involved in basketball.

That we needed to establish steel curtains, steel walls around everybody in terms of not talking about this, not sharing information. Unless it was approved by our general counsel's office.

So I was really talking to him about the process that we would go through in this investigation and when and if we could communicate anything outside of he and I.

That is a general summary.

Q   Did you ever tell Mr. Harper to give Kelly Bomba a copy of the letter that has been marked as Exhibit 32?

A   No.

Q   Did you tell Mr. Harper to give Dr. Bomba, Senior a copy of the letter that is Exhibit 32?

Page 75

A   No.

Q   Do you know how Dr. Bomba came to have a copy of it in his house as Mr. Garl testified on Thursday of last week?

A   Yes.

Q   How did that happen?

A   As part of the strategy in starting the investigation, our general counsel's office advised me and --

MR. MALEY: Just don't relay any --

A   Sorry.

MR. MALEY: You can say you were advised. You just can't say what the advice was.

A   Okay.  We had a timeline that was laid out that gave specifics in terms of what I could say to who when.

We had made a determination through general counsel's office when we would publicly announce the allegations and our strategy in hiring the independent investigators.

As part of that process, we decided --

MR. MALEY: Again, I will caution you. You cannot relay attorney-client privilege information, which may be frustrating --

A   No, that is fine.

Page 76

MR. MALEY: -- when trying to answer questions, but I just have to give you that instruction.

A   Okay.  Can I ask my attorney a quick question?

MR. MALEY: For purposes of privilege. Yes.

Let's step out.

VIDEOGRAPHER: Going off record.  It's 11:54.

(AT THIS TIME A SHORT RECESS WAS HELD OFF THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS WERE HAD:)

VIDEOGRAPHER: We are back on record. It's 11:56.

BY MS. DELANEY:

Q   Mr. Dolson, do you know how Dr. Bomba came to have a copy of the letter that we have marked as Exhibit 32 at his house as Mr. Garl testified to last Thursday?

A   Yes.

Q   How did he get it?

A   It was delivered to his house, a redacted version of this, as per instructed via our general counsel's office.

Q   Who delivered it?

Page 77

A   Our head of human resources, Kristen Pieper, I believe.

Q   Head of the athletic department human resources?

A   Correct.

Q   How do you spell Kristen Pieper's name?

A   I think P, as in Paul, I-E-P-E-R.

Q   When was that delivery made?

A   I want to say an hour before the public announcement was made of the allegations and the investigation.

Q   That happened on September 10, 2024?

A   I believe so, yes.

Q   Were you part of the decision to retain the Jones Day law firm?

A   No.

Q   Do you know who was part of that decision?

A   Yes.

Q   Who?

A   I believe our general counsel's office, Tony Prather, made the recommendation to the president.

Q   When you participated in the interview with the Jones Day investigators, did you tell them about hearing locker room banter and joking about Dr. Bomba doing players' first prostate exams?

Case 1:26-cv-01677-MPB-MG    Document 1-2    Filed 08/11/26    Page 22 of 59 PageID #: 47

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 78

A  I don't remember.  If they asked me I did.  If they asked me that question, I probably did.  But I don't remember the questions they asked me.

Q  Did you tell the Jones Day investigators about the up to five times that you attended player reunions where discussion happened about Dr. Bomba using his fingers on players?

A  I don't remember.

Q  Don't you think that would have been important information for the investigators to have?

A  I would say that any question that they asked me I answered to the best of my ability that I could.

Q  And you remembered about these up to five instances where you heard people talking about Dr. Bomba doing these things when you were interviewed by Jones Day, right?

A  Yes.

Q  So if the investigators asked you anything about those topics, you would have told them what you told us here today, right?

A  Yes.

Q  But you don't know whether that information came out during your interview, specifically the one confirmed locker room discussion, and the up to five other discussions at player reunions about

Page 79

Dr. Bomba doing inappropriate things during pre-participation physicals?

MR. MALEY: Object to the form of the question.

A  I was going to say -- go ahead.

Q  I will ask it again.

Did you tell the Jones Day investigators about the one instance of locker room banter and the up to five other instances of player reunion conversations about Dr. Bomba doing digital rectal exams, anal exams, rectal exams, prostate exams, or putting his fingers inside of players' rectums?

A  Can you, I'm just to -- can you repeat the question?  I'm not sure I understand what you are asking me.

Q  You have told us today that you remember one locker room incident and up to five player reunion incidents where these topics about Dr. Bomba doing these things to players came up.  Right?

A  Yes.

Q  Did you tell the Jones Day investigators about those things?

A  I don't remember.

Q  But if you had been asked the right questions, you certainly would have provided that information,

Page 80

right?

A  Yes.

Q  Did you tell anyone at the University about those memories that you have before you provided your interview to Jones Day?

A  No.

Q  So you didn't have a pre-interview interview with anyone else?

A  No.

Q  Did you prepare for your Jones Day interview by meeting with Mr. Turner in advance?

A  Yes.

Q  Again, you did not refuse to answer any question from the Jones Day investigator that was put to you, correct?

A  Correct.

Q  Did you ever talk to Dr. Bomba, Senior about this case or the allegations in either the John Doe letter from June of 2024 or the August 28 letter concerning Mr. Mujezinovic?

A  No.

Q  Did you ever talk to Kelly Bomba about those things?

A  Yes.

Q  What do you remember about that?

Page 81

A  I was instructed I could -- I don't want to use that word.

Right before the release of the investigation, the allegations, I was allowed to give her, I want to say it was forty-five minutes before, a very general heads up that there had been some allegations made that would become public right before I gave Tim Garl the same heads up.  I could not give her any details.

We subsequently -- after that happened, she left the office.  She came back and volunteered if I felt that because of her last name she could not continue in her role that, she volunteered that she would take a leave of absence.  And I told her that that was not necessary in my view, but we needed to have a steel curtain between us and not discuss any of the details because we had to let the investigation go on completely independent and we just could not discuss it.  And we agreed to that.

She handled it like a pro.  And basically other than, since that time, I mentioned the text message earlier, other than maybe saying, hey, a heads up that the report is coming out in an hour or something like that, there has been zero

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.    SCOTT DOLSON
July 28, 2025

Page 82

conversations about it.

Q And when you say "the report is coming out" you mean when the Jones Day report was released you got a heads up about that?

A Yes.

Q And you shared that with her, or you told her it was coming?

A I told her it was coming out.

Q Okay. Mr. Garl testified last week about when you told him that the press statement was going out.
Did you share with him the content of the press release that was going out?

A Yes.

Q And did you talk with him about him and, again, possibly you being upset that Dr. Bomba's name was going to be in the press release from the University?

A Can you repeat the question? I'm trying to...

Q I will just ask a different question.

A Okay.

Q Were you upset that the University decided to name Dr. Bomba in the press release?

A No. No. I would not use that word.

Q Was Mr. Garl upset about that?

A Yes. I would say probably, yes.

Page 83

Q What do you remember about that?

A I remember it being frustrating for him particularly because I really could not share many, if any, details. It was very high level. I could not give him a copy of the redacted letter. I could not give him anything, just basically not much information.
And I think that was probably frustrating. I didn't tell him that his name was listed because I basically just gave him a very, very high level, this is happening. That was kind of it. So I think that was frustrating for him.

Q Was it your impression that Mr. Garl didn't know anything about the Complaint that we have marked as Exhibit 32 until an hour before the press release was issued on September 10, 2024?

A Yes.

Q Does the Indiana University athletic department require it's student athletes to get a pre-participation physical exam at least once a year?

A Yes.

Q And does that apply to all athletes in all sports, men and women?

A Yes.

Page 84

Q Has that been a requirement -- how long has that been the requirement?

A I would say as long as I can remember. I don't know what it was like in the early 1900s. But I know as long as I can remember, that was the case.

Q Are there any other annual medical requirements that student athletes at Indiana University have to meet in order to be eligible to play other than clearing the pre-participation physical annually?

A Yes.

Q What are those?

A I guess it's sort of -- I'm kind of conflating them. As part of the pre-participation physical there are numerous tests that go along with that. A pre-concussion test, for example, and there are several hurdles that, I guess, encompass the pre-participation physical.

Q Why do you think a pre-participation annual physical is an appropriate requirement to have in place?
MR. MALEY: You said an appropriate, correct?
MS. DELANEY: Yeah. Let me just start -- try again.

Q Do you think that it's a good idea to require

Page 85

student athletes to have pre-participation physicals at least once a year?

A Yes.

Q Why do you think that is a good idea?

A Because of the strenuous physical activity encompassed in all of our sports. Certainly different levels, depending on the sport, but all of them at a minimum, the physical activity and with health and safety of our student athletes being our top priority, the annual pre-participation physical is incredibly important in terms of ensuring the safety of our student athletes.

Q So the goal of the pre-participation physicals is to help ensure the health and safety of your student athletes, is that correct?

A Yes.

Q Would an athlete who did not complete a pre-participation physical be allowed to participate in varsity team sports at Indiana University?

A No.

Q Did an athlete who failed to pass the pre-participation exam and be cleared to participate by a physician be allowed to

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 86

participate in a varsity sport at Indiana University?

A   No.

Q   While you were a men's basketball manager did you ever handle student athletes' medical records?

A   No.

Q   Did you ever deliver a pre-participation physical exam form anywhere while you were a student manager?

A   No.

Q   Did you ever attend a pre-participation physical exam while you were a student manager or at any other time in your career with I.U.?

A   No.

Q   You mentioned that while you were a student manager, Dr. Bomba traveled to away games and Dr. Rink did sometimes as well.
    Is that still common practice for team physicians to travel to away games with teams?

A   Yes.

Q   For which sports?

A   It's common practice for football primarily to travel, several physicians with the program. Men's basketball historically has.  We are potentially changing that this season.

Page 87

Women's basketball has had a physician infrequently travel.  So we are trying to standardize that right now.

Q   So why would the men's basketball team physician traveling change?

A   Because the visiting team is required to provide a physician.  As we have had a changeover in our staff, we have, in the process of evaluating whether it's still beneficial for us to travel with a physician or not to every game.

Q   Did you mean to say that the home team is required to provide a physician?

A   Did I say the visiting team?

Q   You did.

A   I apologize.

Q   That is okay.

A   I'm sorry.  The home team.

Q   So is that an NCAA requirement?

A   I don't know.  I think it's a Big 10 requirement, but I'm not sure.

Q   So when you say that you are looking at standardizing the traveling of team physicians, what do you mean by that?

A   It has been, both for men's and women's basketball, inconsistent.  And what we are

Page 88

contemplating doing is not traveling a physician to every away game, but more looking at that as just only if we learn, if we are playing in a tournament, let's say, in the Bahamas and if there is not a physician provided then we would.
    So on a case by case basis we make decisions on when to travel, but not make it where it's just sort of inconsistent.

Q   And when you say it's inconsistent, do you mean that physicians traveled with the men's basketball team, but did not travel with the women's basketball team?

A   No.  No.

Q   What did you mean?

A   I would mean more that it felt like it was more on a who could make it a convenience to travel.  More often than not a physician would travel with men's basketball and women's basketball and we really want to be consistent there.
    So by creating a policy or a standard of how we travel, we ensure that it is the same for both programs.

Q   While you were a men's basketball manager did you have any involvement in creating, maintaining, or storing records related to pre-participation

Page 89

physical exams and other treatment of student athletes?

A   No.

Q   Do you know when the athletic department adopted an electronic medical record?

A   No, I don't.

Q   When Dr. Bomba gave you stitches at his office did you pay for his medical care?

A   I don't think so.

Q   Do you know what the arrangement was between Indiana University and Dr. Bomba with regard to paying Dr. Bomba for the services he provided to student athletes?

A   No.

Q   Are all of the doctors who provide medical care to student athletes now employees of Indiana University?

A   No.

Q   So how does the University pay for the provision of health care to its student athletes?
    How does that work now?

A   We have one physician, our chief medical officer, that is a full-time athletic department employee just like I am.
    He has a reporting line through the student

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 90

health center, as well as in our department, but all the medical decisions are, in essence, independent of any undue influence in the department.

All other physicians are either, are part of our contract that we have with I.U. Health. And in that contract they provide other primary care physicians, other specialty physicians.

And then additionally we have the ability on a case by case basis to work with physicians, i.e., maybe a hand specialist that a student athlete and their parents would like to utilize in a special injury.

So because of our I.U. Health contract, what I mean to say is that we are not obligated to only use I.U. Health physicians. We can go outside of the system on a case by case basis as long as it's coordinated through our chief medical officer.

Q   So when did the University's athletic department start contracting with Indiana University Health Physicians to provide medical care for student athletes?

A   I can estimate, if that's okay.

Is it okay if I estimate?

Q   Sure.

Page 91

A   Okay. The -- again, I will give you context because it's important to answer this question correctly.

So I want to say round figures twenty years ago we outsourced our medical care to Premier Health. It ended up becoming, changing names to becoming IMA.

Ultimately that group was bought by I.U. Health. And so that would be -- so over a twenty year period we have outsourced the care until, which I mentioned earlier, at some point in that maybe transition we brought the CMO back in house, but still had the outsourced care through the Premier IMA, I.U. Health contract.

So sorry to give you that context, but that's, I.U. Health kind of evolved. Subsequently we renegotiated a new deal with I.U. Health that lumped orthopaedic care into that as well during my second year as athletic director, I believe.

Q   Is Dr. Rink affiliated with Premier Health?

A   He was, yes. There is no more Premier Health, but, yes. He founded it with other doctors.

Q   Was Dr. Bomba, Senior ever a part of Premier Health?

A   I don't know.

Page 92

Q   I'm going to hand you what we have marked previously as Exhibit 16.

This is a letter with an attached physical form that we covered with Mr. Garl on Thursday.

Were you present for his testimony about that topic? Or I should say were you paying attention to that part of it?

A   No. I don't think I was.

Q   Okay. So if you look at the second page of Exhibit 16, this is a letter from Dr. John Miller to Dear Doctor.

It says, "The Indiana University Athletic Department now requires all individuals who are not tendered or on the previous season's roster to have a physical examination report on file before being issued equipment or participating in a practice or a tryout."

Can you tell me what it means to be not tendered?

A   I believe what he is referring to in this letter is non-scholarship.

Q   Okay. Mr. Garl testified that he thought this form and this letter pertained to non-scholarship athletes and that it was not used, that the accompanying form in the exhibit was not used with

Page 93

men's basketball players.

Do you have any reason to dispute that testimony?

A   No.

Q   During your forty years with Indiana University, are you aware of any time that the University allowed men's basketball players to get pre-participation physicals from a physician of their own choosing?

A   No.

Q   So the men's basketball players at I.U. have been instructed to get a pre-participation physical from a physician selected by the University to perform those exams, is that correct?

A   Currently?

Q   Over the forty years?

A   Yeah, as far as I know. As far as I know.

Q   Okay. I'm going to hand you what we marked previously as Exhibit 17.

Have you seen that document before?

A   No.

Q   Okay. Mr. Garl testified that he found this form in his office while he was searching for documents related to this case and the Jones Day investigation.

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 94

Do you know during what time period the form that is marked as Exhibit 17 was the one in use in the athletic department for pre-participation physicals for scholarship athletes?

A  No.

Q  Did you do anything to try to track down or find the forms that were used for pre-participation physicals during the Knight era?

A  No.

Q  Leaving aside the redaction and the handwriting, have you ever seen a blank one of these forms that is called Exhibit 17?

A  No.

Q  I'm going to hand you what has been marked as Exhibit 18.
This form was also attached to the Jones Day report.
My first question is have you ever seen that form, Exhibit 18?

A  No.

Q  Did you have any role in developing a computerized form for documenting pre-participation physicals as compared to the kind of old school version that we had as Exhibit 17?

A  No.

Page 95

Q  Do you know whether the form that we have marked as Exhibit 18 was one of the recommendations from the Mayo Clinic doctor who came in and did a best practices review of the sports medicine program?

A  No.

Q  Exhibit 18 is titled I.U. Athletics Tryout Physical, Indiana University Sports Medicine Physical Examination.
My question for you is, is a tryout physical a synonym for a pre-participation physical?

A  I don't know.  I don't.

Q  The letter that we reviewed a few minutes ago in Exhibit 16 from Dr. Miller said that there would have to be a completed examination report before a person could be issued equipment or participate in practice or a tryout.
So do you require pre-participation physicals to be completed before a student athlete tries out for a team?

A  Yes.  That is my understanding.

Q  So all tryouts would be pre-participation, correct?  Or a tryout, I guess, would be -- let me withdraw that.
A tryout would be the first time a student athlete participated in athletics at I.U., right?

Page 96

A  That would be my understanding.

Q  I'm going to hand you what we have marked previously as Exhibit 20.
That is a form that was attached to the Jones Day report and I don't think it's in use at I.U., but I just want to know if you have ever seen that orthopaedic history and examination form?

A  No.

Q  Did you make any outreach to athletic directors or personnel from other colleges or universities asking about what types of exam forms they use for pre-participation physicals?

A  No.

Q  Did you talk about -- during the Jones Day interview that you provided, did you talk about how pre-participation physicals were performed or documented at any schools other than I.U.?

A  No.

Q  The Jones Day report had attached to it a number of different physical forms that appear to have come from other colleges and universities.
Do you know how they selected which schools to contact or obtain forms from?

A  No.

Q  Have you given your chief medical officer copies

Page 97

of those forms that were attached to the Jones Day report to see whether there should be any changes or improvements in the Indiana University form?

A  No.

MS. DELANEY: I think this is a good time to take a break.

VIDEOGRAPHER: Going off record.  It's 12:31.

(AT THIS TIME A SHORT RECESS WAS HELD OFF THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS WERE HAD:)

VIDEOGRAPHER: We are back on record.  It is 1:15.

BY MS. DELANEY:

Q  Okay.  Mr. Dolson, did you have anything to do with the U.S. men's Olympic basketball team at any time?

A  No.

Q  Have you ever told Mr. Garl to hire an attorney?

A  No.

Q  Did you recommend to him that he should hire one?

A  I don't remember.  It could have been something I said, but I don't remember.

Q  Did he ask you whether the University would pay for his lawyer at any time?

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 98

A   Yes.

Q   What do you remember about that?

A   I remember directing him to our general counsel's office as that is something that is totally out of my purview. I know there are policies for that, but they could explain that to him.

Q   Any other conversation with Mr. Garl about the University paying for an attorney for him that you have not related?

A   It was just a couple times he had mentioned to me -- all the various similar conversations about how does that process work. And I always just directed him to the general counsel's office. I just don't have any knowledge or influence on that area.

Q   While Dr. Bomba was the team doctor for the I.U. men's basketball program, who did he take direction from, if anyone?

A   I don't know. I honestly don't know.

Q   Did you ever observe Dr. Bomba's interactions with Coach Knight?

A   Yes.

Q   Did you note that they were, that they had a close relationship?

A   Yes, I would say so.

Page 99

Q   During the years that you were the manager of the basketball team, did you form any opinion about who Dr. Bomba's boss was or whether he had a boss?

A   No.

Q   During Mr. Garl's deposition on Thursday he testified about a player who had stayed at Dr. Bomba's house overnight.
    Do you know who that was?

A   No, I don't think so. I don't know who Tim was referring to.

Q   Are you aware of any basketball player spending the night at Dr. Bomba's night at any time?

A   Yes.

Q   Who?

A   I am not sure if I can, I don't know if there is a HIPAA issue with it, but I do remember a player, it was after me that I believe had an injury that required attention and treatment.
    I think they stayed at Dr. Bomba's basement or stayed at his house for a day or so.

Q   Who was that?

A   I don't remember exactly. I remember as you say that, that does sound like something that is familiar to me, that at some point I do remember hearing somebody had to stay at Dr. Bomba's house.

Page 100

I also heard that someone had stayed at Tim Garl's house before.

Q   Do you know who either of those players were?

A   No.

Q   I'm going to hand you what has been marked previously as Exhibit 25.
    This is a printout of Indiana University Sports Medicine Policies and Procedures.
    First of all, are you familiar with those policies and procedures?

A   Generally, yes. Not specifically.

Q   Are you ultimately responsible for enforcing these policies and procedures as the athletic director?

A   Yes.

Q   The chief medical officer reports to you, correct?

A   No. No.

Q   I thought that you said there was a dotted line to the health center, but that the chief medical officer reports to you?

A   Reports to the athletic department, not to me personally.

Q   Okay. Who does the chief medical officer report to by way of position?

A   Currently the deputy athletic director. Stephen Harper.

Page 101

Q   That is somebody who -- and then Mr. Harper reports to you?

A   Correct.

Q   So ultimately you are accountable for the sports medicine staff, right?

A   Yes.

Q   Is there also a senior assistant athletic director for sports medicine?

A   I think, I believe that is the same title that the CMO holds. Not two different people.

Q   Does any I.U. varsity sports program have a dedicated head team physician any more?

A   Yes.

Q   Okay. Which teams have a dedicated head team physician?

A   I believe I'm close on this, but I believe football, men's basketball, and women's basketball. I think wrestling.
    I think those would be the sports that really have a dedicated person that we designate as the head team physician for that sport, I believe.

Q   Who is the head team physician for football currently?

A   Dr. LaGrange.

Q   And who is the head team doctor for men's

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 102

basketball?

A   It's Kevin Miller.  Dr. Kevin Miller.

Q   Is Kevin Miller related to John Miller?

A   No, not that I'm aware of.

Q   Who is the doctor for the women's basketball team?

A   They call her Dr. Trp because -- it's short because her last name is complicated.  Trpmeyer.  I know her as Dr. Trp.  Sorry.

Q   How about the wrestling team doctor, who is that?

A   It has been Dr. Kevin Miller.

Q   If you will look to Exhibit 25, the page with Number 1522 on the bottom.  The second paragraph says, "No healthcare providers, including physicians and certified athletic trainers, reports to the head coach or to members of a coaching staff."

How long has that been the policy?

A   I don't know when that started.

Q   Was that one of the recommendations from the Mayo clinic review?

A   No.  No.

Q   Was that the policy when Dr. Bomba was part of the men's basketball program?

A   I don't know.

Q   Okay.

Page 103

A   The Big 10 conference at some point issued some guidelines, standard operating procedures, for Big 10 sports programs maybe twelve to fifteen years ago.

And in those guidelines they put into place that in sports medicine, in academics, I believe compliance, but no coach can have, or their representative, can have undue influence over those areas of the department to create kind of a line of separation.

That is what I do remember.

Q   So then was the I.U. policy updated to reflect the new standard operating procedures from the Big 10, or were you already following that policy?

A   I don't know.  I don't know.

Q   While Coach Knight was the coach of the men's basketball team did you observe that physicians and trainers reported to the head coach?

A   No.

Q   Who did they report to?

A   I honestly don't know.

Q   Who or which positions does the athletic department consider to be included in members of the sports medicine staff?

Would that include trainers?

Page 104

A   Yes.

Q   Would that include physical therapists?

A   Yes.

Q   Would that include doctors?

A   Yes.

Q   Would that include managers?

A   No.

Q   Have you ever received a report of sexual abuse from a member of the I.U. sports medicine staff?

A   No.

Q   Or anyone who works for you?

A   No.

Q   If you would turn to Page 1523, please.  The I.U. Sports Medicine Policy says that, "The head athletic trainer is responsible for all administration as well as placing certified athletic trainers with each sport."

Is it true that the head athletic trainer's responsibility includes scheduling pre-participation physical exams for players?

A   Can you -- the question is a little confusing to me.  If you could say that again.

Q   Sure.  Was it part -- while Mr. Garl was the head trainer and Dr. Bomba was the team doctor, was Mr. Garl responsible for administration of medical

Page 105

care being provided to student athletes, including pre-participation physicals?

A   Yes.

Q   That would include scheduling the players for their annual pre-participation physicals, right?

A   Yes.

Q   Telling the players where to go and who to see for those, right?

A   Uh-huh.  Yes.

Q   If you will look at the page ending in 1524 under Sports Medicine Staff it says in the last paragraph, "All members of the sports medicine staff adhere to regulations as set by the Indiana University Human Resources Department, including but not limited to, Title IX and the Indiana University Sexual Misconduct/Reporting Policy."

Would you agree with me that that requirement applied to team physicians?

A   Yes.

Q   And trainers as well, right?

A   Yes.

Q   Then if you will turn to the next page with the Number 1525 on the bottom.

Under Heading 2, Goals and Objectives, there

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 106

are nine bullet points.

Taking a look at those, can you identify any of them that were newly adopted after the Mayo Clinic review that you told us about?

A No.

Q About halfway down on the list of Goals and Objectives it says, "To maintain a comprehensive health record for each student-athlete."

As the athletic director, what would you consider a comprehensive health record to include for a student athlete?

A I would say that that should include anything that is in the best practices of colligate athletic sports medicine records, it should include all of that.

I don't know the specifics of that, but our expectation is that whatever the best practices are around the country in the Big 10, that is what we are doing.

Q Would a comprehensive health record for a student athlete include completed annual pre-participation physical forms?

A Yes.

Q Would you expect a pre-participation physical form to accurately and completely document everything

Page 107

that happened during the exam room with the patient?

A I don't know.

Q Does the requirement or the goal and objective of maintaining a comprehensive health record apply for every sport?

A Yes.

Q Have you ever had to take corrective action with regard to incomplete medical records or documentation on student athletes that were not comprehensively maintained?

A No.

Q Under Heading Number 4 on Page 1525 of Exhibit 25 it says, "To be eligible to practice and compete (including weight training and conditioning activities) all student-athletes must have medical clearance. All student-athletes must be cleared by the CMO for participation."

I mean, obviously, you didn't have a CMO back when you were the manager for the basketball team, but the requirements of certification of eligibility was in place from the time you first were introduced to the men's basketball program, is that right?

A Knowing what I know now, yes. Back then I didn't

Page 108

know, but I assumed.

Q So the pre-participation physicals were supposed to be completed before weight training and conditioning started even in the eighties and nineties, is that right?

A I don't know for sure. I really, I don't want to guess. I can assume, yes. But I don't, I have no way of verifying what was required back then.

Q If you will turn back to Exhibit 18, which was the I.U. Athletics Tryout Physical.

Look at the second page under the heading "In Office Use Only:" it says "IU Chief Medical Officer Determines Final Clearance."

Do you see that?

A Uh-huh.

Q So does that tell us that this form, Exhibit 18, only came into use after you created the chief medical officer position in the department?

A I don't know.

Q Does the chief medical officer review every pre-participation physical form completed on every student every year?

A I don't know that for sure.

Q So do you understand what the process is from the time that a physician completes the

Page 109

pre-participation physical form to getting all of the signatures that are on the form on the second page?

A No, I don't.

Q Do you know whether anyone audits or reviews these forms regularly to make sure they are being done properly?

A Yes.

Q What do you know about that?

A I would say that the chief medical officer, the administrator that oversees sports medicine, would make certain that we are fully compliant with our requirements, including that these forms are on file for each student athlete on a regular basis.

Q Have you ever had to discipline anyone or take any corrective action for not getting those things done properly and completely?

A No.

Q If you will look at the next page of Exhibit 25 with the Number 1526 in the bottom corner.

Under Returning Student-Athletes it says, "Each returning student-athlete must complete an annual health review/physical examination annually with the I.U. Sports Medicine staff, conducted by a physician."

Page 110

Is that the same exam that is done for freshman or incoming students?

A   Yes, I believe so.

Q   And then it says, "Each sport will schedule their returning student-athletes through their staff athletic trainer."

Is there anything different about how returning students are scheduled for these exams as compared to incoming students?

A   Not that I'm aware of.

Q   So throughout the time that Mr. Garl was employed by Indiana University, was it part of his job to schedule all of the men's basketball players for their annual physicals?

A   Yes.

Q   If you will turn to the page with the Number 1529 in the bottom.

A   Yes.

Q   There is a Heading Number 10 about Transportation For Student-Athlete Medical Appointments.

Was it part of the trainer's job to provide transportation to student athletes for medical appointments for the men's basketball program?

A   I would say yes.  To arrange for transportation whether they personally did it or not, but I think

Page 111

they would help coordinate it.

Q   And when you needed stitches who transported you to Dr. Bomba's office?

A   I think it was our student assistant trainer.

Q   Were you ever involved in transporting a student athlete to a medical appointment?

A   No.

Q   If a member of the University sports medicine staff or a team doctor were transporting a student to a medical appointment, would you agree that all of the other University policies would apply in that situation such as the Title IX policy and the anti-harassment policy?

A   Yes.

Q   If you will go to the page with the Number 1530 on the bottom.

Section 15 is a policy about chaperons being present for consultations, examinations, treatments, and procedures that can be potentially distressing, including those involving intimate areas.

Do you know when that policy was adopted?

A   No.

Q   What is the purpose for that policy?

A   In my opinion, it would be to make certain that

Page 112

student athletes are comfortable and have the ability to request having someone with them in any visit, meeting with a medical, a member of our sports medicine staff.

Q   Would you agree that another purpose for a chaperone policy might be to make sure that a health care provider does not do anything inappropriate with a patient?

A   Yes.

Q   If you will turn to the next page, 1531.

There is a policy, Chaperone Guidelines: Away Events which says, and it's underlined, "There should be no one-on-one treatments performed."

What is the purpose behind that policy?

A   I don't know for sure, but I can speculate.

Q   Well, what is your opinion as the head athletic director at the University?

MR. MALEY: I will just caution you not to speculate.

You can answer to the extent that you have knowledge.

A   To the extent I have knowledge is on away trips student athletes are in hotel rooms and that their, that our sports medicine staff needs to be

Page 113

very careful in one-on-one visits to hotel rooms.

Q   Did you ever work closely with Coach Knight?

A   Yes.

Q   During what time period?

A   I think from the time I was a student manager.  It depends on how you define closely, but I was around him in a close situation where I was around him for several years as a manager.  Then working for Tim Knight.

Q   Did you consider Coach Knight to be a friend of yours at any time?

A   Yes.

Q   Did you consider his son, Tim, to be a friend of yours?

A   Coach -- yes.  To further clarify, Coach Knight would be more of an acquaintance.  It was not a personal friendship.  It was more of a working relationship.

Where Tim Knight would be more of a working relationship and a personal friendship.

Q   So did you ever socialize with Coach Knight outside of work?

A   No.

Q   Did you ever communicate with Coach Knight about injuries or the health status of any of his

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 114

players?

A  No.

Q  Did you ever observe any communications between Coach Knight and Dr. Bomba about that topic?

A  No.

Q  Would you expect that Coach Knight would have been present in the locker room for the joking and banter about Dr. Bomba doing rectal or prostate or digital rectal exams on players?

A  No.

Q  Why not?

A  There was always a time period before practice and after practice when it was just the players and managers and that is when a lot of the banter would occur.

When the coaches or staff were in the locker room it was all business pretty much.

Q  Were trainers also present with the managers and players during the times when the banter and joking happened?

A  I would say infrequently, but they would come in and out as well.  There was a training room at the other end of the hallway where the trainers worked out of.

Q  Did you work closely with Tim Garl for about forty

Page 115

years?

A  Yes.  I don't know if closely might be a little strong.  But, yeah, we were colleagues for forty years in different relationships over those years, different aspects of relationships, I guess.

Q  Did you ever socialize with Mr. Garl outside of work?

A  No.

Q  Who do you report to?

A  President Whitten.

Q  Has that been your direct report since she became president?

A  Yes.

Q  Who did you report to before President Whitten became president?

A  President McRobbie.

Q  Is there an I.U. athletics committee?

A  There is an I.U. athletics, there's an I.U. faculty athletics committee.

Q  What is their role with regard to administration of the athletic department?

A  They have an advisory role where their primary role is to make certain that checks and balances between the academics and athletics, i.e., missed class time, various aspects of the academic part

Page 116

of college athletics are kept in balance.  That is their primary role.

Q  As the athletic director, do you have the authority to fire anyone who works in the athletic department?

A  Yes.

Q  And over the forty years that you have been affiliated with the I.U. athletic department, would it be uniformily true that any athletic director would have had the authority to fire any member of the athletic department?

A  Yes, I believe so.

Q  Would that include team physicians?

A  Yes, I believe so.

Q  Are you aware of any situation where a team physician has been fired at I.U.?

A  No.

Q  Has any coach, trainer, administrator, or any other member of the I.U. athletic sports medicine department talked to you about digital rectal exams for student athletes?

A  No.

Q  Have you done anything to investigate whether digital rectal exams are being performed now on student athletes at I.U.?

Page 117

A  No.

Q  Are you aware of any member of the I.U. athletics medical staff other than Dr. Bomba, Senior ever performing a digital rectal exam on a student athlete?

A  No.

Q  Did anyone provide you with any information about a complaint from Butch Carter about Dr. Bomba?

A  No.  Can I clarify that?

Q  Sure.

A  I remember seeing at some point some comments from Butch Carter, some information on Butch Carter, but I can't remember how I was able to see that. Whether it was on social media -- I just remember seeing that.  I don't remember where it came from.

So I want to correct what I said.  Someone could have sent it to me.  I'm not sure.  I just remember seeing his name as it pertains to this situation.

Q  Okay.  What do you recall the substance of the information being?

A  I recall that Butch Carter had said that he had complained about the physical exam from Dr. Bomba and I don't remember exactly who, but somehow George Taliaferro's name was involved.  Maybe

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 118

Dr. Miller. Maybe Coach Knight.

But I remember thinking that everyone, when he said that, they were all dead. And that, and that's kind of what I remember just seeing that, that he had said that he had complained about that as part of this report I saw. I don't remember where I saw it.

Q Did anyone, has anyone ever reported to you that a student athlete had complained about Dr. Bomba?

A No.

Q Do you know whether any player had ever complained about a digital rectal exam from Dr. Bomba?

A No. Other than what I read about Butch Carter and what I know about this case.

Q And what you read in the Jones Day report?

A Correct.

Q When you were a student manager did you ever see any fights or punches thrown during basketball practice?

A Yes.

Q How often did that happen?

A Very rarely.

Q Over the four years how many fights or fists thrown did you see?

A One for sure. Lots of shoving that maybe was

Page 119

going to get to a point of a fight, but never really got there.

But I remember one fight where someone threw a punch at somebody.

Q And was Coach Knight there for that?

A Yes.

Q What did he do about it, if anything?

A I remember him walking up to the players and saying something to the effect of if you want to punch somebody, punch me.

And it ended quickly. They didn't, obviously, punch him.

Q Leaving aside now the four years of your student manager role, throughout the rest of your thirty-six years of affiliation with the Indiana University athletics department, have you become aware of any other situations where men's basketball players were fighting or throwing punches at each other during practice?

A Yes.

Q How many other situations are you aware of?

A One for sure that I can just remember right now.

Q What timeframe was that?

A I would say in the nineties.

Q And do you remember who the players were?

Page 120

A Yes.

Q Who were they?

A Can I say the players' names?

MR. MALEY: Yes. So long as medical care was not involved.

A Okay. Yeah. I remember hearing that there was a fight in the locker room between Sherron Wilkerson and Haris Mujezinovic.

Q Who told you that?

A I don't remember.

Q Any other instances of player-on-player violence that you are aware of in the men's basketball program over the forty years that you have been affiliated with the school?

A Not that I can remember.

Q Were you an assistant athletic director during part of the time that Dr. Bomba was the men's basketball team doctor?

A No.

Q When did you become assistant athletic director? I'm sorry if I already asked you that.

A That's okay. I do remember, I think I became assistant athletic director when I became director of the Varsity Club, which would be around 2000. It was right around when, right before

Page 121

Coach Knight was fired.

So there could have been a short window maybe when Dr. Bomba was still with the team. I can't remember when Dr. Bomba retired from the team and when I started. There could have been a -- if it was, it was very short.

Q I'm going to hand you what has been marked as Exhibit 33.

This is a declaration from Butch Carter. And I'm just wondering whether you have ever seen that document before?

MR. LEE: Exhibit 33, is that right?

MS. DELANEY: Yes.

A No.

Q Okay. I'm going to hand you what has been marked as Exhibit 34.

This is a copy of the Jones Day report without all of the appendices.

Have you reviewed Exhibit 34 in the past?

A Yes.

Q When you read it did you look to see whether your name appeared anywhere in the document?

A No. I mean, I read it just to see what the report said. I didn't specifically scan it just to look for my name.

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 122

Q  Do you know whether your name appears in the report?

A  I can't remember.

Q  If you will turn to Exhibit 34, Page Number 3493 in the bottom.

Under the heading Knowledge or Awareness of Others Associated with I.U., the second sentence says, "But during the course of providing medical care or training to basketball players, certain individuals associated with the I.U. men's basketball team, as further detailed in our report, became generally aware that Dr. Bomba included a digital rectal exam as part of the annual physical players were required to complete."

My question for you is, are you one of those individuals who became generally aware that Dr. Bomba was doing digital rectal exams?

A  I would say probably yes.

Q  Then if you will look at the last paragraph on that page, it says that, "Finally, former players recounted that, during the period in which they were scheduled to see Dr. Bomba for their pre-participation physical exams, players would commonly joke or engage in what they characterized

Page 123

as 'locker room banter' regarding Dr. Bomba's digital rectal exams, including within earshot of one another and certain staff members."

Did you confirm that information in that sentence to Jones Day during your interview?

A  I don't remember. If they asked me about it I would have.

Q  And is that sentence consistent with what you observed while you were a manager for the men's basketball team?

A  I would say yes and no. You know, I have already talked at length about my experience. Commonly, I would not say it was a regular occurrence.

You know, the rest of it -- so my part of this could have been, yes, you know, I said my experience with it. I'm not sure what others have said.

Q  Did you ever hear jokes or commentary about the size of Dr. Bomba's fingers in the men's basketball program?

A  No.

Q  The report states, quote, "Players told us that Garl, the Head Trainer who scheduled the pre-participation physical exams for the players, overheard and joined in the jokes at times."

Page 124

Did you observe that to happen where Mr. Garl overheard and joined in joking about this?

A  No.

Q  Did anything in the Jones Day report have anything to do with the termination of Mr. Garl's employment?

A  No.

Q  Did you make the decision to terminate Mr. Garl?

MR. MALEY: Object to the form of the question. It was not a termination.

Q  Did you decide not to renew Mr. Garl's contract with Indiana University?

A  Yes.

Q  What was the basis for that decision?

A  Upon making the change in head coaches, I decided after a lot of thought that there were two areas of the program, strength and conditioning and training, sports medicine through the trainer, that in my view had probably as much, if not more, interaction than even the coaches.

And I felt like we needed a fresh start. I knew that Dr. Rink was retiring. And I felt like that because of conversations I had with Tim Garl over probably the previous three years that he was contemplating retiring, that I wanted to start the

Page 125

new coach off with a fresh slate.

And that is when I decided not to renew his contract and then our strength coach as well.

Q  You said early on in that answer that the trainers had a lot of interaction, but you didn't say who. Interaction with whom?

A  I'm sorry. With the players.

Q  Okay.

A  So I felt like that we needed a fresh start with the entire basketball department.

Q  How many people did you terminate or non-renew in connection with bringing on the new head men's basketball coach?

A  Everyone in the program. So that would be from, starting with the head coach, the assistant coaches. All of the, I would say operations staff.

You know, I'm close on this, I think the entire staff would have been around, all in, sixteen people. Somewhere in there. I'm close. And basically we did not renew any of those contracts.

The new coach had an opportunity on the assistant coaches and operations people if he wanted to try to bring some of them back he could.

Case 1:26-cv-01677-MPB-MG    Document 1-2    Filed 08/11/26    Page 34 of 59 PageID #: 59

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 126

But we had notified everyone that their contract would not be renewed. And that was my decision.

Q   Was that something the new coach asked for?

A   No.

Q   Have any of the approximately sixteen people been brought back to the program?

A   No. No. I was thinking there might be one GA that was brought back, but I don't think so. I think everyone, the only people that are returning are two walk-on players that were asked to come back. I think any staff that was involved, coaches, or what have you, are not back, were not retained.

Q   And when you referred to operations staff, that included trainers and managers?

A   Not managers.

Q   Just trainers?

A   Yes.

Q   If you will look at Page 10, I guess 34, the Bates number on the bottom is 3505.
    The third paragraph of the Jones Day report says quote, "As described by Dr. Rink and others, once Knight's team of doctors was assembled, the medical care for the basketball team was always undertaken separately from the other sports

Page 127

programs at I.U."
    Is that statement consistent with your observation of how the medical team ran while Bob Knight was the coach?

A   Yes, I would say so.

Q   Where are pre-participation physicals performed now?

A   I believe it depends on the sport. The majority of them are performed in our doctor's offices in the south end zone building of Memorial Stadium.
    I do think some of the basketball physicals are performed in Cook Hall, but I'm not a hundred percent sure.

Q   If you will go to the next page, 3506, of Exhibit 34, in the first full paragraph the Jones Day report says, quote, "While the medical care provided to the basketball team during Coach Knight's tenure was described as separate or independent from other sports programs and largely based on Coach Knight's personal relationships with and trust of the doctors serving the team, I.U.'s Athletic Department shifted toward professionalzing and standardizing its sports medicine program under Athletic Director Fred Glass' leadership from 2009 through

Page 128

mid-2020."
    Do you agree that that is a true statement?

A   Yes. Can I make one -- as I'm reading this, the one comment I would say is I'm just not aware of how the medical staff -- it says Coach Knight's personal relationships, that may or may not be true. I don't know how those doctors were chosen or how they were a part of the team.
    I would agree that during Fred's tenure, particularly when we brought in Dr. Chhabra, is when we standardized in some of our sports medicine. That is when we brought the chief medical officer in house.

Q   Did you observe Dr. Bomba and Dr. Rink to have close personal relationships with Coach Knight?

A   I guess define personal.
    Are you -- would you say outside of their responsibilities with basketball?

Q   Well, did they seem -- like you heard Mr. Garl's testimony that Dr. Bomba was one of the few people who could talk directly to Coach Knight and Coach would listen.
    Did you observe that to be true?

A   Yes.

Q   Was the same also true for Dr. Rink and Coach

Page 129

Knight, that they had a close relationship and directly communicated about things?

A   Yes, I would say with both, a strong mutual respect.

Q   The next paragraph on that page talks about, pursuant to Fred Glass' direction in July of 2017 an external consultant was retained.
    Does that help you remember when the Mayo Clinic doctor did the review of the medical sports medicine program?

A   Yes.

Q   So from that review in July of 2017 then these other recommendations were adopted and that included better documenting pre-participation physicals and adding the chaperone policy, changing the reporting structure for team doctors, all of those things happened as a result of the external review in 2017, is that correct?

A   Yes.

Q   So before 2017 none of the things listed in those five bullet points listed on 3506 and 3507 were happening at I.U., is that right?

A   I don't know that for sure. I don't know which of these were happening and needed to be refined, create new ways to do them for best practices, or

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 130

which ones of these were not happening at all. I could not tell you.

Q  Did you have any role in adopting or implementing any of those recommendations from the July 2017 outside review?

A  Yes.

Q  Which ones?

A  With the entire list of recommendations, my role was to make certain that the chief medical officer and our administrator who was overseeing sports medicine at the time, were following up and implementing everything that was listed in the report from Dr. Chhabra.

Q  Who was the administrator for the sports medicine program?

A  I think it was Mattie White.

Q  Looking up higher on the Page 3506 in that first full paragraph, it's talking about when the chief medical officer position was created.

And it says, quote, "Prior to this reporting structure," again referring to the chief medical officer, "according to Glass, there was likely no one formally overseeing or supervising team physicians."

Do you agree with that statement?

Page 131

A  No.

Q  Who do you think was supervising or overseeing team physicians before the chief medical officer position was created?

A  I believe it's nuanced here a little bit in that prior to bringing the chief medical officer in house, we had outsourced all that. There was a chief medical officer. It just was not an athletic department employee.

So I believe that person still had oversight of all of the other physicians that were working with our student athletes.

I think the difference in what Fred was referring to here is prior to that we didn't have anyone in our department who was overseeing and supervising the physicians.

The difference is before this chief medical officer was outside and not a department employee. And then it came inside.

Q  Who was the outside chief medical officer?

A  I think it changed over the years, but most recently when this transition happened it was Dr. Andy Hipskind.

Q  While you were the men's basketball manager, was there an outside chief medical officer that you

Page 132

were aware of?

A  Not that I'm aware of.

Q  Do you know --

A  Could I rephrase that? Sorry.

My gut at that time is there was a chief medical officer -- knowing now, not then, but knowing what I know now, I think Dr. Miller was an in house chief medical officer at that time.

At that -- when I was a manager I didn't know that. I'm just saying what I know now.

Q  Do you know when Dr. Andy Hipskind joined the program?

A  I will be close. It was when we outsourced the medical care to Premier Health Care. I think that would be roughly 2002 maybe. I'm guessing. 2003.

Q  Did Dr. Hipskind work with Dr. Rink at Premier Health Care?

A  Yes. Dr. Rink hired him.

Q  If you will go to Page 3511 of Exhibit 34.

The first full paragraph of the Jones Day report says, quote, "According to witnesses Dr. Bomba would not have reported to the team's Head Trainer. This was confirmed by Trainer Tim Garl, as well as two former I.U. Head Athletic Trainers who served in those roles from 1981 to

Page 133

2014 - John Schrader and Kip Smith. Instead, Dr. Bomba likely would have reported to both Coach Knight and the Athletic Director."

Do you agree that part of this report is true and accurate, the part that I just read?

A  I think the part where -- I think it's true that I don't see Dr. Bomba reporting to Tim Garl. The part about reporting to Coach Knight and the athletic director, I just don't know. I don't know.

Q  What kind of a leader was Coach Knight?

Did he involve himself in all important aspects of the men's basketball program?

A  Yes.

Q  Did he make sure he knew about everything that was going on in his basketball program?

A  Yes.

Q  What words or adjectives would you use to describe Coach Knight's leadership style?

A  I would say that he had a high level of attention to detail and held people accountable at all levels, whoever was involved in the program.

Q  Including the team doctors?

A  Yes. I would say he had high expectations for everybody, including the team doctors.

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 134

Q   And he held them accountable as well, right?
A   I would say yes.
Q   If you will go to the next page, Number 3512 of Exhibit 34.
    At the very top the Jones Day report says, quote, "We received multiple accounts of Dr. Bomba allowing a player to stay at his home when sick so Dr. Bomba could take care of the player."
    Do you know the names of any of the players who Dr. Bomba had stay at his house?
A   I don't.
        MR. MALEY: Did you say you don't know?
A   I don't know.  I can speculate.  I just don't know.  I don't know.
Q   At the end of that paragraph of the Jones Day report it says, quote, "With respect to pre-participation physical exams, Dr. Bomba conducted all general medical portions of those examinations for nearly every I.U. basketball player during his tenure as team physician."
    Do you have any reason to dispute that statement?
A   No.
Q   Do you have any reason to believe that Dr. Bomba didn't perform those examinations the same way

Page 135

    across the board?
A   No.
Q   Further down on the same page the Jones Day report says, quote, "As a matter of course, Dr. Bomba did perform a digital rectal exam during the pre-participation physical exams of I.U. basketball players - always administering a digital rectal exam in a player's initial physical and, more often than not, including digital rectal exams in annual physicals during each player's subsequent years on the team."
    Do you have any reason to dispute that statement?
A   No.
Q   The Jones Day report continues, quote, "Based on the consistent accounts of numerous players, Dr. Bomba included digital rectal exams as a standard exam in his pre-participation physical exams, including for players who had no medical history, symptoms, or issues suggestive of a relevant, individualized health risk."
    Do you have any reason to dispute that statement?
A   No.
Q   Are you aware of any medical literature, guidance,

Page 136

    standard operating procedures, policies, or announcements from the NCAA or the Big 10 or anywhere else telling athletic departments that digital rectal exams should be performed annually on young healthy college athletes who have no medical history, symptoms, or issues suggestive of a relevant, individualized health risk?
A   No.
Q   If you will turn, please, to Page 3521 of Exhibit 34.
    The second bullet point talks about a player from the early 1990s.  And in that paragraph it says that in advance of the physicals, the training staff would jokingly ask, quote, "Who's up tomorrow?"
    Did you ever hear that kind of banter in the men's basketball program?
A   No.
Q   Further down on that page another player, according to the Jones Day report, it says, quote, "The players openly discussed it and trainer Tim Garl joked about the players 'getting the finger'."
    Did you ever hear the phrase "getting the finger" in the men's basketball program?

Page 137

A   No.
Q   If you will go to the next page, Page 3522 of Exhibit 34.
    The second bullet point towards the end, the Jones Day report says, quote, "Trainer Tim Garl and the student managers all knew that digital rectal exams occurred during the exam."
    Do you agree with that statement?
A   Honestly, I don't know.  I can't speak for all of the other managers.  All of the players had to know.  I'm not sure about all of the other managers.
Q   Did you know when you were a student manager that Dr. Bomba was doing digital rectal exams during pre-participation physicals?
A   Yes.
Q   The report goes on to say that "Tim Garl would jokingly dip his finger in a Vaseline jar and ask, 'are you ready for tomorrow?' in advance of the exams."
    Did you ever witness that?
A   No.
Q   If you were the athletic director and your head trainer did something like that, what would you do about it?

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 138

A  I would at a minimum call in our chief medical officer and ask him to look into the situation.

Q  The next bullet point down in the Jones Day report says quote, "As an athlete, the player felt he had no choice and had to have the exam in order to play. He suggested that if a player refused the exam, they would not be able to play."
   Would you agree that if a player refused to undergo a pre-participation physical exam they would not be allowed to play sports at I.U.?

A  Can you point out where that is again? I'm trying to follow that.

Q  Sure.

A  I gotcha. Okay. Yes, what I would agree with is that if a player did not, was not cleared after a pre-participation evaluation, then they would not be able to play.

Q  Did you ever observe at any time in your interaction with the program during Dr. Bomba's tenure, did anyone ever explain to any men's basketball player that they could refuse to have a digital rectal exam and still get cleared to play?

A  Not that I'm aware of.

Q  If you will turn to the page with Number 3525 in Exhibit 34.

Page 139

Footnote 84, if you could read that footnote and let me know when you are finished.

A  (Witness Complying.)  Okay.

Q  Were you present for the joking or banter or comments about John Flowers that are related in the first sentence of Footnote 84?

A  No.

Q  Were you present for the commentary related to Mr. Richardson's incident in the second and third sentences of Exhibit 84 -- I'm sorry -- Footnote 84?

A  No.

Q  Go to the page with the Number 3536 on the bottom of Exhibit 34.
   The second full paragraph referring to Tim Garl says, quote, "He heard players refer to the digital rectal exams they received from Dr. Bomba during their physicals, typically in the form of locker room humor or jokes."
   Is that how you would describe the incident that you have related as locker room humor or jokes, the one that you observed and remember today?

A  Yes.

Q  The next paragraph says that, "Mr. Garl recalled

Page 140

that some players said they would not undergo a digital rectal exam."
   Are you aware of any player who said they would not undergo a digital rectal exam?

A  No.

Q  The next paragraph, the sentence says, quote, "Garl acknowledged that he made comments like Dr. Bomba 'is a big guy and he has big fingers'."
   Did you ever hear Mr. Garl say that?

A  No.

Q  The next page, Number 3537 at the top, the Jones Day report says, quote, "Garl knew of and reviewed the standardized forms specifying what would occur during a pre-participation physical exam - a form created by the Athletic Department and applicable to all sports. While those forms called for genital exams at one time they never did list a rectal or prostate exam."
   Do you believe those two sentences to be accurate?

A  Yes.

Q  It goes on to say, quote, "But Garl regarded the list as the minimum that had to be done for 'mass participation' physicals of all athletes. And as discussed above, the basketball players received

Page 141

more comprehensive pre-season examinations than I.U. athletes in other sports."
   Do you believe that the University's physical forms the doctors are to fill out list the minimum standards?

A  Yes, I would say.

Q  So do you think that the physicals that were being done for every sport except for men's basketball was less comprehensive?

A  I can't speak to the content of any of the physicals in any of the sports. I'm sure, in my view, this is me looking back, what I know now looking backwards, is that there was a minimum standard for sure.
   My observation was that, particularly because of Dr. Rink's expertise in cardiac care, his experience in international sports medicine, that I did over time really come to realize I think men's basketball did above and beyond for basketball players in their testing.

Q  Specifically with regard to cardiac stress testing?

A  Comprehensively cardiac testing. I know that there was definitely some eye testing that came in with our ophthalmologist. I think it was --

Page 142

comprehensively it felt like that there was more done for men's basketball.

Q   And when cardiac testing and ophthalmology testing was done for men's basketball players, all of the testing was documented and put in the student athlete's medical file, correct?

A   I don't know that for sure.

Q   Did you ever hear anyone discuss the size of Dr. Bomba, Senior's fingers at any time?

A   No.

Q   Did you ever hear Dr. Bomba, Senior referred to as Frankenstein?

A   No.

Q   Or that he had Frankenstein hands?

A   No.

Q   Did you ever talk to Dr. Bomba, Junior about whether he did rectal exams on student athletes when he did pre-participation physicals?

A   No.

Q   If you will go to the page with the Number 3541 on the bottom of Exhibit 34.

The very first sentence says, "According to Carter," referring to Butch Carter, "Coach Knight was the most powerful individual at the University."

Page 143

Do you agree with that?  Before he got fired was Coach Knight the most powerful person at I.U.?

A   I would say yes.

Q   Mr. Carter's -- that sentence continues, Which would deter anyone from taking issue with anything occurring in Coach Knight's program.

Would you agree that student athletes would be deterred from taking issue with things going on in Coach Knight's basketball program?

A   No.

Q   Did you ever see a student athlete complain to Coach Knight about anything?

A   Yes.

Q   What kind of things?

A   I saw a player in practice confront Coach Knight on how Coach Knight was talking to him and I just saw some interaction.

There were players along the way over time that would be able to stand up, push back a little bit.  So it was in more of a practice setting that I remember seeing that.

Q   How did Coach Knight react in those situations?

A   Depended on the situation.

Q   Well, what do you remember?

A   I remember he pushed back at the player and they

Page 144

kind of went their separate ways, but there was a definite back and forth that kind of raised my attention because generally players didn't push back against Coach Knight like that.

Q   So it was unusual for a player to speak critically to Coach Knight about something, is that a fair summary?

A   Yes.

Q   And why is that, do you think?

A   I think because of Coach Knight's style I don't think that people really challenged him very much.

Q   Because bad things happened if they did?

A   I would not say that.  I would say just that he was someone who when you, particularly a player, when you control the playing time, you know, there is a line that student athletes don't want to cross with their player in fear of, because they all want to play.

Q   Across your four decades of affiliation with Indiana University, have you ever been aware of a doctor other than Dr. Bomba, Senior who performed a digital rectal exam on a student athlete?

A   No.

MS. DELANEY: Can we take a quick break?

MR. MALEY: Sure.

Page 145

VIDEOGRAPHER: Going off record.  It's 2:41.

(AT THIS TIME A SHORT RECESS WAS HELD OFF THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS WERE HAD:)

VIDEOGRAPHER: We are back on record.  It is 2:52.

BY MS. DELANEY:

Q   If you could turn back to Exhibit 32, please.

A   Got it.

Q   Great.  You testified that the copy of Exhibit 32 that you received was redacted.

I'm wondering if you can tell me what was redacted?

A   From my best recollection, any name of a student athlete was redacted.

Q   Okay.

A   But I -- that's what I think.  I don't really know.

Q   But were you able to -- well, did you know when you first read this letter that it pertained to Mr. Mujezinovic?

A   Not at first.  But I think I figured it out over time, but not at first.

Q   And how did you figure it out?

Case 1:26-cv-01677-MPB-MG    Document 1-2    Filed 08/11/26    Page 39 of 59 PageID #: 64

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 146

A   I think that the Joliet Junior College was not redacted maybe.  Maybe that is where I figured it out.

Q   And between the time that you received this letter, Exhibit 32, sometime on or after August 28, 2024, and about sixty days later in late October of 2024 when we filed the lawsuit, did you tell anyone that Mr. Mujezinovic was the person who had submitted the Complaint?

A   No.

Q   You didn't tell any of your friends or former basketball players that Mr. Mujezinovic was behind it before his name was publicly reported?

A   No.

Q   What about Joe Hillman, did you tell him that it was Mr. Mujezinovic?

A   No.

Q   In your role as the athletic director at Indiana University, do you routinely interact or liaise with other college sports leaders from around the country?

A   Yes.

Q   That includes leaders within the Big 10 and the NCAA, other athletic directors, right?

A   Yes.

Page 147

Q   Do you also attend conferences and meetings with leaders from other collegiate athletic programs around the country?

A   Yes.

Q   Have you attended any conferences or meetings where sexual abuse by team doctors has been discussed?

A   No, not that I can remember.

Q   Other than Dr. Bomba, Senior, are you aware of any team doctor in any college sport anywhere in the United States who included a digital rectal exam as a standard part of a pre-participation physical every year including for players who had no medical history, symptoms, or issues suggesting an individualized health risk?

A   No.

MS. DELANEY: Those are all of the questions that I have.  Thanks.

MR. MALEY: Let's take a quick break.

VIDEOGRAPHER: Going off record.  It's 2:57.

(AT THIS TIME A SHORT RECESS WAS HELD OFF THE RECORD AFTER WHICH THE FOLLOWING PROCEEDINGS WERE HAD:)

VIDEOGRAPHER: We are back on record.

Page 148

It's 3:53.

MS. DELANEY: Sorry, I had a few more questions.

BY MS. DELANEY:

Q   Mr. Dolson, the Jones Day report talks about a letter from former players that said positive things about Dr. Bomba.

And my question for you is did you take any steps to facilitate gathering signatures on that letter or in any way recruit people to express support for Dr. Bomba during the Jones Day investigation?

A   No.

Q   There was another letter that was signed by, I believe, fourteen doctors expressing support for Dr. Bomba.

Did you authorize or participate in any way that letter writing campaign?

A   No.  But I will say this, I think I need to -- it's interesting because the local doctor who did that sent me a copy of it, which I don't know why, maybe because of my position, but I had nothing to do with that letter.  Zero.

Q   Did you forward it or suggest that others forward it to Jones Day?

Page 149

A   I think I may have sent it to Stephen Harper and said for him to send it to Jones Day.

Q   And why did you do that?

A   Because anything pertinent to the case, no matter how big or small, whatever it was, my instructions were to just get everything to Stephen and I didn't want to have any communication with them whatsoever.

Stephen worked with the general counsel's office.  So anything that would come up, I would stay out of it and just get it to Stephen to get it to Jones Day.

Q   But you knew that Stephen was going to forward it to Jones Day after you forwarded it to him?

A   Yes.

MS. DELANEY: Okay.  That is all that I have.  Thanks.

MR. MALEY: No questions.

MR. LEE: No questions.

VIDEOGRAPHER: This concludes testimony.  It's now 3:06.

AND FURTHER DEPONENT SAITH NOT

_____
SCOTT DOLSON

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

Page 150

STATE OF INDIANA   )
                   ) SS:
COUNTY OF BOONE    )

I, Wendi Kramer Sulkoske, Notary Public in and for said county and state, do hereby certify that SCOTT DOLSON the deponent herein was by me first duly sworn to tell the truth in the aforementioned matter;

That the foregoing deposition was taken on behalf of the Plaintiffs at the time and place heretofore mentioned with counsel present as noted.

That the deposition was taken down in Stenograph notes, reduced to typewriting under my direction, is a true record of the testimony given by said deponent, and was thereafter presented to the deponent for signature.

That this certificate does not purport to acknowledge or verify the signature hereto of the deponent.

I do further certify that I am a disinterested person in this cause of action; that I am not a relative or attorney of any of the parties or otherwise interested in the event of this action, and am not in the employ of the

DELANEY & DELANEY
Kathleen A. DeLaney
3646 North Washington Boulevard
Indianapolis, Indiana  46205

NOTICE OF FILING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

HARIS MUJEZINOVIC, et al.,          )
                                    )
                Plaintiffs,    )
                               )Case No. 1:24-cv-01827
          -vs-                 )
                               )
THE TRUSTEES OF INDIANA        )
UNIVERSITY, et al.,            )
                               )
                Defendants.    )

In compliance with the Indiana Rules of Procedure, Rules of the Industrial Board or Federal Rules of Procedure, pursuant to Indiana Supreme Court Order dated 10/1/86, you are notified that the signed original deposition of SCOTT DOLSON taken on behalf of the Plaintiffs on July 28, 2025 has been sealed and submitted to the originating party, along with the attached Errata Sheet(s), if applicable.

_____
(Date Received by Circle City Reporting)

CIRCLE CITY REPORTING
1099 North Meridian Street, Suite 920
Indianapolis, Indiana  46204

Page 151

attorneys for the respective parties.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 4th day of August 2025.

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

**@**

**@indiana (1)**
17:16

**A**

**AAU (1)**
32:17
**abilities (1)**
44:6
**ability (4)**
5:20;78:12;90:9;
112:2
**able (5)**
117:13;138:7,17;
143:19;145:20
**above (2)**
140:25;141:19
**absence (1)**
81:14
**abuse (2)**
104:8;147:6
**academic (1)**
115:25
**academics (2)**
103:6;115:24
**access (1)**
73:23
**accompanying (1)**
92:25
**according (5)**
63:13;130:22;
132:21;136:20;
142:22
**account (6)**
18:15,18;19:1;
64:7,10,14
**accountable (3)**
101:4;133:21;
134:1
**accounts (4)**
19:13,14;134:6;
135:16
**accurate (3)**
63:24;133:5;
140:20
**accurately (2)**
48:22;106:25
**acknowledge (1)**
150:19
**acknowledged (1)**
140:7
**acquaintance (1)**
113:16
**across (3)**
51:9;135:1;144:19
**action (4)**
107:8;109:16;
150:22,25
**activities (4)**
46:18;51:24,25;

107:16
**activity (2)**
85:5,8
**actual (2)**
20:13;53:17
**actually (2)**
52:11;59:24
**add (3)**
15:18;29:12;43:25
**adding (1)**
129:15
**addition (6)**
34:12;39:20;49:18;
50:11;51:2;53:10
**additional (1)**
38:1
**additionally (1)**
90:9
**address (8)**
17:13,18,22,23;
18:2,22;21:18;70:15
**addresses (3)**
17:10;18:2,5
**adhere (1)**
105:13
**adjectives (1)**
133:18
**administering (1)**
135:7
**administration (6)**
23:22;67:19;68:9;
104:16,25;115:20
**administrator (7)**
23:6;35:22,24;
109:11;116:18;
130:10,14
**adopted (5)**
61:21;89:4;106:3;
111:22;129:13
**adopting (1)**
130:3
**adoption (1)**
62:6
**advance (4)**
61:25;80:11;
136:13;137:19
**advice (2)**
73:12;75:13
**advised (2)**
75:9,12
**advisory (1)**
115:22
**Affairs (1)**
9:23
**affect (1)**
5:19
**affiliated (5)**
9:24;37:6;91:20;
116:8;120:14
**affiliation (2)**
119:15;144:19
**affirm (1)**
4:24

**affixed (1)**
151:3
**aforementioned (1)**
150:7
**again (13)**
43:9;57:4;61:9,24;
75:22;79:6;80:13;
82:14;84:24;91:1;
104:22;130:21;
138:11
**against (1)**
144:4
**ago (9)**
21:9;34:1;56:18;
61:9,12;69:22;91:5;
95:12;103:4
**agree (16)**
54:19,23;55:3,6;
105:18;111:10;
112:5;128:2,9;
130:25;133:4;137:8;
138:8,14;143:1,7
**agreed (1)**
81:19
**agreement (1)**
6:7
**ahead (2)**
35:11;79:5
**Ahlfeld (2)**
15:18,22
**al (2)**
4:3,4
**Alford (2)**
24:13;43:5
**Alford's (1)**
40:5
**allegation (2)**
64:2,3
**allegations (22)**
22:8,18;23:18,23;
54:3;58:13;62:20;
63:10,20;64:19;65:1,
24;66:3,17;67:3;
69:14;70:11;75:19;
77:9;80:18;81:4,7
**alleged (1)**
67:5
**allowed (5)**
81:4;85:19,25;
93:7;138:10
**allowing (1)**
134:7
**almost (2)**
14:20;64:4
**along (4)**
4:19;57:5;84:14;
143:18
**alumni (2)**
37:15;38:17
**always (8)**
37:16;46:19;52:2;
54:15;98:12;114:12;
126:24;135:7

**Amended (1)**
20:22
**among (1)**
60:8
**anal (5)**
37:10;58:24;66:13;
71:10;79:11
**Anderson (3)**
39:8,13,21
**Andre (1)**
24:15
**Andy (3)**
59:12;131:23;
132:11
**announce (1)**
75:18
**announced (1)**
19:19
**announcement (1)**
77:9
**announcements (1)**
136:2
**annual (9)**
84:6,18;85:10;
105:5;106:21;
109:23;110:14;
122:14;135:10
**annually (3)**
84:9;109:23;136:4
**answered (1)**
78:12
**anti-harassment (1)**
111:13
**Apartments (1)**
24:8
**apologize (2)**
52:14;87:15
**apparel (1)**
32:15
**appear (1)**
96:20
**appeared (1)**
121:22
**appears (1)**
122:1
**appendices (1)**
121:18
**applicable (1)**
140:15
**applied (1)**
105:19
**apply (4)**
56:21;83:23;107:5;
111:11
**appointment (3)**
30:2;111:6,10
**Appointments (2)**
110:20,23
**approach (1)**
57:2
**appropriate (2)**
84:19,21
**approved (1)**

74:13
**approximate (1)**
20:2
**approximately (10)**
4:9;11:5,21;33:1,
13;34:2;59:9,14;
68:2;126:5
**area (1)**
98:15
**areas (11)**
14:3,4;53:12,21;
55:23;56:3;61:24;
62:16;103:9;111:21;
124:16
**Arizona (1)**
61:1
**around (17)**
14:4;29:5;39:10;
50:15,23;63:3,21;
71:19;74:11;106:18;
113:7,7;120:24,25;
125:19;146:21;147:3
**arrange (2)**
11:9;110:24
**arrangement (2)**
6:13;89:10
**arrived (1)**
36:22
**article (3)**
63:7;64:6;69:21
**aside (2)**
94:10;119:13
**as-needed (1)**
12:12
**aspect (1)**
56:5
**aspects (3)**
115:5,25;133:13
**assembled (1)**
126:23
**Assembly (2)**
30:19;57:17
**assigned (2)**
11:15;46:16
**assistant (12)**
18:9;33:4,11;34:8;
52:13;101:7;111:4;
120:16,20,23;125:15,
24
**associate (2)**
23:2;52:6
**Associated (2)**
122:7,10
**assume (1)**
108:7
**assumed (3)**
34:11;46:19;108:1
**AT&T (1)**
22:1
**athldir@indianaedu (1)**
18:7
**athlete (16)**
65:6;85:18,23;

Case 1:26-cv-01677-MPB-MG    Document 1-2    Filed 08/11/26    Page 42 of 59 PageID #: 67

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

90:12;95:18,25;
106:11,21;109:14;
111:6;117:5;118:9;
138:4;143:11;
144:22;145:16
**athletes (37)**
18:20,24;54:23;
55:3,8;57:16,24;
61:6;62:21;83:19,23;
84:7;85:1,9,13,16;
89:2,13,16,20;90:22;
92:24;94:4;105:1;
107:10;110:22;
112:1,24;116:21,25;
131:12;136:5;
140:24;141:2;
142:17;143:7;144:16
**athletes' (1)**
86:5
**athlete's (1)**
142:6
**athletic (91)**
7:22;22:24;23:2;
33:5,23,25;34:3,17,
21;36:1,4;46:25;
47:2,9,17;48:23,25;
49:11;50:3,5,7,10,15;
52:4,6,20;53:6,7,10,
12,16;54:9,17;55:21;
56:12,20;58:8;59:6,
16,25;60:4;62:7;
64:7;66:22,25;70:2;
71:5;77:3;83:18;
89:4,23;90:19;91:19;
92:12;94:3;96:9;
100:13,20,24;101:7;
102:14;103:22;
104:15,17,18;106:9,
13;110:6;112:17;
115:21;116:3,4,8,9,
11,19;120:16,20,23;
127:22,24;131:9;
132:24;133:3,9;
136:3;137:23;
140:15;146:18,24;
147:2
**athleticdirector@indianaedu (1)**
18:3
**athletics (17)**
47:8;49:4,8;52:22;
64:8,17;69:23;95:6,
25;108:10;115:17,18,
19,24;116:1;117:2;
119:16
**attached (6)**
63:17;92:3;94:16;
96:4,19;97:1
**attend (11)**
8:21,24;9:11;
11:13,17,24;16:11;
38:7;53:22;86:11;
147:1
**attended (9)**

7:13;8:17;11:21;
12:20;13:13;14:22;
54:4;78:5;147:5
**Attending (1)**
9:4
**attention (4)**
92:6;99:18;133:20;
144:3
**attorney (4)**
76:4;97:19;98:8;
150:23
**attorney-client (2)**
73:11;75:23
**attorneys (2)**
23:24;151:1
**attrition (1)**
13:11
**audits (1)**
109:5
**August (10)**
5:13;20:15;21:13;
63:3;66:7,10;71:19;
80:19;146:6;151:4
**authority (2)**
116:4,10
**authorize (1)**
148:17
**available (1)**
50:23
**Avenue (1)**
4:11
**aware (22)**
57:21;58:12;65:17;
93:6;99:11;102:4;
110:10;116:15;
117:2;119:17,21;
120:12;122:12,17;
128:4;132:1,2;
135:25;138:23;
140:3;144:20;147:9
**Awareness (1)**
122:6
**away (15)**
11:9;12:1,9,19;
13:4;14:22;15:14;
16:20,21;35:19;
86:16,19;88:2;
112:12,23

## B

**back (29)**
12:22;18:1;45:19;
48:16;56:13;60:3;
61:4,18;76:13;81:11;
91:12;97:12;107:19,
25;108:8,9;125:25;
126:6,8,11,12;
141:12;143:19,25;
144:2,4;145:6,9;
147:25
**backwards (1)**
141:13

**bad (3)**
29:7;41:10;144:12
**Bahamas (1)**
88:4
**balance (2)**
47:10;116:1
**balances (1)**
115:23
**banter (20)**
26:15;27:5,8,14;
28:2,8,15,22;30:8,25;
37:14;38:15;42:18;
77:24;79:8;114:8,14,
19;136:16;139:4
**banter' (1)**
123:1
**bantering (1)**
29:19
**bartender (1)**
32:9
**based (5)**
60:25;61:21;68:3;
127:20;135:15
**basement (1)**
99:19
**Basically (9)**
10:24;12:11;33:21,
25;49:9;81:21;83:6,
10;125:21
**basis (10)**
12:12;49:17;57:25;
58:2;65:21;88:6;
90:10,17;109:14;
124:14
**basketball (111)**
8:6,17,21,24;9:2,
25;10:1,7,23;12:24;
13:22;24:10,16,20,
23;25:6,9,11;31:21;
32:17;34:7;35:6,9,15,
16,23,25;36:3,6,10,
11,25;37:6;38:3,7;
39:25;44:6,8,13;
51:11;54:11,12,15,
19,25;55:1,5,10;
63:12;65:9;66:1;
67:5;71:1;74:9;86:4,
24;87:1,4,25;88:10,
12,18,18,23;93:1,7,
11;97:16;98:17;99:2,
11;101:17,18;102:1,
5,23;103:17;107:20,
23;110:13,23;
118:18;119:18;
120:12,18;122:9,11;
123:10,20;125:10,13;
126:24;127:11,17;
128:18;131:24;
133:13,16;134:19;
135:7;136:17,25;
138:21;140:25;
141:8,19,20;142:2,4;
143:9;146:12

**Bates (1)**
126:19
**became (13)**
33:16,22,25;35:21,
22;47:16;48:25;
115:11,15;120:22,23;
122:12,17
**become (8)**
9:24;52:2;55:25;
56:1;57:1;81:7;
119:17;120:20
**becoming (4)**
34:13;56:7;91:6,7
**began (1)**
65:17
**begin (1)**
6:10
**beginning (3)**
7:12;28:17;57:15
**behalf (3)**
7:17;63:18;150:10
**behavior (1)**
63:11
**behind (3)**
54:12;112:15;
146:12
**beneficial (1)**
87:9
**best (16)**
11:12;29:20;40:2;
57:9,19;60:7,9,18;
61:1,25;78:12;95:3;
106:13,17;129:25;
145:15
**better (2)**
16:18;129:14
**beyond (2)**
61:17;141:19
**Big (22)**
50:5;53:15,15;
57:7,19,22;58:2,5,9,
10,14;62:14;87:19;
103:1,3,13;106:18;
136:2;140:8,8;
146:23;149:5
**bio (5)**
47:25;48:4,20;
50:18;51:14
**birth (1)**
5:12
**bit (3)**
44:4;131:5;143:20
**blank (1)**
94:11
**Bloomington (4)**
4:10,11;5:15;39:10
**board (4)**
23:6;58:3;69:17;
135:1
**Bob (6)**
32:14,22;65:11,14;
66:1;127:4
**Bomba (105)**

8:13;13:17,21;
14:14,17;15:1,10,11,
13,15;22:17,21,24;
23:10,13,14;25:9,20,
22;26:8,24;27:9,14;
28:2,16;29:1;30:1,
11;31:2;37:9,17;
38:15;39:22;42:19;
43:13,17;54:7;62:20;
63:12,21;65:25;
66:13;67:4,15;68:12,
14;70:22;74:2,20,24;
75:2;76:16;77:25;
78:6,15;79:1,10,18;
80:17,22;82:22;
86:16;89:7,11,12;
91:23;98:16;102:22;
104:24;114:4,8;
117:3,8,23;118:9,12;
120:17;121:3,4;
122:12,18,23;128:14,
20;132:22;133:2,7;
134:6,8,10,17,24;
135:4,17;137:14;
139:18;140:8;142:9,
11,16;144:21;147:9;
148:7,11,16
**Bomba's (18)**
13:25;14:6,11;
16:6;27:6;30:23;
67:6;82:15;98:20;
99:3,7,12,19,25;
111:3;123:1,19;
138:19
**BOONE (1)**
150:2
**boss (2)**
99:3,3
**both (8)**
25:3;28:22,23;
32:13;87:24;88:21;
129:3;133:2
**bottom (11)**
41:4;42:12;102:12;
105:24;109:20;
110:17;111:16;
122:5;126:20;
139:13;142:21
**bought (1)**
91:8
**Bradford (2)**
8:12;63:12
**break (6)**
48:9,10;51:3;97:6;
144:24;147:19
**Brian (6)**
24:13,25;36:16;
39:15,20;43:2
**bring (1)**
125:25
**bringing (3)**
61:17;125:12;
131:6

Case 1:26-cv-01677-MPB-MG    Document 1-2    Filed 08/11/26    Page 43 of 59 PageID #: 68

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.
SCOTT DOLSON
July 28, 2025

**broader (1)**
37:4
**broadly (1)**
59:2
**Brooks (5)**
39:19;40:2,12,17;
43:1
**brought (9)**
58:3;60:3,23;
62:14;91:12;126:6,8;
128:10,12
**buck (1)**
53:5
**budgetary (1)**
36:2
**building (1)**
127:10
**bullet (5)**
106:1;129:21;
136:11;137:4;138:3
**bunch (1)**
69:12
**business (1)**
114:17
**businesses (1)**
32:14
**Butch (7)**
117:8,12,12,22;
118:13;121:9;142:23

**C**

**Cabinet (4)**
53:11,22;54:4,7
**Calbert (1)**
74:7
**call (4)**
21:21;53:9;102:6;
138:1
**called (5)**
29:14;40:5,25;
94:12;140:16
**calling (1)**
26:6
**calls (2)**
16:22,22
**came (17)**
21:13,16;45:1,14;
61:1,4;64:3;75:2;
76:16;78:22;79:19;
81:11;95:3;108:17;
117:15;131:19;
141:24
**camp (4)**
8:17,21,24;9:2
**campaign (1)**
148:18
**camps (2)**
32:14,16
**campus (3)**
7:23;14:9;24:1
**Can (57)**
15:18;20:1;25:10;

28:13;30:3;37:24;
39:23;41:4,14;42:11;
43:25;45:16;46:3,24;
48:6,9,10;50:16;
51:5;52:8;56:8;57:3;
60:18;61:20;65:12;
68:11,18;71:14;
75:12;76:4;79:13,13;
82:18;84:3,5;90:16,
23;92:18;99:15;
103:7,8;104:21;
106:2;108:7;111:19;
112:16,21;117:9;
119:22;120:3,15;
128:3;134:13;
138:11;144:24;
145:13;147:8
**candidate (1)**
40:10
**candidates (2)**
10:10,15
**candidly (1)**
66:7
**cardiac (5)**
37:17;141:16,21,
23;142:3
**care (21)**
43:18;89:8,15,20;
90:7,21;91:5,10,13,
18;105:1;112:7;
120:4;122:9;126:24;
127:16;132:14,14,17;
134:8;141:16
**career (2)**
27:22;86:13
**careful (1)**
113:1
**Carter (8)**
117:8,12,12,22;
118:13;121:9;
142:23,23
**Carter's (1)**
143:4
**Case (25)**
4:6;19:2,8,14;20:8;
22:8,15,18;23:18,19,
23;54:3;58:13;71:16;
80:18;84:5;88:6,6;
90:10,10,17,17;
93:24;118:14;149:4
**cause (1)**
150:22
**caution (3)**
73:10;75:22;
112:19
**cell (3)**
21:20,23;22:5
**center (3)**
60:13;90:1;100:18
**centrally (1)**
57:16
**certain (9)**
49:12;62:8;74:3;

109:12;111:25;
115:23;122:9;123:3;
130:9
**certainly (2)**
79:25;85:6
**certificate (1)**
150:18
**certification (1)**
107:21
**certified (2)**
102:14;104:16
**certify (2)**
150:5,21
**cetera (3)**
11:9,10;22:16
**C-H-A-B-E-R-R-A (1)**
61:14
**challenged (1)**
144:11
**chance (2)**
48:21;51:5
**change (2)**
87:5;124:15
**changed (6)**
52:20,24;53:2;
55:19,24;131:21
**changeover (1)**
87:7
**changes (3)**
61:16,20;97:2
**changing (3)**
86:25;91:6;129:16
**chaperone (3)**
112:6,11;129:15
**chaperons (2)**
62:7;111:17
**characterize (1)**
29:4
**characterized (1)**
122:25
**Chase (1)**
29:14
**Cheaney (1)**
74:7
**checks (1)**
115:23
**Chevy (1)**
29:14
**Chhabra (5)**
60:24;61:13;62:12;
128:10;130:13
**Chhabra's (2)**
61:15;62:6
**chief (49)**
23:8,15;34:13,16,
17,20,25;46:25;47:5,
20;49:4;50:1,10;
52:21;58:3,10;59:5,
10,15;60:2,3,11;
61:17;62:13;70:3;
71:4;89:22;90:18;
96:25;100:15,18,22;
108:12,17,20;109:10;

128:12;130:9,18,21;
131:3,6,8,17,20,25;
132:5,8;138:1
**choice (2)**
55:12;138:5
**choosing (1)**
93:9
**chosen (1)**
128:7
**Christopher (1)**
4:22
**City (1)**
9:9
**claim (2)**
65:19,22
**claims (1)**
73:21
**clarify (6)**
25:10;26:10;30:3;
38:22;113:15;117:9
**class (1)**
115:25
**clear (2)**
26:23;47:19
**clearance (2)**
107:17;108:13
**cleared (4)**
85:24;107:17;
138:15,22
**clearing (1)**
84:9
**clients (1)**
4:17
**Clinic (5)**
60:25;95:3;102:20;
106:4;129:9
**clinics (1)**
32:14
**close (21)**
10:1;12:6;15:11;
32:25;33:7;35:3;
36:17;38:13;60:23;
61:8,10,14;65:15;
98:23;101:16;113:7;
125:18,20;128:15;
129:1;132:13
**closely (4)**
113:2,6;114:25;
115:2
**closer (2)**
33:1;38:24
**closest (3)**
23:15;24:22;25:2
**Club (20)**
33:5,6,12,16,20,21,
22,24;34:3,9,11,12,
16;35:1,5;36:12;
47:2;52:7,14;120:24
**CMO (4)**
91:12;101:10;
107:18,19
**CMOs (1)**
58:5

128:12;130:9,18,21;
**Coach (52)**
40:4,7,12;52:5;
65:14;98:21;102:15;
103:7,16,16,18;
113:2,10,15,15,21,
24;114:4,6;116:18;
118:1;119:5;121:1;
125:1,3,13,15,23;
126:3;127:4,18,20;
128:5,15,21,21,25;
133:3,8,11,19;
142:23;143:2,6,9,12,
15,16,22;144:4,6,10
**coaches (6)**
114:16;124:15,20;
125:16,24;126:12
**coaching (2)**
28:3;102:16
**cohorts (1)**
45:21
**colleagues (1)**
115:3
**college (6)**
47:8;116:1;136:5;
146:1,20;147:10
**colleges (2)**
96:10,21
**collegiate (1)**
147:2
**colligate (1)**
106:13
**combination (1)**
35:12
**comfortable (1)**
112:1
**coming (6)**
22:16;47:7;81:24;
82:2,7,8
**comment (1)**
128:4
**commentary (2)**
123:18;139:8
**comments (3)**
117:11;139:5;
140:7
**committed (2)**
40:3,6
**committee (2)**
115:17,19
**common (2)**
86:18,22
**commonly (2)**
122:25;123:12
**communicate (8)**
18:16,19,23;25:8;
26:2,5;74:17;113:24
**communicated (7)**
21:15;23:17,21;
25:5,19;71:8;129:2
**communication (5)**
37:8;62:22;70:6;
74:4;149:7
**communications (5)**

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.
SCOTT DOLSON
July 28, 2025

19:24;25:15;30:18;
70:10;114:3
**company (1)**
32:13
**compared (7)**
15:9;46:10,14;
51:17;52:21;94:23;
110:9
**compete (1)**
107:14
**competitive (1)**
54:20
**complain (1)**
143:11
**complained (4)**
117:23;118:5,9,11
**Complaint (15)**
16:2;19:20;20:9,
11,18,20,22;21:4,11,
16;22:9;71:15;83:14;
117:8;146:9
**complete (4)**
5:23;85:18;109:22;
122:15
**completed (6)**
62:3;95:14,18;
106:21;108:3,21
**completely (5)**
46:15;73:24;81:18;
106:25;109:17
**completes (1)**
108:25
**compliance (2)**
50:6;103:7
**compliant (1)**
109:12
**complicated (1)**
102:7
**Complying (1)**
139:3
**comprehensive (7)**
61:2;106:7,10,20;
107:5;141:1,9
**comprehensively (3)**
107:11;141:23;
142:1
**computer (1)**
16:19
**computerized (1)**
94:21
**concern (1)**
66:18
**concerning (3)**
22:18;30:9;80:20
**concludes (1)**
149:20
**concurrently (1)**
17:14
**conditioning (3)**
107:15;108:4;
124:17
**conduct (1)**
35:16

**conducted (2)**
109:24;134:18
**conference (2)**
53:15;103:1
**conferences (2)**
147:1,5
**confirm (6)**
20:21;41:4;46:3;
68:18;71:14;123:4
**confirmed (3)**
44:25;78:24;
132:23
**conflated (1)**
37:19
**conflating (1)**
84:12
**confront (1)**
143:15
**confused (1)**
66:6
**confusing (2)**
50:13;104:21
**connection (2)**
19:9;125:12
**consider (7)**
24:22;29:6;66:24;
103:23;106:10;
113:10,13
**consistent (4)**
88:19;123:8;127:2;
135:16
**consult (1)**
58:14
**consultant (1)**
129:7
**consultations (1)**
111:18
**consulted (1)**
58:19
**consulting (1)**
73:8
**contact (3)**
42:25;43:3;96:23
**contemplating (2)**
88:1;124:25
**content (2)**
82:11;141:10
**context (6)**
21:12;28:10;29:13;
50:2;91:1,15
**continue (4)**
31:21;60:9;61:5;
81:13
**continues (3)**
50:18;135:15;
143:4
**contract (7)**
90:6,7,14;91:14;
124:11;125:3;126:1
**contracting (1)**
90:20
**contracts (1)**
125:22

**control (1)**
144:15
**convenience (1)**
88:16
**convenient (1)**
48:9
**conversation (6)**
37:8;45:24;67:22;
68:2,4;98:7
**conversations (5)**
67:12;79:10;82:1;
98:11;124:23
**COO (3)**
49:20,23;50:3
**Cook (2)**
35:14;127:12
**cooperate (1)**
73:24
**coordinate (3)**
58:5;70:8;111:1
**coordinated (1)**
90:18
**copies (1)**
96:25
**copy (20)**
71:18,21,23;72:2,8,
10,13,14,17,18,20,22;
74:21,25;75:2;76:17;
83:5;121:17;145:11;
148:21
**corner (3)**
41:4;42:12;109:20
**corrective (2)**
107:8;109:16
**correctly (1)**
91:3
**counsel (9)**
4:12,19;19:25;
67:23,25;68:5,9;
73:12;150:11
**counsel's (18)**
19:21;62:23;65:23;
66:21;70:5,7;71:25;
73:3,9,22;74:13;75:8,
18;76:24;77:19;98:3,
13;149:9
**country (6)**
50:15,20;51:1;
106:18;146:21;147:3
**COUNTY (2)**
150:2,5
**couple (2)**
20:9;98:10
**course (2)**
122:8;135:4
**Court (4)**
4:5,23;5:8;21:7
**covered (2)**
6:14;92:4
**COVID (1)**
58:4
**create (2)**
103:9;129:25

**created (4)**
108:17;130:19;
131:4;140:15
**creating (3)**
62:2;88:20,24
**credit (1)**
10:5
**critically (1)**
144:5
**cross (1)**
144:17
**crossover (1)**
38:24
**current (5)**
8:7;18:19;58:22;
70:2,25
**Currently (3)**
93:15;100:24;
101:23
**curtain (1)**
81:16
**curtains (1)**
74:10

**D**

**Daily (3)**
63:8,14;69:21
**Dakich (1)**
43:5
**Dan (1)**
43:5
**data (1)**
50:21
**date (3)**
5:12;7:7;33:17
**dates (1)**
6:24
**Daughter-in-law (1)**
23:11
**Day (54)**
6:25;7:4,13,15,21,
25;8:4,10,13;16:3;
19:9;36:23;41:10,10;
47:13;77:14,23;78:4,
16;79:7,21;80:5,10,
14;82:3;93:24;94:16;
96:5,14,19;97:1;
99:20;118:15;
121:17;123:5;124:4;
126:21;127:16;
132:20;134:5,15;
135:3,15;136:20;
137:5;138:3;140:12;
148:5,11,25;149:2,
12,14;151:4
**days (3)**
24:23;32:2;146:6
**day-to-day (4)**
49:9,15,17;53:1
**dead (2)**
41:19;118:3
**deal (2)**

40:11;91:17
**Dear (1)**
92:11
**decades (1)**
144:19
**December (4)**
31:19,25;33:7;
36:11
**decide (1)**
124:11
**decided (6)**
9:10;73:15;75:21;
82:21;124:15;125:2
**decision (8)**
10:11;53:19;60:17;
77:13,16;124:8,14;
126:2
**decisions (2)**
88:6;90:2
**declaration (1)**
121:9
**dedicated (3)**
101:12,14,20
**defense (4)**
11:3;13:24;44:3,7
**define (3)**
50:16;113:6;
128:16
**definite (1)**
144:2
**definitely (1)**
141:24
**DELANEY (21)**
4:14,15,15,15;5:6;
20:24;21:2;48:10,18;
59:3;76:15;84:23;
97:5,14;121:13;
144:24;145:8;
147:17;148:2,4;
149:16
**deliver (1)**
86:7
**delivered (2)**
76:22,25
**delivery (1)**
77:7
**Delray (5)**
39:19;40:2,12,17;
43:1
**demarcation (1)**
44:4
**department (61)**
22:24;32:1;33:5,
23;34:3,18,21;47:1,2,
9,15,22;48:23;49:10,
13,13,19,24;52:4;
53:4,11,20;54:17;
55:21,23;56:4;57:7;
58:8;59:6,16,25;
60:5;62:7;71:5;74:5;
77:3;83:18;89:4,23;
90:1,4,19;92:13;
94:3;100:20;103:9,

Case 1:26-cv-01677-MPB-MG    Document 1-2    Filed 08/11/26    Page 45 of 59 PageID #: 70

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

23;105:14;108:18;
115:21;116:5,8,11,
20;119:16;125:10;
127:22;131:9,15,18;
140:15
**departments (2)**
56:12;136:3
**department-wide (1)**
60:21
**Depended (1)**
143:23
**depending (1)**
85:7
**depends (2)**
113:6;127:8
**DEPONENT (5)**
149:22;150:6,16,
17,20
**deposition (8)**
4:2;16:6,11,14;
21:5;99:5;150:9,13
**deputy (13)**
49:3,7,25;50:2,5,7,
9,15;52:21;64:8;
69:23;70:2;100:24
**describe (5)**
20:1;60:18;68:1;
133:18;139:20
**described (2)**
126:22;127:18
**designate (1)**
101:20
**destroy (1)**
20:7
**detail (1)**
133:21
**detailed (1)**
122:11
**details (6)**
11:9;22:14;66:9;
81:9,17;83:4
**deter (1)**
143:5
**determination (1)**
75:17
**determine (1)**
62:15
**Determines (1)**
108:13
**deterred (1)**
143:8
**developed (1)**
57:24
**developing (1)**
94:21
**difference (6)**
44:19;46:13;49:25;
53:5;131:13,17
**different (15)**
11:16;26:6;43:8;
46:15;50:7;51:16;
61:23,24;82:19;85:7;
96:20;101:10;110:7;

115:4,5
**difficult (1)**
53:9
**digital (33)**
26:3,6;27:10;30:1,
9,22;37:10;58:16;
59:2;66:12;71:9;
79:10;114:9;116:20,
24;117:4;118:12;
122:13,18;123:2;
135:5,8,9,17;136:4;
137:6,14;138:22;
139:17;140:2,4;
144:22;147:11
**dip (1)**
137:18
**direct (3)**
36:20;42:8;115:11
**directed (1)**
98:13
**directing (1)**
98:3
**direction (5)**
58:9;73:14;98:18;
129:6;150:15
**directly (7)**
18:13;49:10;59:24;
60:11;72:5;128:21;
129:2
**director (53)**
23:2;33:4,11,16,18,
25;34:8,15,25;36:1,4;
47:17;48:25;49:4,7,
11;50:1,5,7,10,15;
52:7,7,14,20,22;53:6,
7,12;56:20;64:7,8;
66:23;67:1;69:23;
70:2;91:19;100:13,
24;101:7;106:9;
112:18;116:3,10;
120:16,20,23,23;
127:24;133:3,9;
137:23;146:18
**directors (4)**
50:3;53:16;96:9;
146:24
**disagree (1)**
17:8
**discipline (1)**
109:15
**discuss (5)**
18:11;22:15;81:17,
19;142:8
**discussed (5)**
45:9;67:16;136:21;
140:25;147:7
**discussing (1)**
68:20
**discussion (5)**
29:25;31:1;54:2;
78:6,24
**discussions (2)**
54:6;78:25

**disinterested (1)**
150:22
**dispute (5)**
17:8;93:2;134:21;
135:12,22
**distinct (1)**
66:9
**distinction (1)**
55:13
**distinctly (2)**
37:20;66:8
**distressing (1)**
111:20
**District (2)**
4:5,5
**Division (1)**
4:6
**doctor (14)**
27:9;92:11;95:3;
98:16;101:25;102:5,
9;104:24;111:9;
120:18;129:9;
144:21;147:10;
148:20
**doctors (18)**
14:24;15:4;56:22,
24;58:15,23;89:15;
91:22;104:4;126:23;
127:21;128:7;
129:16;133:23,25;
141:4;147:6;148:15
**doctor's (1)**
127:9
**document (5)**
21:6;93:20;106:25;
121:11,22
**documentation (3)**
56:10;57:13;
107:10
**documented (2)**
96:17;142:5
**documenting (2)**
94:22;129:14
**documents (8)**
7:25;15:23;19:2,4,
7,14;57:22;93:23
**Doe (6)**
63:18;66:1,17;
67:3;68:19;80:18
**Doe's (2)**
65:19,22
**Dolson (9)**
4:2;5:1,9;48:19;
76:16;97:15;148:5;
149:24.5;150:6
**Dolson's (2)**
64:7,9
**Dondeti (1)**
4:21
**done (8)**
109:6,17;110:1;
116:23;140:23;
141:8;142:2,4

**donor (1)**
35:18
**Dormitory (1)**
24:6
**dotted (2)**
60:12;100:17
**down (6)**
94:6;106:6;135:3;
136:19;138:3;150:13
**Dr (164)**
8:12;13:17,21,25;
14:6,11,14,17;15:1,5,
5,5,7,7,8,10,11,11,12,
13,14,15,18,22;16:6;
23:10;25:9,20,22;
26:8,16,24;27:6,9,14,
19;28:2,16;29:1;
30:1,11,23;31:2;37:9,
17,17;38:15;39:22;
42:19;43:13,17;54:7;
59:7,8,11,12,13,15,
20;60:24;61:13,15;
62:6,12,20;63:12,21;
65:25;66:13;67:4,6,
15;68:12;71:8;74:8,
24;75:2;76:16;77:25;
78:6,15;79:1,10,18;
80:17;82:15,22;
86:16,17;89:7,11,12;
91:20,23;92:10;
95:13;98:16,20;99:3,
7,12,19,25;101:24;
102:2,6,8,10,22;
104:24;111:3;114:4,
8;117:3,8,23;118:1,9,
12;120:17;121:3,4;
122:12,18,23;123:1,
19;124:22;126:22;
128:10,14,14,20,25;
130:13;131:23;
132:7,11,16,16,18,
22;133:2,7;134:6,8,
10,17,24;135:4,17;
137:14;138:19;
139:18;140:8;
141:16;142:9,11,16;
144:21;147:9;148:7,
11,16
**drills (2)**
11:2;44:2
**driven (3)**
14:8;56:5;57:1
**duly (2)**
5:2;150:7
**During (54)**
6:22;8:10,13;
12:20,22;13:3,23;
14:18;15:1;25:7;
27:19;30:2,4,8;31:3,
22;35:9,21;58:4;
62:3;65:10;67:6;
71:10;74:6,7;78:23;
79:1;91:18;93:5;

94:1,8;96:14;99:1,5;
107:1;113:4;114:19;
118:18;119:19;
120:16;122:8,22;
123:5;127:17;128:9;
134:20;135:5,10;
137:7,14;138:19;
139:18;140:14;
148:11
**duties (2)**
46:13;52:19
**duty (1)**
25:16

**E**

**Earlier (4)**
20:20;71:15;81:23;
91:11
**early (8)**
10:25;28:10;38:23;
39:3;63:13;84:4;
125:4;136:12
**earn (1)**
10:5
**earshot (1)**
123:2
**effect (1)**
119:9
**effort (1)**
55:4
**eight (2)**
33:13;61:11
**eighties (2)**
8:6;108:4
**either (7)**
17:5;19:9;36:17;
37:16;80:18;90:5;
100:3
**electronic (1)**
89:5
**elevate (1)**
52:3
**elevated (1)**
11:6
**eleven (1)**
49:3
**eligibility (2)**
39:7;107:22
**eligible (2)**
84:8;107:14
**elite (1)**
54:20
**Elkhart (1)**
9:6
**else (12)**
16:4,21;19:12;
22:11,22;25:1;39:18;
59:18;69:14;72:9;
80:8;136:3
**email (22)**
17:10,13,18,23;
18:1,5,22;19:1,13,14;

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.
SCOTT DOLSON
July 28, 2025

21:17;63:15,17,25;
64:8,9,20;70:9,15,17;
71:23,25
**emails (5)**
18:10,12;19:7;
20:6;63:13
**employ (1)**
150:25
**employed (1)**
110:11
**employee (5)**
47:3;61:18;89:23;
131:9,18
**employees (1)**
89:16
**employment (1)**
124:6
**encompass (1)**
84:16
**encompassed (1)**
85:6
**end (7)**
36:7,10;63:3;
114:23;127:10;
134:15;137:4
**ended (3)**
72:2;91:6;119:11
**ending (4)**
44:24;46:7;68:21;
105:10
**enforcing (1)**
100:12
**engage (1)**
122:25
**enroll (1)**
9:13
**ensure (2)**
85:15;88:21
**ensuring (1)**
85:12
**Enterprises (4)**
32:7,10,12,24
**entire (6)**
16:14;56:1;69:3;
125:10,19;130:8
**Environmental (1)**
9:23
**equipment (2)**
92:16;95:15
**era (7)**
38:19,20;39:2;
65:10;66:1;67:5;94:8
**Eric (3)**
39:8,13,21
**essence (1)**
90:2
**establish (1)**
74:10
**estimate (5)**
12:6;37:12;38:11;
90:23,24
**et (5)**
4:3,4;11:9,10;

22:16
**evaluate (1)**
60:9
**evaluating (1)**
87:8
**evaluation (1)**
138:16
**even (5)**
25:22;43:23;44:5;
108:4;124:20
**event (4)**
35:13;37:15;38:8;
150:24
**events (6)**
32:17,18;38:3,5,
17;112:12
**everybody (2)**
74:11;133:25
**everyone (5)**
49:13;118:2;
125:14;126:1,9
**everyone's (1)**
55:12
**evidence (1)**
20:7
**evolved (2)**
55:24;91:16
**exact (4)**
6:24;7:7;33:17;
59:23
**exactly (4)**
17:15;71:22;99:22;
117:24
**exaggerate (1)**
44:6
**exam (42)**
11:18;26:7,21,23;
27:10,10,11,19;28:2,
16;29:1,11,17;31:11;
37:18;45:8;67:7;
83:20;85:24;86:8,12;
96:11;107:1;110:1;
117:4,23;118:12;
122:13;135:5,8,18;
137:7;138:5,7,9,22;
140:2,4,14,18;
144:22;147:11
**EXAMINATION (6)**
5:5;92:15;95:8,14;
96:7;109:23
**examinations (6)**
62:4,9;111:18;
134:19,25;141:1
**examined (1)**
5:4
**example (6)**
21:20;39:8;53:14;
56:14;69:16;84:15
**examples (1)**
56:8
**exams (61)**
26:3;27:5,14;
28:12,19;29:25,25;

30:1,10,10,10,22,22,
22;31:3;37:10,10,10,
11;38:16;42:19;
43:13;58:11,16,24,
24,24;59:2;66:12,12,
13,13;71:10;77:25;
79:11,11,11,11;89:1;
93:14;104:20;110:8;
114:9;116:21,24;
122:18,24;123:2,24;
134:17;135:6,10,17,
19;136:4;137:7,14,
20;139:17;140:17;
142:17
**excellence (1)**
23:5
**except (1)**
141:8
**execute (1)**
73:17
**Exhibit (61)**
40:21,22;42:12;
44:11;46:2;47:24;
48:19;63:6,9;64:5;
68:17,18;69:11,22;
70:11,18;71:13,19;
72:8,19,22;74:22,25;
76:18;83:15;92:2,10,
25;93:19;94:2,12,15,
19,24;95:2,6,13;96:3;
100:6;102:11;
107:13;108:9,16;
109:19;121:8,12,16,
19;122:4;127:15;
132:19;134:4;
136:10;137:3;
138:25;139:10,14;
142:21;145:9,11;
146:5
**exists (1)**
58:4
**expect (2)**
106:24;114:6
**expectation (4)**
11:17,23;56:16;
106:17
**expectations (2)**
49:12;133:24
**expected (1)**
12:11
**experience (7)**
9:2;31:11;48:22;
52:25;123:12,16;
141:17
**experiencing (1)**
37:18
**expertise (1)**
141:16
**explain (4)**
35:7;57:3;98:6;
138:20
**explained (1)**
49:21

**express (1)**
148:10
**expressing (1)**
148:15
**extent (2)**
112:21,23
**external (2)**
129:7,18
**extra (4)**
11:3;12:14;31:20;
55:4
**eye (1)**
141:24
**Eyl (2)**
24:14;43:1

**F**

**facilitate (1)**
148:9
**facilities (1)**
7:22
**factor (1)**
60:16
**faculty (1)**
115:19
**failed (1)**
85:23
**fair (3)**
30:12;36:21;144:6
**fall (2)**
31:22;36:23
**false (1)**
17:5
**familiar (2)**
99:24;100:9
**family (2)**
22:18;70:22
**far (2)**
93:17,17
**fear (1)**
144:17
**feeling (1)**
57:4
**fees (2)**
6:5;7:1
**fell (2)**
26:18;27:18
**felt (11)**
47:7,9;60:8;64:15;
81:12;88:15;124:21,
22;125:9;138:4;
142:1
**few (5)**
21:9;52:23;95:12;
128:20;148:2
**fifteen (4)**
27:25;28:7;59:14;
103:3
**fifth (1)**
41:18
**fight (3)**
119:1,3;120:7

**fighting (1)**
119:18
**fights (2)**
118:18,23
**figure (1)**
145:25
**figured (2)**
145:23;146:2
**figures (1)**
91:4
**file (3)**
92:15;109:14;
142:6
**filed (2)**
21:6;146:7
**fill (3)**
12:13,13;141:4
**film (1)**
11:4
**final (4)**
53:9,18;62:15;
108:13
**Finally (1)**
122:21
**find (2)**
55:4;94:6
**fine (2)**
51:13;75:25
**finger (3)**
26:8;136:25;
137:18
**finger' (1)**
136:23
**fingers (12)**
27:6;30:2,11,23;
37:9;66:14;67:6,16;
78:7;79:12;123:19;
142:9
**fingers' (1)**
140:8
**finished (2)**
48:5;139:2
**fire (2)**
116:4,10
**fired (5)**
52:5,13;116:16;
121:1;143:1
**firm (3)**
73:20,23;77:14
**first (35)**
5:2;8:15;9:25;
26:21,23;28:11,16;
31:6,24;32:11;37:18;
38:16;45:8;47:1;
48:9;55:12;59:15;
62:19,23;63:20;
68:25;77:25;94:18;
95:24;100:9;107:22;
127:15;130:17;
132:20;139:6;
142:22;145:21,23,24;
150:6
**fists (1)**

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.    SCOTT DOLSON
July 28, 2025

118:23
**five (17)**
27:25;28:7;33:25;
37:12;38:1,11,16;
43:12;53:24;55:10;
67:14;78:5,13,25;
79:9,17;129:21
**Fletch (5)**
29:15,22;31:1;
42:18;44:25
**Flowers (1)**
139:5
**focus (1)**
67:2
**follow (2)**
57:7;138:12
**followed (1)**
62:17
**FOLLOWING (7)**
48:14;76:11;97:10;
103:14;130:11;
145:4;147:23
**follows (1)**
5:4
**football (5)**
9:4;54:11;86:22;
101:17,22
**footnote (4)**
139:1,1,6,10
**foregoing (1)**
150:9
**forgot (2)**
15:21;39:13
**form (25)**
58:7;62:3;79:3;
86:8;92:4,23,25;
93:22;94:1,16,19,22;
95:1;96:4,7;97:3;
99:2;106:24;108:16,
21;109:1,2;124:9;
139:19;140:14
**formal (2)**
56:2,7
**formality (1)**
55:25
**formally (1)**
130:23
**formed (1)**
47:12
**former (13)**
18:19;37:23;38:3;
63:11;64:15;65:2,25;
71:1;74:1;122:21;
132:24;146:11;148:6
**forms (13)**
57:22;94:7,11;
96:11,20,23;97:1;
106:22;109:6,13;
140:13,16;141:4
**forth (2)**
12:15;144:2
**fortunate (1)**
52:24

**forty (12)**
12:7;37:5,24;
54:14;55:20;56:18;
93:5,16;114:25;
115:3;116:7;120:13
**forty-five (1)**
81:5
**forward (9)**
60:10;64:3,14,20;
73:16,18;148:24,24;
149:13
**forwarded (3)**
64:7;69:22;149:14
**forwarding (2)**
70:9,17
**found (1)**
93:22
**founded (1)**
91:22
**four (14)**
12:24;14:18;15:1;
25:17;30:4,8;31:16,
19;37:2;38:13;41:18;
118:23;119:13;
144:19
**fourteen (3)**
61:23;62:11;
148:15
**fourth (1)**
45:19
**Frankenstein (2)**
142:12,14
**Fred (9)**
34:14,22;47:7;
49:11;52:25;60:3;
127:25;129:6;131:13
**Fred's (1)**
128:9
**French (1)**
38:8
**frequency (1)**
15:9
**frequently (2)**
13:4;15:14
**fresh (3)**
124:21;125:1,9
**freshman (11)**
9:13;13:23;24:6;
28:11,22,25;36:22;
40:18;41:2;45:5;
110:2
**friend (3)**
40:2;113:10,13
**friends (5)**
24:19,22;25:2;
36:17;146:11
**friendship (2)**
113:17,20
**frustrating (4)**
75:24;83:2,8,12
**fulfill (1)**
23:14
**full (5)**

5:22;127:15;
130:18;132:20;
139:15
**full-time (2)**
32:11;89:23
**fully (1)**
109:12
**fundraising (6)**
23:5;33:9;35:13;
49:16;50:12;52:15
**funny (4)**
29:5,18;32:21;41:9
**further (8)**
73:2,5;113:15;
122:11;135:3;
136:19;149:22;
150:21

## G

**GA (1)**
126:7
**gain (1)**
51:21
**game (9)**
11:24,25;12:2,17;
14:21;35:19;51:5;
87:10;88:2
**games (11)**
9:4;12:9,19;13:4,
13;14:22,25;15:14;
51:7;86:16,19
**Garl (42)**
4:22;16:11;17:1,4,
7;23:18;28:5;30:14;
41:23;70:20;74:8;
75:3;76:18;81:8;
82:9,24;83:13;92:4,
22;93:22;97:19;98:7;
104:23,25;110:11;
114:25;115:6;
123:23;124:1,8,23;
132:24;133:7;
136:22;137:5,17;
139:16,25;140:7,9,
12,22
**Garl's (5)**
99:5;100:2;124:5,
11;128:19
**gateway (1)**
54:25
**gathering (1)**
148:9
**gave (8)**
41:15;52:25;72:14,
23;75:15;81:8;83:10;
89:7
**general (27)**
18:7;19:21;62:23;
65:23;66:4,20;67:22,
25;68:5,8;70:4,6;
71:25;73:3,8,22;
74:13,19;75:8,17;

76:23;77:19;81:6;
98:3,13;134:18;
149:9
**generally (8)**
12:16;20:1;38:20;
52:1;100:11;122:12,
17;144:3
**generic (1)**
18:2
**genital (1)**
140:17
**George (1)**
117:25
**gets (1)**
37:19
**given (3)**
73:12;96:25;
150:16
**Glass (9)**
34:14,22;47:7,16,
21;49:11;52:25;60:3;
130:22
**Glass' (2)**
127:25;129:6
**glasses (1)**
48:6
**gmail (3)**
17:22;18:15,18
**goal (2)**
85:14;107:4
**Goals (2)**
105:25;106:6
**goes (4)**
57:5;63:15;137:17;
140:22
**golf (1)**
23:7
**Good (6)**
4:14;5:7;47:12;
84:25;85:4;97:5
**goofy (1)**
41:15
**gosh (1)**
67:8
**Gotcha (2)**
20:4;138:14
**grad (1)**
46:19
**graduate (2)**
31:16,18
**graduated (2)**
31:24;39:9
**grandfather (1)**
9:5
**great (3)**
40:10;47:14;
145:11
**grew (1)**
11:7
**Griffin (1)**
4:20
**group (3)**
60:3,14;91:8

**grow (3)**
9:6,8;55:17
**grows (1)**
55:14
**guess (11)**
6:12;16:17;47:22;
64:1;84:12,16;95:22;
108:7;115:5;126:19;
128:16
**guessing (1)**
132:15
**guidance (1)**
135:25
**guide (6)**
40:25;41:1,1;
44:12,17;46:3
**guidelines (3)**
103:2,5;112:11
**gut (2)**
71:24;132:5
**guy (2)**
41:11;140:8

## H

**half (4)**
16:25;31:19;33:1;
59:9
**halfway (1)**
106:6
**Hall (4)**
30:19;35:14;57:17;
127:12
**hallway (1)**
114:23
**hand (15)**
40:20;44:10;46:1;
47:24;63:5;71:12;
90:11;92:1;93:18;
94:14;96:2;100:5;
121:7,15;151:3
**handle (1)**
86:5
**handled (1)**
81:21
**hands (1)**
142:14
**handwriting (1)**
94:10
**happen (5)**
29:7;61:7;75:6;
118:21;124:1
**happened (14)**
19:16;27:16,21;
30:19;50:9;67:10;
77:11;78:6;81:10;
107:1;114:20;
129:17;131:22;
144:12
**happening (4)**
83:11;129:22,24;
130:1
**happens (1)**

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

67:2
**hard (10)**
55:3,8,15,17;69:8;
71:23;72:2,13,14,22
**Haris (3)**
4:3,17;120:8
**Harper (11)**
64:9;69:24;70:10;
72:10,14,21;74:20,
24;100:25;101:1;
149:1
**Harper's (1)**
70:1
**Harris (1)**
24:15
**hazing (1)**
29:6
**head (32)**
13:23,25;14:5;
25:23;37:19;42:21;
44:5;51:14,17,19,22;
52:2;77:1,3;101:12,
14,21,22,25;102:15;
103:18;104:14,18,23;
112:17;123:23;
124:15;125:12,15;
132:23,24;137:23
**Heading (5)**
105:25;107:13;
108:11;110:19;122:6
**heads (4)**
81:6,8,24;82:4
**health (30)**
60:12;85:9,15;
89:20;90:1,6,14,16,
20;91:6,9,14,16,17,
20,21,24;100:18;
106:8,10,20;107:5;
109:23;112:7;
113:25;132:14,17;
135:21;136:7;147:15
**healthcare (1)**
102:13
**healthy (1)**
136:5
**hear (11)**
27:8;30:18;31:9;
43:4,7;123:18;
136:16,24;140:9;
142:8,11
**heard (7)**
27:4;30:25;63:20;
78:14;100:1;128:19;
139:16
**hearing (4)**
29:24;77:24;99:25;
120:6
**Heights (2)**
24:8;30:20
**HELD (7)**
48:13;76:10;97:9;
133:21;134:1;145:3;
147:22

**help (10)**
6:25;41:13;43:10;
45:6,22;48:3;73:17;
85:15;111:1;129:8
**helping (4)**
11:2,8,9;73:23
**helps (1)**
42:16
**hereby (1)**
150:5
**herein (2)**
5:2;150:6
**hereto (1)**
150:19
**heretofore (1)**
150:11
**hereunto (1)**
151:2
**hey (1)**
81:23
**high (7)**
40:2;53:20;54:16;
83:4,10;133:20,24
**higher (2)**
56:17;130:17
**highest (2)**
54:9;66:19
**highly (1)**
54:20
**Hillman (2)**
43:5;146:15
**himself (1)**
133:12
**HIPAA (1)**
99:16
**Hipskind (6)**
59:12,13,15;
131:23;132:11,16
**hire (4)**
10:11;73:20;97:19,
21
**hired (7)**
10:1;33:4;34:22,
23,24;40:13;132:18
**hiring (1)**
75:19
**historically (1)**
86:24
**history (6)**
47:11;56:13;96:7;
135:20;136:6;147:14
**hit (3)**
13:23;25:23;44:5
**Hold (2)**
19:23;52:10
**holds (1)**
101:10
**home (5)**
11:25;19:5;87:11,
17;134:7
**Honestly (4)**
7:9;98:19;103:21;
137:9

**hoping (1)**
48:3
**Hospital (1)**
60:25
**hotel (2)**
112:24;113:1
**hour (4)**
63:24;77:8;81:24;
83:15
**hours (2)**
5:19;64:24
**house (16)**
4:19;19:25;23:24;
61:18;75:3;76:18,22;
91:13;99:7,20,25;
100:2;128:13;131:7;
132:8;134:10
**HR (1)**
36:3
**human (3)**
77:1,3;105:14
**humor (2)**
139:19,21
**hundred (4)**
10:12;64:23;73:24;
127:12
**hurdles (1)**
84:16
**Hyatt (1)**
4:10

---

## I

**idea (3)**
44:21;84:25;85:4
**identified (1)**
44:16
**identify (2)**
4:12;106:2
**ie (2)**
90:11;115:24
**I-E-P-E-R (1)**
77:6
**IMA (2)**
91:7,14
**imagine (2)**
32:4;37:24
**immediately (4)**
64:4,19;66:20;
67:12
**implementing (2)**
130:3,12
**important (4)**
78:9;85:11;91:2;
133:12
**impression (1)**
83:13
**improper (2)**
66:4;67:5
**improve (1)**
61:5
**improvements (1)**
97:3

**inaccurate (1)**
17:2
**inappropriate (3)**
63:11;79:1;112:8
**incident (5)**
31:14;43:16;79:17;
139:9,20
**incidents (1)**
79:18
**include (11)**
62:2;103:25;104:2,
4,6;105:4;106:10,12,
14,21;116:13
**included (6)**
103:23;122:13;
126:15;129:14;
135:17;147:11
**includes (2)**
104:19;146:23
**Including (17)**
14:22;19:7;56:24;
59:2;60:2;102:13;
105:1,14;107:15;
109:13;111:20;
123:2;133:23,25;
135:9,19;147:13
**incoming (2)**
110:2,9
**incomplete (1)**
107:9
**inconsistent (3)**
87:25;88:8,9
**incredibly (1)**
85:11
**indemnification (1)**
6:7
**independent (6)**
7:10;73:20;75:20;
81:18;90:3;127:19
**Indiana (60)**
4:4,5,11,18;5:16;
6:4,8,12,14;7:2,18,
23;8:16,25;9:3,9,11,
14;17:11;18:1,16,20,
23;19:4,13;26:3;
32:1;33:5;36:22;
37:7;40:9;48:20;
54:10;55:12;58:8;
61:16;62:21;63:8,14;
69:21;83:18;84:7;
85:21;86:2;89:11,17;
90:20;92:12;93:5;
95:7;97:3;100:7;
105:13,16;110:12;
119:16;124:12;
144:20;146:19;150:1
**Indianapolis (1)**
4:6
**indicated (2)**
19:22;40:7
**individual (1)**
142:24
**individualized (3)**

135:21;136:7;
147:15
**individuals (5)**
43:11;45:23;92:13;
122:10,17
**influence (3)**
90:3;98:14;103:8
**information (13)**
31:7;58:9;73:23;
74:12;75:24;78:10,
22;79:25;83:7;117:7,
12,21;123:4
**infrequently (2)**
87:2;114:21
**initial (5)**
16:2;21:1,16;
71:15;135:8
**injuries (1)**
113:25
**injury (2)**
90:13;99:17
**inside (5)**
60:4;66:14;67:16;
79:12;131:19
**instance (3)**
30:7;45:3;79:8
**instances (5)**
37:13;38:2;78:14;
79:9;120:11
**Instead (1)**
133:1
**instruct (1)**
19:24
**instructed (4)**
70:7;76:23;81:1;
93:12
**instruction (3)**
20:2;73:3;76:3
**instructions (4)**
20:5;72:21;73:5;
149:5
**interact (4)**
13:20;35:15,16;
146:19
**interacted (1)**
39:6
**interaction (21)**
8:15;9:3;13:17;
14:3;34:6,10;35:6,12,
20;36:9,14,24;41:22;
42:1,10;46:17;
124:20;125:5,6;
138:19;143:17
**interactions (3)**
35:8;36:19;98:20
**interested (2)**
39:24;150:24
**interesting (1)**
148:20
**interject (1)**
20:19
**intern (1)**
4:20

Case 1:26-cv-01677-MPB-MG   Document 1-2   Filed 08/11/26   Page 49 of 59 PageID #: 74

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.
SCOTT DOLSON
July 28, 2025

**international (1)**
141:17
**interview (17)**
6:25;7:3,13,21;8:3,
10,13;10:9,13,16;
77:22;78:23;80:5,7,
10;96:15;123:5
**interviewed (2)**
10:14;78:16
**intimate (1)**
111:20
**into (6)**
51:4;66:22;91:18;
103:5;108:17;138:2
**introduced (1)**
107:23
**investigate (2)**
73:21;116:23
**investigated (1)**
58:22
**investigation (12)**
7:12;19:10,19;
20:6;65:17;74:17;
75:8;77:10;81:4,18;
93:25;148:12
**investigator (1)**
80:14
**investigators (8)**
8:1;75:20;77:23;
78:4,10,18;79:7,21
**involve (1)**
133:12
**involved (11)**
39:24;42:22;43:15;
56:23;57:10;74:9;
111:5;117:25;120:5;
126:11;133:22
**involvement (5)**
49:16;64:17,18;
66:25;88:24
**involving (3)**
30:25;63:11;
111:20
**Irregularly (1)**
43:4
**issue (3)**
99:16;143:5,8
**issued (4)**
83:16;92:16;95:15;
103:1
**issues (7)**
36:2,3;41:25;42:1;
135:20;136:6;147:14
**items (1)**
19:8
**IU (62)**
9:18,25;23:22;
24:2;31:16;33:5,12;
40:1,3,13;47:17;
50:18;54:19;55:15,
19;58:23;59:6,16;
63:10;64:17;68:9;
71:1;73:13;86:13;

90:6,14,16;91:9,14,
16,17;93:11;95:6,25;
96:5,17;98:16;
101:11;103:12;
104:9,13;108:10,12;
109:24;115:17,18,18;
116:8,16,19,25;
117:2;122:7,10;
127:1;129:22;
132:24;134:19;
135:6;138:10;141:2;
143:2
**iuedu (1)**
18:3
**IU's (3)**
54:24;55:5;127:22
**IX (2)**
105:15;111:12

**J**

**Jackson (2)**
24:8;30:20
**Jadlow (2)**
24:13;39:22
**jar (1)**
137:18
**Jeff (4)**
24:14,25;36:16;
39:21
**job (9)**
16:23;31:24;32:6,
8,11;33:3;52:19;
110:12,21
**Joe (2)**
43:5;146:15
**John (15)**
4:18;6:3;59:20;
63:18;65:19,22;66:1,
17;67:3;68:19;80:18;
92:10;102:3;133:1;
139:5
**joined (3)**
123:25;124:2;
132:11
**joke (1)**
122:25
**joked (3)**
26:11;43:13;
136:22
**jokes (4)**
123:18,25;139:19,
22
**joking (22)**
26:15,19,20;27:5,8,
13;28:8,15,21;29:5,
13,18;37:15,16,25;
38:15;45:14;77:24;
114:7,20;124:2;
139:4
**jokingly (2)**
136:14;137:18
**Joliet (1)**

146:1
**Jones (48)**
6:25;7:3,13,15,21,
25;8:4,10,13;16:3;
19:9;77:13,23;78:4,
16;79:7,21;80:5,10,
14;82:3;93:24;94:16;
96:4,14,19;97:1;
118:15;121:17;
123:5;124:4;126:21;
127:15;132:20;
134:5,15;135:3,15;
136:20;137:5;138:3;
140:11;148:5,11,25;
149:2,12,14
**July (5)**
4:8;48:25;129:6,
12;130:4
**June (17)**
63:13,16,22;64:6;
65:3,18;66:9,11;67:4,
19;68:6,10,12,19;
69:15;71:5;80:19
**junior (5)**
13:10,10,12;
142:16;146:1
**juniors (1)**
12:13

**K**

**Kathleen (2)**
4:15;48:8
**keep (2)**
19:4;56:16
**keeping (3)**
56:21;57:5,9
**Kelly (7)**
22:21,24;23:14;
68:14;74:2,20;80:22
**kept (1)**
116:1
**Kevin (4)**
102:2,2,3,10
**kid (1)**
55:14
**kids (1)**
55:16
**Kilroy's (1)**
32:8
**kind (31)**
10:24;11:3,11;
23:7;26:18,21;28:24;
32:21;37:19;40:10;
41:9,14;42:5;43:8;
49:17;52:3;53:18;
54:12;66:24;69:7;
83:11;84:12;91:16;
94:23;103:9;118:4;
133:11;136:16;
143:14;144:1,2
**kinds (1)**
41:25

**Kip (1)**
133:1
**Kirkwood (1)**
4:11
**knew (5)**
124:22;133:15;
137:6;140:12;149:13
**Knight (45)**
32:7,10,12,16,22,
22,24;40:4,7,12;52:5;
65:11,14;66:1;67:4;
94:8;98:21;103:16;
113:2,9,10,15,19,21,
24;114:4,6;118:1;
119:5;121:1;127:4;
128:15,21;129:1;
133:3,8,11;142:23;
143:2,12,15,16,22;
144:4,6
**Knight's (9)**
32:14;126:23;
127:18,20;128:5;
133:19;143:6,9;
144:10
**knowing (4)**
56:20;107:25;
132:6,7
**knowledge (11)**
23:20,25;29:20;
56:9;58:6;59:22;
70:19;98:14;112:22,
23;122:6
**known (1)**
5:10
**Kramer (1)**
150:4
**Kristen (2)**
77:1,5

**L**

**LaGrange (4)**
59:7,8,11;101:24
**laid (1)**
75:14
**largely (1)**
127:19
**last (9)**
16:11;68:23;75:4;
76:19;81:12;82:9;
102:7;105:11;122:20
**late (3)**
20:15;21:13;146:7
**later (2)**
73:5;146:6
**laughing (1)**
26:22
**law (1)**
77:14
**lawsuit (5)**
20:23;21:16;54:3;
63:1;146:7
**lawyer (2)**

5:25;97:25
**lead (1)**
47:15
**leader (1)**
133:11
**leaders (3)**
146:20,23;147:2
**leadership (2)**
127:25;133:19
**learn (1)**
88:3
**learned (4)**
31:6;40:4;62:19;
66:16
**least (2)**
83:20;85:2
**leave (1)**
81:14
**Leaving (2)**
94:10;119:13
**LEE (4)**
4:22,22;121:12;
149:19
**left (5)**
39:10;41:17;45:20;
47:21;81:11
**legal (7)**
6:4;7:1;19:25;
21:6;63:21;73:12,12
**length (1)**
123:12
**less (7)**
12:7;15:12;27:25;
32:25;37:12;38:11;
141:9
**letter (43)**
19:21;20:12,15;
21:1,12,17;63:18;
65:3,19;66:6,7,9,10,
11;68:18,21,24;69:3,
14,23;70:9,11,18;
71:14,18;74:21,25;
76:17;80:19,19;83:5;
92:3,10,20,23;95:12;
145:21;146:5;148:6,
10,14,18,23
**level (8)**
53:20;55:9,18;
56:18;66:19;83:4,10;
133:20
**levels (3)**
43:8;85:7;133:22
**liaise (1)**
146:20
**liaison (4)**
35:25;36:4;70:4;
73:22
**Lick (1)**
38:8
**likely (3)**
54:24;130:22;
133:2
**limited (3)**

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.
SCOTT DOLSON
July 28, 2025

52:15;60:20;
105:15
**line (7)**
44:4;56:11;60:12;
89:25;100:17;
103:10;144:16
**list (6)**
61:4;106:6;130:8;
140:17,23;141:4
**listed (7)**
41:5;42:23;46:6;
83:9;129:20,21;
130:12
**listen (2)**
16:14;128:22
**literature (1)**
135:25
**litigation (1)**
19:10
**little (6)**
44:4;66:5;104:21;
115:2;131:5;143:19
**live (4)**
5:14;24:1,4;39:18
**lived (5)**
24:6,7;39:12,19,19
**local (1)**
148:20
**located (2)**
4:10;14:7
**locker (29)**
13:14;14:15,18,24;
15:8;26:14;27:5,16;
28:1,15;30:8,20,25;
31:14;37:14,21;
42:17;45:3;67:14;
77:24;78:24;79:8,17;
114:7,16;120:7;
123:1;139:19,21
**logistical (1)**
22:14
**long (12)**
17:22;32:24;33:11;
41:10;59:8,13;84:1,3,
5;90:17;102:17;
120:4
**longer (2)**
17:24;59:23
**look (14)**
41:3;44:23;63:9;
92:9;102:11;105:10;
106:2;108:11;
109:19;121:21,24;
122:20;126:19;138:2
**looking (10)**
42:14;43:9;45:5,
21;56:19;87:21;88:2;
130:17;141:12,13
**looks (1)**
69:9
**losing (1)**
52:12
**lot (11)**

13:19;26:19;39:11;
41:24;42:10;51:19;
52:24;67:9;114:14;
124:16;125:5
**Lots (1)**
118:25
**lumped (1)**
91:18
**lumping (1)**
64:1

### M

**main (4)**
52:23,23;53:5,13
**maintain (1)**
106:7
**maintained (1)**
107:11
**maintaining (2)**
88:24;107:5
**major (1)**
9:20
**majority (1)**
127:8
**making (3)**
53:7,19;124:15
**Maley (28)**
4:18,18;6:3,10,17;
19:23;20:19,25;21:3;
41:11;48:8;59:1;
67:24;73:10;75:10,
12,22;76:1,5;79:3;
84:21;112:19;120:4;
124:9;134:12;
144:25;147:19;
149:18
**Management (1)**
9:21
**manager (59)**
8:6;10:1,8,23,25;
11:13,24;12:5,23;
13:18,21;14:15,19;
15:2;24:24;25:8,12,
16;26:2;30:9;31:22;
36:6;37:3,22;39:6,
25;40:5,10,14;41:5,
23;42:3;43:20;44:16,
19;46:6;51:15,17,18,
19,22;64:15,17;74:2;
86:4,9,12,16;88:23;
99:1;107:20;113:5,8;
118:17;119:14;
123:9;131:24;132:9;
137:13
**managers (29)**
10:14,17,19;11:3,5,
15;12:9;36:17;41:6;
42:3,5,9;45:11;46:10,
12,14,18;51:23,24;
52:1,2;104:6;114:14,
18;126:15,16;137:6,
10,12

**managing (2)**
46:21;49:18
**many (13)**
8:24;12:4;27:24;
33:20;37:7;38:10;
45:12;46:9;56:3;
83:4;118:23;119:21;
125:11
**marked (19)**
40:20;44:10;46:1;
63:5;70:18;71:12,19;
74:21;76:17;83:14;
92:1;93:18;94:2,14;
95:1;96:2;100:5;
121:7,15
**married (1)**
23:12
**mask (1)**
26:17
**mass (1)**
140:23
**matriculate (1)**
51:20
**matriculated (1)**
11:6
**Matt (2)**
23:13;39:20
**matter (5)**
4:2;6:18;135:4;
149:4;150:8
**Mattie (1)**
130:16
**may (6)**
59:20;68:1;75:24;
128:6,6;149:1
**Maybe (20)**
17:24;22:13;25:22;
30:20;38:13;43:7;
55:13;61:23;81:23;
90:11;91:12;103:3;
117:25;118:1,25;
121:2;132:15;146:2,
2;148:22
**Mayo (6)**
60:24,25;95:3;
102:19;106:3;129:9
**McRobbie (1)**
115:16
**mean (14)**
44:7;56:6,15;57:3,
11;82:3;87:11,23;
88:9,14,15;90:15;
107:19;121:23
**meaning (2)**
27:21;38:21
**means (2)**
51:6;92:18
**media (7)**
40:25,25;44:12,17;
46:3;63:7;117:14
**medical (73)**
30:2;43:18;46:16;
56:17;57:14,15;58:3,

10;59:5,10,15;60:2,4,
11;61:17;62:8,13;
71:2,4;84:6;86:5;
89:5,8,15,22;90:2,18,
21;91:5;96:25;
100:15,18,22;104:25;
107:9,16;108:12,18,
20;109:10;110:20,
22;111:6,10;112:3;
117:3;120:4;122:8;
126:24;127:3,16;
128:5,13;129:9;
130:9,19,21;131:3,6,
8,17,20,25;132:6,8,
14;134:18;135:19,
25;136:6;138:1;
142:6;147:14
**medications (1)**
5:18
**medicine (37)**
8:8;55:19,22;56:6,
23,25;57:23;60:10,
20,24;61:3,15;95:4,7;
100:8;101:5,8;103:6,
24;104:9,14;105:11,
12;106:14;109:11,
24;111:8;112:4,25;
116:19;124:18;
127:24;128:12;
129:10;130:11,14;
141:17
**meet (3)**
18:11;22:14;84:8
**meeting (4)**
54:4,7;80:11;112:3
**meetings (4)**
22:16;53:22;147:1,
5
**Meier (2)**
24:14;43:1
**member (7)**
22:17;104:9;111:8;
112:3;116:11,19;
117:2
**members (9)**
28:3;69:16;70:22,
25;71:1;102:15;
103:23;105:12;123:3
**Memorial (1)**
127:10
**memories (1)**
80:4
**men (1)**
83:24
**men's (70)**
9:24;10:22;12:23;
13:22;23:6;24:9,19,
23;25:5,9;31:21;
34:6;35:6,8,15,16,22;
36:3,6,10,24;37:6;
38:7;39:25;51:11;
54:11,15,19,24;55:5,
10;63:11;65:9;67:5;

10;59:5,10,15;60:2,4,
71:1;86:4,24;87:4,
24;88:10,17,23;93:1,
7,11;97:16;98:17;
101:17,25;102:23;
103:16;107:23;
110:13,23;119:17;
120:12,17;122:10;
123:9,19;125:12;
131:24;133:13;
136:17,25;138:20;
141:8,19;142:2,4
**mentioned (7)**
20:9;60:19;81:22;
86:15;91:11;98:10;
150:11
**message (6)**
21:21,22;23:17,21;
63:15;81:23
**messages (1)**
22:7
**met (1)**
47:13
**Michael (1)**
59:7
**Michigan (1)**
9:9
**microcosm (1)**
55:22
**mid (1)**
8:6
**mid-2020 (1)**
128:1
**middle (4)**
41:14,19,20,21
**might (5)**
29:12;50:4;112:6;
115:2;126:7
**Mike (1)**
74:6
**Miller (10)**
59:20;92:10;95:13;
102:2,2,3,3,10;118:1;
132:7
**mind (1)**
69:7
**Mine (1)**
68:23
**minimum (5)**
85:8;138:1;140:23;
141:4,13
**minute (2)**
48:4;69:22
**minutes (3)**
21:9;81:5;95:12
**mirror (1)**
56:11
**Misconduct/Reporting (1)**
105:16
**misleading (1)**
17:5
**miss (1)**
11:20
**missed (1)**

Case 1:26-cv-01677-MPB-MG    Document 1-2    Filed 08/11/26    Page 51 of 59 PageID #: 76

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

115:24
**missing (1)**
   68:25
**misspeak (1)**
   71:24
**misspoke (1)**
   52:11
**mistake (1)**
   38:12
**mode (1)**
   66:23
**money (1)**
   35:14
**monitors (1)**
   18:9
**more (46)**
   8:21;10:25;11:8;
   12:7,18;18:2;22:13;
   27:4,25;29:4;36:20;
   42:8;50:19,25;51:2,7,
   21;53:18;56:1,1,2,4,
   4,7,11,17;57:1,6;
   63:23;65:12;69:6;
   88:2,15,15,16;91:21;
   101:12;113:16,17,19;
   124:19;135:9;141:1;
   142:1;143:20;148:2
**morning (4)**
   4:9,14;5:7;44:25
**most (7)**
   12:19,19;13:4;
   43:3;131:21;142:24;
   143:2
**Motor (1)**
   32:1
**move (1)**
   60:9
**movie (8)**
   29:14,16,17,22;
   31:1;42:18;44:25;
   45:14
**moving (2)**
   73:16,18
**much (14)**
   13:17;14:3;15:12;
   34:6;41:22;56:1,4,11,
   17;57:6;83:7;114:17;
   124:19;144:11
**Mujezinovic (9)**
   4:3,17;71:16;
   80:20;120:8;145:22;
   146:8,12,16
**Mujezinovic's (1)**
   72:15
**multiple (1)**
   134:6
**multitude (1)**
   10:24
**must (3)**
   107:16,17;109:22
**mutual (1)**
   129:3
**myself (4)**

7:18;26:10;32:20;
   72:7

**N**

**name (17)**
   5:7,10;26:6;72:15;
   77:5;81:12;82:15,21;
   83:9;102:7;117:18,
   25;121:22,25;122:1;
   145:15;146:13
**named (2)**
   34:24,25
**names (6)**
   42:14,16;43:9;
   91:6;120:3;134:9
**nature (2)**
   65:24;66:3
**NCAA (5)**
   12:17;58:19;87:18;
   136:2;146:24
**nearly (1)**
   134:19
**necessarily (2)**
   42:1;66:23
**necessary (1)**
   81:15
**need (7)**
   18:12;25:22;41:13;
   52:8;57:6;73:17;
   148:19
**needed (10)**
   12:14;42:9;43:16;
   64:15;74:10;81:16;
   111:2;124:21;125:9;
   129:24
**needs (2)**
   53:12;112:25
**neighborhood (2)**
   33:14;61:9
**neighbors (1)**
   24:9
**new (9)**
   62:2,6;91:17;
   103:13;125:1,12,23;
   126:3;129:25
**newly (1)**
   106:3
**news (1)**
   63:7
**next (18)**
   9:3;32:6;33:3,15,
   18;45:16;73:4;
   105:23;109:19;
   112:10;127:14;
   129:5;134:3;137:2;
   138:3;139:25;140:6,
   11
**night (2)**
   99:12,12
**Nine (4)**
   8:18,18;9:12;106:1
**nineties (4)**

38:23;39:3;108:5;
   119:24
**ninety-five (1)**
   11:22
**none (1)**
   129:20
**non-renew (1)**
   125:11
**non-scholarship (2)**
   92:21,23
**notarial (1)**
   151:3
**Notary (1)**
   150:4
**note (2)**
   56:10;98:23
**noted (1)**
   150:12
**notes (1)**
   150:14
**notice (1)**
   63:10
**notification (1)**
   20:13
**notified (3)**
   22:16;65:23;126:1
**Nover (1)**
   39:20
**nuanced (1)**
   131:5
**number (21)**
   4:6;21:23;41:3;
   42:11;50:22,25;
   96:19;102:12;
   105:24;107:13;
   109:20;110:16,19;
   111:15;122:4;
   126:20;134:3;
   138:24;139:13;
   140:11;142:20
**numerous (2)**
   84:14;135:16

**O**

**Object (2)**
   79:3;124:9
**objective (1)**
   107:4
**Objectives (2)**
   105:25;106:7
**obligated (1)**
   90:15
**observation (2)**
   127:3;141:15
**observe (10)**
   14:14,24;15:4;
   98:20;103:17;114:3;
   124:1;128:14,23;
   138:18
**observed (5)**
   15:5;30:8;37:8;
   123:9;139:22

**obtain (1)**
   96:23
**obtained (1)**
   63:14
**Obviously (3)**
   74:8;107:19;
   119:12
**occasion (2)**
   27:4;43:17
**occur (2)**
   114:15;140:13
**occurred (2)**
   38:5;137:7
**occurrence (1)**
   123:13
**occurring (1)**
   143:6
**October (1)**
   146:7
**off (15)**
   14:9;26:18;27:18;
   30:19;48:11,13;76:8,
   10;97:7,9;125:1;
   145:1,3;147:20,22
**office (28)**
   13:25;14:6,12;
   16:19,21;19:21;
   62:23;65:23;66:21;
   70:5,7;72:1;73:3,9,
   22;74:14;75:8,18;
   76:24;77:19;81:11;
   89:7;93:23;98:4,13;
   108:12;111:3;149:10
**officer (47)**
   34:13,16,17,20,25;
   46:25;47:6,20;49:4;
   50:1,11;52:21;58:3,
   10;59:5,10,16;60:2,4,
   11;61:18;62:13;70:3;
   71:4;89:22;90:18;
   96:25;100:15,19,22;
   108:13,18,20;109:10;
   128:13;130:9,19,22;
   131:3,6,8,18,20,25;
   132:6,8;138:2
**offices (1)**
   127:9
**official (1)**
   52:6
**often (6)**
   14:17,20;15:7;
   88:17;118:21;135:9
**old (5)**
   8:18,18,18;9:10;
   94:23
**Oliphant (5)**
   24:14,25;36:16;
   39:13,21
**Olympic (1)**
   97:16
**once (5)**
   9:4;43:6;83:20;
   85:2;126:23

**one (40)**
   4:16;7:22;8:22;
   16:20;17:12;19:23;
   27:4;30:7;33:1;
   39:14;41:8,18;45:17,
   19;46:11;53:8;54:16;
   67:13;69:8;78:23;
   79:8,16;89:22;94:2,
   11;95:2;97:21;
   102:19;118:25;
   119:3,22;122:16;
   123:3;126:7;128:3,4,
   20;130:23;139:22;
   140:17
**one-on-one (2)**
   112:13;113:1
**ones (5)**
   22:20;42:24;43:2;
   130:1,7
**only (15)**
   13:9,10;14:11;
   25:15;30:7;32:20;
   40:13;46:11;56:21;
   72:20;88:3;90:15;
   108:12,17;126:9
**onto (1)**
   55:4
**openly (1)**
   136:21
**operating (16)**
   34:13,16,17,20,25;
   46:25;47:6,20;49:4;
   50:1,11;52:21;70:3;
   103:2,13;136:1
**operation (2)**
   49:23;52:16
**operational (1)**
   53:17
**operations (5)**
   49:10;53:3;125:16,
   24;126:14
**ophthalmologist (1)**
   141:25
**ophthalmology (1)**
   142:3
**opinion (3)**
   99:2;111:25;
   112:17
**opportunities (1)**
   55:1
**opportunity (2)**
   47:14;125:23
**order (2)**
   84:8;138:5
**organization (1)**
   33:24
**organizations (1)**
   51:20
**organize (1)**
   51:23
**oriented (2)**
   56:5;57:1
**orthopaedic (2)**

Case 1:26-cv-01677-MPB-MG    Document 1-2    Filed 08/11/26    Page 52 of 59 PageID #: 77

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

91:18;96:7
**others (5)**
63:16;122:7;
123:16;126:22;
148:24
**otherwise (1)**
150:24
**out (26)**
10:10;17:12,16;
45:1,12;60:25;64:16;
66:24;75:14;76:7;
78:23;81:24;82:2,8,
10,12;95:18;98:4;
114:22,24;138:11;
141:4;145:23,25;
146:3;149:11
**outreach (1)**
96:9
**outside (13)**
47:2;56:12;60:2,
14;74:18;90:16;
113:22;115:6;
128:17;130:5;
131:18,20,25
**outsourced (6)**
60:1;91:5,10,13;
131:7;132:13
**outsourcing (1)**
60:15
**over (21)**
8:19;16:3;17:23;
37:5,24;49:9;51:22;
54:14;55:20;91:9;
93:16;103:8;115:4;
116:7;118:23;
120:13;124:24;
131:21;141:18;
143:18;145:23
**overall (1)**
53:1
**overheard (2)**
123:25;124:2
**overnight (1)**
99:7
**oversee (6)**
36:1,2;42:4,5;50:6,
7
**overseeing (5)**
23:5;130:10,23;
131:2,15
**oversees (1)**
109:11
**oversight (4)**
49:9,16;51:22;
131:10
**own (2)**
32:17;93:9

**P**

**package (1)**
40:11
**packages (1)**

51:4
**page (38)**
41:3;42:11;44:24;
45:16;46:7;63:9;
64:5;68:25;69:2;
92:9;102:11;104:13;
105:10,23;107:13;
108:11;109:3,19;
110:16;111:15;
112:10;122:4,21;
126:19;127:14;
129:5;130:17;
132:19;134:3;135:3;
136:9,19;137:2,2;
138:24;139:13;
140:11;142:20
**paid (2)**
7:1;10:3
**paper (1)**
11:18
**paperwork (1)**
57:13
**paragraph (14)**
68:23;102:12;
105:12;122:20;
126:21;127:15;
129:5;130:18;
132:20;134:15;
136:12;139:15,25;
140:6
**Pardon (1)**
68:22
**parents (1)**
90:12
**part (34)**
21:4;33:22;47:20;
52:16;53:17;58:16,
24;59:1;60:7;62:14;
63:1;75:7,21;77:13,
16;84:13;90:5;91:23;
92:7;102:22;104:23;
110:12,21;115:25;
118:6;120:17;
122:13;123:14;
128:8;133:4,5,6,8;
147:12
**participate (8)**
7:3;11:1;30:18;
85:20,25;86:1;95:15;
148:17
**participated (2)**
77:22;95:25
**participating (4)**
27:13;28:21;44:2;
92:16
**participation (2)**
54:24;107:18
**participation' (1)**
140:24
**particular (2)**
45:5;51:9
**particularly (6)**
53:9;55:10;83:3;

128:10;141:15;
144:14
**parties (2)**
150:24;151:1
**parts (2)**
16:16,17
**part-time (1)**
32:8
**pass (1)**
85:23
**past (3)**
5:19;53:24;121:19
**patient (2)**
107:2;112:8
**Paul (1)**
77:6
**pay (3)**
89:8,19;97:24
**paying (4)**
6:4;89:12;92:6;
98:8
**peers (1)**
58:14
**people (21)**
27:24;28:1,7,21;
32:20;45:12,17;
64:21;69:12;74:5;
78:14;101:10;
125:11,20,24;126:5,
9;128:20;133:21;
144:11;148:10
**per (1)**
76:23
**percent (5)**
10:12;11:22;64:23;
73:25;127:13
**perfect (1)**
56:14
**perform (4)**
11:12;93:14;
134:25;135:5
**performed (11)**
26:24;31:3;60:22;
96:16;112:14;
116:24;127:6,9,12;
136:4;144:21
**performing (3)**
27:9,14;117:4
**period (10)**
6:22;35:21;38:22;
74:6,7;91:10;94:1;
113:4;114:12;122:22
**permission (1)**
11:19
**person (11)**
12:15;23:9;42:7,
22;65:5;95:15;
101:20;131:10;
143:2;146:9;150:22
**personal (19)**
17:18;18:15,18,22;
19:1;21:17,20;22:2,
4;64:9,14,16;66:25;

113:17,20;127:20;
128:6,15,16
**personally (5)**
6:13;25:21;66:24;
100:21;110:25
**personnel (1)**
96:10
**persons (1)**
73:13
**perspective (2)**
56:19;62:1
**pertain (1)**
20:8
**pertained (3)**
67:4;92:23;145:21
**pertains (1)**
117:18
**pertinent (2)**
53:12;149:4
**phased (1)**
17:16
**phasing (1)**
17:12
**phone (8)**
16:22,22;21:20,21,
23;22:2,3,5
**photo (2)**
45:17,22
**photograph (1)**
41:6
**phrase (1)**
136:24
**phrased (1)**
55:14
**physical (48)**
28:12,19;29:8;
43:21,24;58:11,17;
62:3;67:7;83:20;
84:9,13,17,19;85:5,8,
11,19;86:7,11;89:1;
92:3,15;93:12;95:7,8,
9,10;96:20;104:2,20;
106:22,24;108:10,21;
109:1;117:23;
122:14,24;123:24;
134:17;135:6,8,18;
138:9;140:14;141:3;
147:12
**physicals (30)**
31:4;57:20;58:25;
66:5;71:10;79:2;
85:2,14;93:8;94:4,8,
22;95:17;96:12,16;
105:2,5;108:2;
110:14;127:6,11;
129:15;135:10;
136:13;137:15;
139:18;140:24;
141:7,11;142:18
**physician (22)**
59:24;63:12;85:25;
87:1,4,7,10,12;88:1,
5,17;89:22;93:8,13;

101:12,15,21,22;
108:25;109:25;
116:16;134:20
**physicians (20)**
43:18;60:1;86:19,
23;87:22;88:10;90:5,
8,8,10,16,21;102:14;
103:17;105:19;
116:13;130:24;
131:3,11,16
**Pieper (1)**
77:1
**Pieper's (1)**
77:5
**Place (6)**
4:10;7:21;84:20;
103:5;107:22;150:10
**placement (1)**
62:15
**places (1)**
58:15
**placing (1)**
104:16
**plaintiffs (2)**
4:16;150:10
**plan (1)**
47:21
**play (15)**
11:3;40:4,6,13;
55:9,15,17;65:10;
84:8;138:6,7,10,17,
22;144:18
**played (3)**
44:3;74:6,7
**player (39)**
25:9,19;26:2,7,18;
27:18;31:10;38:7;
42:13;43:12;65:10;
66:1,14;67:5,14;78:5,
25;79:9,17;99:6,11,
16;118:11;134:7,8,
20;136:11,19;138:4,
6,8,15,21;140:3;
143:15,25;144:5,14,
17
**player-on-player (1)**
120:11
**players (72)**
13:14;14:15,17,25;
15:8;24:10,16;25:6;
26:16,20,21;27:13;
28:15;29:4;30:21;
36:18;37:23;38:3,14,
19,24,25;39:7,11,12;
42:23;45:2,7;67:9,
16;78:7;79:19;93:1,
7,11;100:3;104:20;
105:4,7;110:13;
114:1,9,13,19;119:8,
18,25;122:9,14,21,
24;123:22,24;125:7;
126:10;134:9;135:7,
16,19;136:21,22;

137:10;139:16;
140:1,25;141:20;
142:4;143:18;144:3;
146:12;147:13;148:6
**players' (3)**
77:25;79:12;120:3
**player's (2)**
135:8,10
**playing (5)**
13:24;44:7,8;88:3;
144:15
**please (8)**
4:12,24;5:7;35:11;
48:5;104:13;136:9;
145:9
**point (19)**
33:17;35:21;47:19;
50:21;59:22;70:13;
72:3,10;73:8,15;
91:11;99:24;103:1;
117:11;119:1;
136:11;137:4;138:3,
11
**points (2)**
106:1;129:21
**policies (8)**
8:7;62:7;98:5;
100:8,10,13;111:11;
136:1
**policy (16)**
88:20;102:17,22;
103:12,14;104:14;
105:17;111:12,13,17,
22,24;112:6,11,15;
129:15
**pops (1)**
42:21
**portions (1)**
134:18
**position (8)**
10:3,7;60:4;
100:23;108:18;
130:19;131:4;148:22
**positions (1)**
103:22
**positive (1)**
148:6
**possible (1)**
45:2
**possibly (1)**
82:15
**post (1)**
38:25
**potentially (3)**
35:18;86:25;
111:19
**power (1)**
55:9
**powerful (2)**
142:24;143:2
**practice (22)**
11:1,2,4,13,18,20;
13:24;14:2,20;25:23;

35:19;86:18,22;
92:17;95:16;107:14;
114:12,13;118:19;
119:19;143:15,20
**practices (14)**
11:16,22;13:13;
14:25;57:9,20;60:7,
18;61:2,25;95:4;
106:13,17;129:25
**practicing (1)**
43:23
**Prather (8)**
4:20;6:3,17;19:22;
22:10;23:23;69:13;
77:20
**pre-concussion (1)**
84:15
**pre-interview (1)**
80:7
**Premier (7)**
91:5,14,20,21,23;
132:14,16
**preparation (1)**
21:5
**prepare (3)**
6:25;15:23;80:10
**pre-participation (55)**
28:12;43:21;57:20;
58:11,17,25;62:2;
66:4;67:7;71:10;
79:2;83:20;84:9,13,
17,18;85:1,11,14,19,
24;86:7,11;88:25;
93:8,12;94:3,7,22;
95:10,17,21;96:12,
16;104:20;105:2,5;
106:21,24;108:2,21;
109:1;122:24;
123:24;127:6;
129:14;134:17;
135:6,18;137:15;
138:9,16;140:14;
142:18;147:12
**pre-season (5)**
28:17,19;29:8;
31:3;141:1
**present (14)**
28:1,5,7;36:23;
38:15;43:11;62:8;
92:5;111:18;114:7,
18;139:4,8;150:11
**presented (1)**
150:17
**preserve (1)**
21:11
**president (8)**
32:19;70:15;77:21;
115:10,12,14,15,16
**President's (4)**
53:11,22;54:4,6
**press (6)**
41:1;82:10,12,16,
22;83:15

**pretty (1)**
114:17
**previous (2)**
92:14;124:24
**previously (5)**
37:2;92:2;93:19;
96:3;100:6
**primarily (1)**
86:22
**primary (3)**
90:7;115:22;116:2
**prime (1)**
53:14
**print (2)**
72:4,6
**printed (2)**
72:5,7
**printout (1)**
100:7
**Prior (3)**
130:20;131:6,14
**priority (1)**
85:10
**privilege (4)**
68:3;73:11;75:23;
76:5
**pro (1)**
81:21
**Probably (19)**
9:12;13:11;16:24;
36:19;38:11,24;42:7;
43:6;55:22;56:13;
63:23;66:5;69:9;
78:2;82:25;83:8;
122:19;124:19,24
**procedures (8)**
8:8;100:8,10,13;
103:2,13;111:19;
136:1
**PROCEEDINGS (5)**
48:14;76:11;97:10;
145:4;147:23
**process (13)**
10:9;36:5;56:1,5,5;
57:1,1,12;74:16;
75:21;87:8;98:12;
108:24
**professional (1)**
54:25
**professionalzing (1)**
127:23
**profile (2)**
54:9,16
**program (47)**
11:6,7;23:6;34:7;
35:6,9,25;36:10,25;
37:6;42:4;47:22;
50:20;54:20,21,25;
55:10;56:6,25;60:10;
61:16,17,25;86:23;
95:4;98:17;101:11;
102:23;107:23;
110:23;120:13;

123:20;124:17;
125:14;126:6;
127:24;129:10;
130:15;132:12;
133:13,16,22;136:17,
25;138:19;143:6,9
**programs (7)**
54:9,16;88:22;
103:3;127:1,19;
147:2
**project (1)**
35:14
**projects (1)**
23:9
**promoted (1)**
33:14
**promotion (1)**
33:18
**properly (2)**
109:7,17
**prospective (1)**
18:23
**prospects (1)**
45:8
**prostate (28)**
26:21,23;27:5,10,
14;28:2,16,25;29:11,
17,25;30:10,22;
31:11;37:10,18;
38:16;42:19;43:13;
45:8;58:16,24;66:12;
71:9;77:25;79:11;
114:8;140:18
**protect (1)**
73:11
**provide (12)**
5:7,22;7:25;57:19,
22;87:6,12;89:15;
90:7,21;110:21;
117:7
**provided (10)**
17:11;22:2,5;
79:25;80:4;88:5;
89:12;96:15;105:1;
127:17
**provider (2)**
21:25;112:7
**providers (1)**
102:13
**providing (2)**
57:23;122:8
**provision (1)**
89:19
**psw@iuedu (1)**
70:15
**Public (4)**
9:23;77:8;81:8;
150:4
**publicly (2)**
75:18;146:13
**published (2)**
18:8;50:24
**punch (4)**

119:4,10,10,12
**punches (2)**
118:18;119:19
**purport (1)**
150:18
**purpose (3)**
111:24;112:5,15
**purposes (1)**
76:5
**pursuant (1)**
129:6
**purview (1)**
98:5
**push (2)**
143:19;144:3
**pushed (1)**
143:25
**put (4)**
26:8;80:14;103:5;
142:5
**putting (3)**
66:13;67:15;79:12

### Q

**quick (4)**
48:6;76:4;144:24;
147:19
**quickly (4)**
64:23,25;73:16;
119:11
**quote (18)**
41:1;123:22;
126:22;127:16;
130:20;132:21;
134:6,16;135:4,15;
136:14,20;137:5;
138:4;139:16;140:6,
12,22

### R

**raised (2)**
58:13;144:2
**raising (1)**
35:14
**ran (2)**
42:3;127:3
**range (1)**
23:4
**rarely (1)**
118:22
**react (2)**
67:8;143:22
**reaction (3)**
45:10;66:16,20
**read (14)**
16:2,6;21:4;24:6;
40:18;48:4,21;
118:13,15;121:21,23;
133:5;139:1;145:21
**reading (1)**
128:3

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.    SCOTT DOLSON
July 28, 2025

**ready (2)**
11:1;137:19
**real (2)**
32:11;48:6
**realize (1)**
141:18
**really (27)**
26:18;42:3,4,20,
21;43:14;45:13;
46:17;47:10,12,13;
49:15,23;51:23;53:3;
55:8;57:10;66:22;
74:15;83:3;88:18;
101:19;108:6;119:2;
141:18;144:11;
145:18
**reason (6)**
5:22;93:2;134:21,
24;135:12,22
**reasons (1)**
60:8
**rebounding (2)**
11:2;44:8
**recall (6)**
29:24;45:13;54:7;
69:6;117:20,22
**recalled (1)**
139:25
**receive (4)**
13:25;63:17;71:18;
72:17
**received (17)**
16:9;19:20;20:2,5;
21:10;22:7;29:17;
63:10;65:18;71:25;
72:20;104:8;134:6;
139:17;140:25;
145:12;146:4
**receiving (1)**
19:20
**recently (1)**
131:22
**RECESS (5)**
48:13;76:10;97:9;
145:3;147:22
**recognize (2)**
40:22;44:12
**recollection (1)**
145:15
**recollections (1)**
67:18
**recommend (1)**
97:21
**recommendation (1)**
77:20
**recommendations (8)**
53:7;61:5;62:12;
95:2;102:19;129:13;
130:4,8
**record (27)**
4:1,13;48:11,14,
16;56:21;57:5,9;
64:16;76:8,11,13;

89:5;97:7,10,12;
106:8,10,20;107:5;
145:1,4,6;147:20,23,
25;150:15
**records (9)**
21:11;56:17;57:14,
16;73:23;86:5;88:25;
106:14;107:9
**recount (1)**
31:10
**recounted (1)**
122:22
**recruit (1)**
148:10
**recruiters (1)**
18:24
**rectal (46)**
26:3,6;27:10,10;
29:25;30:1,10,10,22,
22;31:3;37:9,10;
58:16,24;59:2;66:12,
12;71:9,9;79:10,11;
114:8,9;116:20,24;
117:4;118:12;
122:13,18;123:2;
135:5,8,9,17;136:4;
137:7,14;138:22;
139:17;140:2,4,18;
142:17;144:22;
147:11
**rectums (1)**
79:12
**redacted (9)**
72:16,17,20;76:22;
83:5;145:12,14,16;
146:2
**redaction (1)**
94:10
**reduced (1)**
150:14
**refer (3)**
39:2;63:15;139:16
**referenced (1)**
20:20
**referred (5)**
29:19,22;71:15;
126:14;142:11
**referring (12)**
20:10,12,17,22;
21:6;51:11;92:20;
99:10;130:21;
131:14;139:15;
142:23
**refined (1)**
129:24
**reflect (1)**
103:12
**refuse (2)**
80:13;138:21
**refused (2)**
138:6,8
**regard (7)**
6:17;42:10;53:2;

89:11;107:9;115:20;
141:21
**regarded (1)**
140:22
**regarding (1)**
123:1
**regimented (2)**
56:2,7
**regular (9)**
16:23;34:10;35:5,
7;36:9,24;51:18;
109:14;123:13
**regularly (2)**
43:3;109:6
**regulations (1)**
105:13
**related (15)**
19:2,4,8,14;23:10;
32:22;62:7;66:11;
88:25;93:24;98:9;
102:3;139:5,8,21
**relationship (5)**
6:11;98:24;113:18,
20;129:1
**relationships (6)**
38:25;115:4,5;
127:20;128:6,15
**relative (2)**
8:8;150:23
**relatively (1)**
73:16
**relay (3)**
73:12;75:10,23
**relayed (1)**
73:13
**release (5)**
81:3;82:12,16,22;
83:16
**released (1)**
82:3
**relevant (2)**
135:21;136:7
**remained (1)**
34:10
**remember (102)**
5:20;6:24;7:7,14,
17;8:3;13:3;14:8;
15:18,21;17:24;
25:25;26:10,11,13,
14,15;27:1,7,15,20,
21;28:14;29:10,12,
21;30:7,14;31:13;
37:13,14,20,22;38:5,
14;39:23;42:17;
43:10,15;45:4,7,13,
22;52:10;61:20,22,
23;62:5,10,11,16,17,
18;67:12;68:11;
71:22;72:2;78:1,3,8;
79:16,23;80:25;83:1,
2;84:3,5;97:22,23;
98:2,3;99:16,22,22,
24;103:11;117:11,13,

14,15,18,24;118:2,4,
6;119:3,8,22,25;
120:6,10,15,22;
121:4;122:3;123:6;
129:8;139:22;
143:21,24,25;147:8
**remembered (1)**
78:13
**renegotiated (1)**
91:17
**renew (3)**
124:11;125:2,21
**renewed (1)**
126:2
**repeat (3)**
28:13;79:13;82:18
**rephrase (1)**
132:4
**reply (1)**
70:17
**report (41)**
16:3;26:7;67:18;
81:24;82:2,3;92:15;
94:17;95:14;96:5,19;
97:2;100:22;103:20;
104:8;115:9,11,14;
118:6,15;121:17,23;
122:2,12;123:22;
124:4;126:21;
127:16;130:13;
132:21;133:4;134:5,
16;135:3,15;136:20;
137:5,17;138:3;
140:12;148:5
**reported (6)**
49:10;103:18;
118:8;132:22;133:2;
146:13
**reporter (2)**
4:23;5:8
**reporting (6)**
28:18;89:25;
129:16;130:20;
133:7,8
**reports (7)**
11:8;23:9;100:15,
19,20;101:2;102:15
**represent (4)**
4:16;6:22;53:10,20
**representation (1)**
6:15
**representative (2)**
53:13;103:8
**representatives (1)**
7:15
**represented (2)**
6:11,16
**representing (5)**
5:25;6:2,10;7:19;
53:14
**request (1)**
112:2
**require (3)**

14,15,18,24;118:2,4,
6;119:3,8,22,25;
120:6,10,15,22;
121:4;122:3;123:6;
129:8;139:22;
143:21,24,25;147:8
**remembered (1)**
78:13
**renegotiated (1)**
91:17
**renew (3)**
124:11;125:2,21
**renewed (1)**
126:2
**repeat (3)**
28:13;79:13;82:18

83:19;84:25;95:17
**required (7)**
43:20,24;87:6,11;
99:18;108:8;122:14
**requirement (7)**
84:1,2,19;87:18,
19;105:18;107:4
**requirements (3)**
84:6;107:21;
109:13
**requires (1)**
92:13
**resources (3)**
77:1,3;105:14
**respect (2)**
129:4;134:16
**respective (1)**
151:1
**response (1)**
18:11
**responsibilities (7)**
10:22;11:7;23:4;
34:12;52:19;53:2;
128:18
**responsibility (6)**
36:20;42:6;51:21;
53:1,19;104:19
**responsible (5)**
23:3;51:24;100:12;
104:15,25
**rest (5)**
46:11;49:18;51:22;
119:14;123:14
**result (3)**
61:16;62:6;129:17
**retain (1)**
77:13
**retained (2)**
126:13;129:7
**retired (1)**
121:4
**retiring (2)**
124:22,25
**retracted (7)**
63:25;64:2,4,19,
25;65:22;70:14
**Rettig (2)**
15:5,7
**returning (6)**
31:10;109:21,22;
110:5,8;126:9
**reunion (4)**
38:2,8;79:9,17
**reunions (5)**
37:23;43:12;67:15;
78:5,25
**reveal (1)**
19:24
**review (19)**
7:10;15:23;16:1;
60:7,18,22;61:2,15,
21;62:6,13;95:4;
102:20;106:4;

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.                                    SCOTT DOLSON
July 28, 2025

108:20;129:9,12,18;
130:5
**review/physical (1)**
109:23
**reviewed (4)**
69:21;95:12;
121:19;140:12
**reviewing (1)**
48:19
**reviews (1)**
109:5
**Richardson (1)**
22:13
**Richardson's (1)**
139:9
**Ridih (1)**
4:21
**right (35)**
6:15;21:13;25:18,
18;39:7;41:18,20,21;
44:9,17;54:12;56:19;
64:22;78:16,20;
79:19,24;80:1;81:3,
8;87:3;95:25;101:5;
105:5,8,21;107:24;
108:5;119:22;
120:25,25;121:12;
129:22;134:1;146:24
**right-hand (1)**
41:4
**Rink (18)**
15:5,8,11,12,14;
26:16;27:19;37:17;
71:8;74:8;86:17;
91:20;124:22;
126:22;128:14,25;
132:16,18
**Rink's (1)**
141:16
**risk (3)**
135:21;136:7;
147:15
**role (30)**
23:1,14;33:9,15;
35:24;47:1,6;49:7,20,
25;50:9;51:16;52:4,
15,20;59:8,13,18;
66:25;70:1;81:13;
94:21;115:20,22,23;
116:2;119:14;130:3,
8;146:18
**roles (2)**
34:8;132:25
**room (35)**
13:14;14:15,18,25;
15:8;26:14;27:5,16;
28:2,15;30:8,20,25;
31:14;37:14,21;
40:17;42:17,17;45:3,
7,23;67:14;77:24;
78:24;79:8,17;107:1;
114:7,17,22;120:7;
123:1;139:19,21

**roomed (1)**
39:8
**roommate (1)**
40:5
**roommates (2)**
36:15;40:8
**rooms (2)**
112:24;113:1
**roster (6)**
42:13,24;43:10;
44:23;45:6;92:14
**roughly (1)**
132:15
**round (1)**
91:4
**routine (2)**
36:3;58:16
**routinely (2)**
31:2;146:19
**row (1)**
45:19
**run (3)**
32:13;42:15;49:23
**running (3)**
49:14;50:11;53:3

**S**

**safety (3)**
85:9,12,15
**SAITH (1)**
149:22
**same (17)**
13:11;14:3,4;
15:11;16:20;44:21,
22;50:4,16;60:14;
81:8;88:21;101:9;
110:1;128:25;
134:25;135:3
**saw (5)**
15:9;118:6,7;
143:15,17
**saying (3)**
81:23;119:9;
132:10
**scale (1)**
40:16
**scan (1)**
121:24
**scene (2)**
29:16;37:21
**schedule (2)**
110:4,13
**scheduled (3)**
110:8;122:23;
123:23
**scheduling (3)**
36:2;104:19;105:4
**scholarship (1)**
94:4
**school (9)**
9:22,23;40:2;50:4,
6;51:1,8;94:23;

120:14
**schools (3)**
58:15;96:17,22
**Schrader (1)**
133:1
**Scott (5)**
4:2;5:1,9;149:24.5;
150:6
**scouting (1)**
11:8
**scouts (1)**
18:24
**scrimmaging (1)**
44:3
**sdolson@indianaedu (1)**
17:12
**sdolson@iuedu (2)**
17:14,17
**sdolsoniu@gmailcom (1)**
17:21
**seal (1)**
151:3
**searched (4)**
19:1,7,12;20:7
**searching (1)**
93:23
**season (9)**
28:10;36:7,11;
41:2;42:13;44:13;
46:4;50:19;86:25
**season's (1)**
92:14
**second (13)**
19:23;20:22;63:9;
91:19;92:9;102:12;
108:11;109:2;122:7;
136:11;137:4;139:9,
15
**section (2)**
50:22;111:17
**secure (1)**
10:7
**seeing (8)**
15:18,21;42:16;
117:11,15,18;118:4;
143:21
**seem (1)**
128:19
**seemed (1)**
37:16
**selected (4)**
10:10;47:5;93:13;
96:22
**sell (2)**
50:19;51:2
**semester (2)**
31:20,22
**send (1)**
149:2
**Senior (29)**
8:13;10:14,16,19;
12:13,20;13:12,18,
21;14:14;15:10;23:2,

10;25:9;26:24;27:9;
42:3,5;52:1;63:13;
65:25;74:24;80:17;
91:23;101:7;117:3;
142:11;144:21;147:9
**seniors (2)**
12:11;13:9
**Senior's (2)**
37:9;142:9
**sent (7)**
20:15;22:7;63:15;
69:11;117:17;
148:21;149:1
**sentence (7)**
122:7;123:5,8;
139:6;140:6;142:22;
143:4
**sentences (2)**
139:10;140:19
**separate (7)**
6:13;33:23;64:16;
66:24;69:8;127:18;
144:1
**separately (1)**
126:25
**separation (1)**
103:10
**September (5)**
7:10;10:2,8;77:11;
83:16
**seriousness (1)**
66:19
**served (1)**
132:25
**services (3)**
57:23;61:6;89:12
**serving (1)**
127:21
**set (3)**
32:13;105:13;
151:2
**setting (1)**
143:20
**settings (1)**
30:21
**several (11)**
7:14;8:5,7;36:17;
37:23;55:23;64:20;
74:5;84:16;86:23;
113:8
**sexual (3)**
104:8;105:16;
147:6
**share (2)**
82:11;83:3
**shared (2)**
67:25;82:6
**sharing (1)**
74:12
**sheer (1)**
50:25
**Sherron (1)**
120:7

**shifted (2)**
66:22;127:22
**shirt (4)**
41:11,12,15,15
**SHORT (8)**
48:13;76:10;97:9;
102:6;121:2,6;145:3;
147:22
**shortly (5)**
7:12;19:20;20:5;
21:10;34:24
**shoving (1)**
118:25
**sick (1)**
134:7
**side (1)**
35:13
**signature (2)**
150:17,19
**signatures (2)**
109:2;148:9
**signed (1)**
148:14
**significant (1)**
36:24
**Similar (4)**
37:14,15;70:3;
98:11
**sit (4)**
56:10;57:4;59:19;
73:1
**sitting (1)**
57:4
**situation (6)**
111:12;113:7;
116:15;117:19;
138:2;143:23
**situations (5)**
13:20;53:9;119:17,
21;143:22
**sixteen (2)**
125:20;126:5
**sixty (1)**
146:6
**size (2)**
123:19;142:8
**skimmed (1)**
16:2
**skip (1)**
16:16
**slate (1)**
125:1
**Sloan (7)**
24:13,25;36:16;
39:15,16,20;43:2
**small (1)**
149:5
**Smith (1)**
133:1
**smoothly (1)**
49:14
**social (3)**
30:21;36:20;

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

**117:**14
**socialize (3)**
24:16;113:21;
115:6
**sold (1)**
60:15
**somebody (4)**
99:25;101:1;119:4,
10
**somehow (1)**
117:24
**someone (6)**
31:9;100:1;112:2;
117:16;119:3;144:14
**sometime (1)**
146:5
**Sometimes (2)**
12:16;86:17
**Somewhere (5)**
33:14;39:1;61:11;
63:3;125:20
**son (2)**
32:23;113:13
**soon (1)**
20:5
**sophomore (4)**
24:7,7;31:10;44:14
**sorry (16)**
8:18;15:19;30:5;
51:12;52:10,11;62:5;
75:11;87:17;91:15;
102:8;120:21;125:7;
132:4;139:10;148:2
**sort (3)**
57:12;84:12;88:8
**sought (1)**
58:9
**sound (1)**
99:23
**south (1)**
127:10
**Southern (1)**
4:5
**speak (4)**
69:13;137:9;
141:10;144:5
**special (4)**
11:19;12:17;23:8;
90:13
**specialist (1)**
90:11
**specialty (1)**
90:8
**specific (2)**
40:15;65:12
**specifically (9)**
38:18;55:11;61:22;
62:10;63:8;78:23;
100:11;121:24;
141:21
**specifics (3)**
62:18;75:15;
106:16

**specifying (1)**
140:13
**speculate (5)**
22:12;43:14;
112:16,20;134:13
**spell (2)**
61:13;77:5
**spending (1)**
99:11
**sport (15)**
9:18;35:22,24;
36:1;65:5,8;85:7;
86:1;101:21;104:17;
107:6;110:4;127:8;
141:8;147:10
**sports (54)**
8:8;51:9,10;55:19,
22;56:6,23,25;57:23;
58:23;60:10,20,24;
61:3,15;83:23;85:6,
20;86:21;95:4,7;
100:8;101:4,8,11,19;
103:3,6,24;104:9,14;
105:11,12;106:14;
109:11,24;111:8;
112:4,25;116:19;
124:18;126:25;
127:19,23;128:11;
129:10;130:10,14;
138:10;140:16;
141:2,11,17;146:20
**SS (1)**
150:1.5
**Stadium (1)**
127:10
**staff (32)**
13:15;23:8,14,15;
28:3;35:15;42:8;
44:20;45:18,21;
69:19;87:8;101:5;
102:16;103:24;
104:9;105:11,13;
109:24;110:5;111:9;
112:4,25;114:16;
117:3;123:3;125:17,
19;126:11,14;128:5;
136:14
**stand (1)**
143:19
**standard (8)**
58:6;88:20;103:2,
13;135:18;136:1;
141:14;147:12
**standardize (1)**
87:3
**standardized (2)**
128:11;140:13
**standardizing (2)**
87:22;127:23
**standards (3)**
57:8,19;141:5
**standpoint (1)**
63:21

**start (7)**
33:6;41:17;84:23;
90:20;124:21,25;
125:9
**started (11)**
7:10;17:25;19:19;
20:6;36:12;46:24;
56:18;57:15;102:18;
108:4;121:5
**starting (2)**
75:7;125:15
**STATE (2)**
150:1,5
**statement (10)**
55:6;65:21;82:10;
127:2;128:2;130:25;
134:22;135:13,23;
137:8
**states (2)**
123:22;147:11
**stats (1)**
11:4
**status (2)**
52:3;113:25
**stay (5)**
33:20;99:25;134:7,
10;149:11
**stayed (4)**
99:6,19,20;100:1
**steel (3)**
74:10,11;81:16
**Stenograph (1)**
150:14
**step (1)**
76:7
**Stephen (9)**
64:9;69:24;70:2;
100:25;149:1,6,9,11,
13
**stepping (2)**
16:20,21
**steps (1)**
148:9
**Steve (6)**
24:13,14;40:5;
43:1,5;72:10
**still (14)**
25:3;42:24;43:4,6;
49:15;52:13;58:4;
74:8;86:18;87:9;
91:13;121:3;131:10;
138:22
**stitches (5)**
13:25;14:5;43:16;
89:7;111:2
**stop (1)**
36:6
**stops (1)**
53:5
**store (1)**
32:15
**stored (1)**
57:16

**storing (1)**
88:25
**strategy (5)**
73:15,18,19;75:7,
19
**strength (2)**
124:17;125:3
**strenuous (1)**
85:5
**stress (1)**
141:21
**Strickland (2)**
15:5,7
**strictly (1)**
46:16
**strong (2)**
115:3;129:3
**structure (2)**
129:16;130:21
**student (89)**
9:11;18:20;24:5,
17,20,24;25:8;26:1;
27:22;30:9;37:3;
38:21;44:16,20;
45:18,21;46:6,9,10,
11,15;50:19,22;51:3,
4,15,17,18;54:23;
55:3,8;57:16,24;
61:6;62:21;63:8,14;
65:2,2,6;69:21;
83:19;84:7;85:1,9,12,
16;86:5,8,12,15;89:1,
13,16,20,25;90:11,
21;95:18,24;105:1;
106:11,20;107:10;
108:22;109:14;
110:22;111:4,5,9;
112:1,24;113:5;
116:21,25;117:4;
118:9,17;119:13;
131:12;137:6,13;
142:5,17;143:7,11;
144:16,22;145:15
**student-athlete (3)**
106:8;109:22;
110:20
**student-athletes (4)**
107:16,17;109:21;
110:5
**students (9)**
10:20;28:8,17;
46:19;51:2,7;110:2,8,
9
**style (2)**
133:19;144:10
**submitted (1)**
146:9
**subsequent (1)**
135:11
**subsequently (4)**
35:20;64:3;81:10;
91:16
**subset (1)**

**12:**9
**substance (1)**
117:20
**substances (1)**
5:18
**succession (1)**
47:21
**sued (1)**
20:14
**suggest (1)**
148:24
**suggested (1)**
138:6
**suggesting (1)**
147:14
**suggestive (2)**
135:20;136:6
**Sulkoske (1)**
150:4
**summarize (1)**
48:22
**summary (4)**
16:9;30:12;74:19;
144:7
**summer (1)**
8:19
**supervising (3)**
130:23;131:2,16
**support (2)**
148:11,15
**supposed (1)**
108:2
**sure (42)**
10:12;17:15;28:14;
30:15,17;33:17;
34:22;44:1;46:20;
48:2,7,10;50:23;
52:9;55:18;59:20;
64:23;72:1;79:14;
87:20;90:25;99:15;
104:23;108:6,23;
109:6;112:6,16;
117:10,17;118:25;
119:22;123:16;
127:13;129:23;
133:15;137:11;
138:13;141:11,14;
142:7;144:25
**swear (1)**
4:24
**sworn (2)**
5:2;150:7
**symptoms (3)**
135:20;136:6;
147:14
**synonym (1)**
95:10
**system (4)**
51:6,21;57:6;90:17

---

**T**

---

**Taliaferro's (1)**

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.                    SCOTT DOLSON
July 28, 2025

117:25
**talk (19)**
20:10;39:22;68:8,
12,14;69:16,19;
70:20,22,25;71:4;
73:2;80:17,22;82:14;
96:14,15;128:21;
142:16
**talked (5)**
30:21;37:2;40:8;
116:20;123:12
**talking (15)**
20:25;21:12;25:6,
11,15,16;26:11;30:3;
39:2;45:24;74:12,15;
78:14;130:18;143:16
**talks (3)**
129:5;136:11;
148:5
**tasks (1)**
10:24
**team (67)**
9:25;12:1,10,24;
13:22;24:20,23;
36:15,18;39:25;
43:18,23;46:16,21;
47:12;55:5;58:23;
63:12;71:2;85:20;
86:18;87:4,6,11,13,
17,22;88:11,12;
95:19;97:16;98:16;
99:2;101:12,14,21,
22,25;102:5,9;
103:17;104:24;
105:19;107:20;
111:9;116:13,15;
120:18;121:3,4;
122:11;123:10;
126:23,24;127:3,17,
21;128:8;129:16;
130:23;131:3;
133:23,25;134:20;
135:11;147:6,10
**teams (2)**
86:19;101:14
**team's (1)**
132:22
**telling (3)**
70:13;105:7;136:3
**ten (5)**
8:17;17:24;34:15;
61:9,12
**tendered (2)**
92:14,19
**tenure (4)**
127:18;128:9;
134:20;138:20
**terminate (2)**
124:8;125:11
**termination (2)**
124:5,10
**terms (6)**
11:8;57:8,12;

74:11;75:15;85:12
**test (1)**
84:15
**testified (12)**
5:4;17:1,4,7;67:13;
75:3;76:18;82:9;
92:22;93:22;99:6;
145:11
**testify (1)**
5:20
**testimony (10)**
5:23;15:24;16:6,8,
9;92:5;93:3;128:20;
149:20;150:15
**testing (8)**
37:17;141:20,22,
23,24;142:3,3,5
**tests (1)**
84:14
**texted (1)**
22:17
**Thanks (3)**
15:23;147:18;
149:17
**therapists (1)**
104:2
**thereafter (1)**
150:16
**thinking (5)**
7:11;29:5;67:8;
118:2;126:7
**third (4)**
64:5;73:13;126:21;
139:9
**thirty-six (1)**
119:15
**thorough (1)**
61:1
**though (2)**
43:23;44:5
**thought (8)**
40:9;47:13;64:1,
22,24;92:22;100:17;
124:16
**Three (6)**
9:1;10:14;12:16;
32:2;41:18;124:24
**threw (1)**
119:3
**thrilled (1)**
41:16
**throughout (3)**
35:4;110:11;
119:14
**throwing (1)**
119:18
**thrown (2)**
118:18,24
**thumb (1)**
40:16
**Thursday (4)**
75:3;76:19;92:4;
99:5

**ticket (1)**
51:5
**tickets (3)**
50:19,22;51:3
**tight (1)**
73:1
**Tim (29)**
4:22;16:11;23:18;
32:7,10,12,16,20,22,
24;41:23;42:4,7;
70:20;74:8;81:8;
99:9;100:2;113:9,13,
19;114:25;124:23;
132:24;133:7;
136:22;137:5,17;
139:16
**timeframe (1)**
119:23
**timeline (2)**
35:9;75:14
**times (11)**
12:4;20:9;29:24;
37:7;38:10;43:12;
55:24;78:5;98:10;
114:19;123:25
**timing (1)**
20:2
**title (5)**
52:6;59:21;101:9;
105:15;111:12
**titled (1)**
95:6
**Today (9)**
4:8;5:23,25;6:18;
15:24;58:4;78:20;
79:16;139:23
**Todd (5)**
22:13;24:13,14;
39:22;43:1
**together (2)**
37:22;47:15
**told (14)**
21:11;31:13;40:12;
78:19,20;79:16;
81:14;82:6,8,10;
97:19;106:4;120:9;
123:22
**tomorrow (1)**
136:15
**tomorrow' (1)**
137:19
**ton (1)**
52:25
**Tony (6)**
4:20;6:3;7:15;
19:22;22:10;77:20
**took (1)**
31:20
**top (4)**
54:16;85:10;134:5;
140:11
**topic (8)**
26:5;37:11;58:20;

67:15;68:10;71:5;
92:6;114:4
**topics (4)**
61:24;62:12;78:19;
79:18
**totally (1)**
98:4
**touch (1)**
25:3
**tournament (2)**
12:17;88:4
**toward (1)**
127:22
**towards (1)**
137:4
**track (2)**
52:12;94:6
**trainer (16)**
46:6,11,13,15;
104:15,24;110:6;
111:4;116:18;
123:23;124:18;
132:23,23;136:21;
137:5,24
**trainers (14)**
46:9;56:16,21;
102:14;103:18,25;
104:17;105:21;
114:18,23;125:4;
126:15,17;132:25
**trainer's (2)**
104:18;110:21
**training (6)**
107:15;108:3;
114:22;122:9;
124:18;136:14
**transition (2)**
91:12;131:22
**Transportation (3)**
110:19,22,24
**transported (1)**
111:2
**transporting (2)**
111:5,9
**travel (13)**
12:1,10,12;15:14;
86:19,23;87:2,9;88:7,
11,16,17,21
**traveled (4)**
13:4,11;86:16;
88:10
**traveling (3)**
87:5,22;88:1
**treadmill (2)**
26:17;27:18
**treatment (3)**
62:8;89:1;99:18
**treatments (2)**
111:19;112:13
**tried (1)**
11:12
**tries (2)**
58:5;95:18

**trip (2)**
11:9;12:16
**trips (1)**
112:23
**Trp (2)**
102:6,8
**Trpmeyer (1)**
102:7
**true (10)**
49:5;104:18;116:9;
128:2,7,23,25;133:4,
6;150:15
**trust (1)**
127:21
**Trustees (3)**
4:3;23:22;69:17
**truth (5)**
5:3,3,4;32:3;150:7
**truthfully (1)**
5:20
**try (4)**
55:9;84:24;94:6;
125:25
**trying (6)**
52:10;66:23;76:1;
82:18;87:2;138:11
**tryout (8)**
9:18;92:17;95:6,9,
16,22,24;108:10
**tryouts (1)**
95:21
**turn (10)**
42:11;104:13;
105:23;108:9;
110:16;112:10;
122:4;136:9;138:24;
145:9
**Turner (4)**
6:21,22;7:19;80:11
**Turner's (1)**
7:1
**twelve (6)**
11:5,15;61:10,23;
62:11;103:3
**twenty (3)**
12:7;91:4,10
**twenty-four (1)**
5:19
**two (15)**
13:9;15:12;25:1;
32:20,25;41:18;43:8;
54:16;59:9;63:24;
101:10;124:16;
126:10;132:24;
140:19
**type (1)**
42:1
**types (3)**
35:7;36:14;96:11
**typewriting (1)**
150:14
**typically (1)**
139:18

Case 1:26-cv-01677-MPB-MG    Document 1-2    Filed 08/11/26    Page 58 of 59 PageID #: 83

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.

SCOTT DOLSON
July 28, 2025

## U

**ultimate (1)**
42:6
**ultimately (7)**
10:10;17:15;34:13;
53:19;91:8;100:12;
101:4
**under (13)**
6:14;26:5;34:14;
52:25;60:3;105:10,
25;107:13;108:11;
109:21;122:6;
127:24;150:14
**undergo (3)**
138:9;140:1,4
**undergoing (1)**
31:11
**undergraduate (4)**
10:19;24:2,17;30:4
**underlie (1)**
69:15
**underlined (1)**
112:12
**Understood (2)**
50:18;67:3
**undertaken (1)**
126:25
**undue (2)**
90:3;103:8
**uniformily (1)**
116:9
**unique (1)**
51:6
**United (1)**
147:11
**universities (2)**
96:10,21
**University (72)**
4:4,19;6:4,8,12,14;
7:2,18,23;8:16,25;
9:3,11,14;17:11;18:1,
16,20,23;19:5,13;
21:10;22:2,5;26:3;
36:22;37:7;48:20,23;
54:10,15;55:12;
57:25,25;58:2,2;
59:25;60:12;61:16;
62:21;65:18;80:3;
82:17,21;83:18;84:7;
85:21;86:2;89:11,17,
19;90:20;92:12;93:5,
6,13;95:7;97:3,24;
98:8;100:7;105:14,
16;110:12;111:8,11;
112:18;119:16;
124:12;142:25;
144:20;146:19
**University's (3)**
58:8;90:19;141:3
**unless (2)**
70:7;74:13

**unquote (1)**
41:1
**unredacted (1)**
72:18
**unusual (1)**
144:5
**up (35)**
9:6,8;12:22;22:16;
26:8;32:13;36:23;
38:1,16;43:12;45:14;
51:3,20;55:15,17;
62:17;67:14;72:2;
78:5,13,24;79:9,17,
19;81:6,9,24;82:4;
91:6;119:8;130:11,
17;136:15;143:19;
149:10
**updated (1)**
103:12
**upon (2)**
61:21;124:15
**upperclassmen (3)**
28:22,24;31:9
**upset (3)**
82:15,21,24
**use (16)**
18:5,15,18,22;
30:1;37:9;67:6;81:1;
82:23;90:16;94:2;
96:5,11;108:12,17;
133:18
**used (7)**
17:22;29:10;53:18;
57:23;92:24,25;94:7
**using (2)**
21:17;78:6
**utilize (1)**
90:12

## V

**various (3)**
18:5;98:11;115:25
**Varsity (23)**
33:5,6,12,16,20,21,
22,24;34:3,8,11,12,
16,25;35:5;36:12;
47:2;52:7,14;85:20;
86:1;101:11;120:24
**Vaseline (1)**
137:18
**Vehicles (1)**
32:2
**verify (1)**
150:19
**verifying (1)**
108:8
**version (2)**
76:22;94:23
**versus (3)**
4:3;50:1;66:9
**via (1)**
76:23

**vice (1)**
32:19
**video (2)**
4:2;16:8
**VIDEOGRAPHER (13)**
4:1,23;48:11,16;
76:8,13;97:7,12;
145:1,6;147:20,25;
149:20
**view (4)**
54:24;81:15;
124:19;141:12
**violence (1)**
120:11
**visible (1)**
72:15
**visit (1)**
112:3
**visited (1)**
14:11
**visiting (2)**
87:6,13
**visits (2)**
40:3;113:1
**volunteered (2)**
81:11,13

## W

**walking (1)**
119:8
**walk-on (1)**
126:10
**walls (1)**
74:11
**wants (1)**
51:4
**warning (2)**
28:24;29:6
**watch (2)**
16:14,17
**watched (2)**
16:8,24
**way (10)**
16:18;55:4,13;
60:9;100:23;108:8;
134:25;143:18;
148:10,17
**Wayne (1)**
6:21
**ways (2)**
129:25;144:1
**wear (1)**
26:17
**website (3)**
18:8;48:1,20
**week (3)**
16:12;75:4;82:9
**weight (2)**
107:15;108:3
**Wendi (1)**
150:4
**West (1)**

4:10
**what's (1)**
73:4
**whatsoever (1)**
149:8
**Whenever (3)**
34:22,23;48:8
**Whereas (1)**
53:6
**WHEREOF (1)**
151:2
**wherever (1)**
50:16
**white (3)**
41:11,12;130:16
**Whitten (2)**
115:10,14
**Whitten's (1)**
70:15
**whole (4)**
5:3;61:4;67:9;
69:12
**Who's (1)**
136:14
**wide (1)**
23:4
**Wilkerson (1)**
120:7
**window (1)**
121:2
**wish (1)**
55:16
**withdraw (1)**
95:23
**within (12)**
7:9;36:3;52:4;
54:16;55:23;63:24;
64:23,24;68:9;73:13;
123:2;146:23
**without (1)**
121:18
**witness (6)**
4:24;5:2;20:20;
137:21;139:3;151:2
**witnessed (1)**
38:2
**witnesses (1)**
132:21
**women (1)**
83:24
**women's (9)**
23:5,7;54:12;87:1,
24;88:11,18;101:17;
102:5
**wondering (3)**
42:14;121:10;
145:13
**Woodson (1)**
74:6
**word (2)**
81:2;82:23
**words (2)**
29:10;133:18

**work (21)**
7:1;10:5;12:8,23;
22:24;32:24;33:11;
47:15;55:3,8,11;
60:11;64:18;89:21;
90:10;98:12;113:2,
22;114:25;115:7;
132:16
**worked (9)**
32:1,7,10;34:2;
35:5;59:24;74:2;
114:23;149:9
**working (11)**
31:21;32:8;36:6;
46:24;47:19;55:15,
17;113:8,17,19;
131:11
**works (3)**
18:9;104:11;116:4
**wrestling (2)**
101:18;102:9
**writing (2)**
11:19;148:18
**wrongdoing (1)**
62:20

## Y

**year (23)**
7:8;8:22;9:4,16;
12:20;13:8,10,12,23;
24:6,7;27:21;40:18;
41:2;44:14;48:2;
59:23;83:21;85:2;
91:10,19;108:22;
147:13
**years (53)**
8:17,18,18,24;
10:25;12:24;13:3;
14:18;15:1;17:24;
24:4;25:17;30:4,8;
31:16,19;33:1,2,13,
20;34:1,15;37:2,5,24;
39:7;49:3;53:25;
54:14;55:20;56:18;
59:9,14;61:9,12;
65:14;91:4;93:5,16;
99:1;103:4;113:8;
115:1,4,4;116:7;
118:23;119:13,15;
120:13;124:24;
131:21;135:11
**young (1)**
136:5

## Z

**Zach (1)**
4:20
**zero (2)**
81:25;148:23
**zone (1)**
127:10

HARIS MUJEZINOVIC, et al. VS
THE TRUSTEES OF INDIANA UNIVERSITY, et al.
SCOTT DOLSON
July 28, 2025

**Zoom (2)**
16:12,19

---

**1**

**1 (1)**
48:25
**1:15 (1)**
97:13
**1:24-cv-01827-TWP-MG (1)**
4:7
**10 (21)**
50:5;53:15,15;
57:7,19,22;58:2,5,9,
14;77:11;83:16;
87:19;103:1,3,13;
106:18;110:19;
126:19;136:2;146:23
**10:55 (1)**
48:12
**10's (1)**
58:10
**11:09 (1)**
48:17
**11:54 (1)**
76:9
**11:56 (1)**
76:14
**12:31 (1)**
97:8
**15 (1)**
111:17
**1522 (1)**
102:12
**1523 (1)**
104:13
**1524 (1)**
105:10
**1525 (2)**
105:24;107:13
**1526 (1)**
109:20
**1529 (1)**
110:16
**1530 (1)**
111:15
**1531 (1)**
112:10
**16 (3)**
92:2,10;95:13
**17 (4)**
93:19;94:2,12,24
**1772 (1)**
42:11
**1773 (1)**
41:3
**1777 (1)**
44:24
**1792 (1)**
46:7
**18 (6)**
94:15,19;95:2,6;
108:9,16

**1900s (1)**
84:4
**1966 (1)**
5:13
**1971 (1)**
65:15
**1981 (1)**
132:25
**1984 (8)**
9:17;10:2,8;13:1;
36:23;38:23;39:3;
57:15
**1984/1985 (4)**
41:2;42:13,24;
43:10
**1985 (1)**
45:1
**1985/1986 (2)**
44:13;45:6
**1987 (1)**
13:6
**1987/1988 (3)**
36:7,11;46:4
**1988 (5)**
13:1;31:19,22,25;
51:15
**1988/1989 (1)**
46:21
**1990 (3)**
33:8;34:2;36:12
**1990s (1)**
136:12
**1991 (1)**
39:9
**1992 (1)**
38:25
**1992-ish (1)**
39:4
**1993 (1)**
39:1

---

**2**

**2 (1)**
105:25
**2:41 (1)**
145:2
**2:52 (1)**
145:7
**2:57 (1)**
147:21
**20 (1)**
96:3
**2000 (2)**
65:16;120:24
**2002 (1)**
132:15
**2003 (1)**
132:15
**2009 (1)**
127:25
**2010 (2)**
34:21,23

**2014 (1)**
133:1
**2017 (5)**
129:6,12,18,20;
130:4
**2020 (3)**
34:2,21;49:1
**2024 (23)**
7:11,11;20:16;
63:3,13,16,22;64:7;
65:3,18;67:4,19;68:6,
10,19;69:15;71:6,19;
77:11;80:19;83:16;
146:6,7
**2025 (2)**
4:8;151:4
**21 (2)**
63:16,22
**217 (1)**
4:10
**22 (1)**
64:6
**25 (4)**
100:6;102:11;
107:13;109:19
**26 (3)**
40:21,22;42:12
**27 (1)**
44:11
**28 (5)**
4:8;46:2;71:19;
80:19;146:6
**29 (3)**
5:13;47:24;48:19

---

**3**

**3:06 (1)**
149:21
**3:53 (1)**
148:1
**30 (4)**
63:6,9;64:5;69:22
**31 (5)**
68:17,18;69:11;
70:11,18
**32 (12)**
71:13,19;72:8,19,
22;74:22,25;76:18;
83:15;145:9,11;
146:5
**33 (2)**
121:8,12
**34 (12)**
121:16,19;122:4;
126:19;127:15;
132:19;134:4;
136:10;137:3;
138:25;139:14;
142:21
**3493 (1)**
122:4
**3505 (1)**

126:20
**3506 (3)**
127:14;129:21;
130:17
**3507 (1)**
129:21
**3511 (1)**
132:19
**3512 (1)**
134:3
**3521 (1)**
136:9
**3522 (1)**
137:2
**3525 (1)**
138:24
**3536 (1)**
139:13
**3537 (1)**
140:11
**3541 (1)**
142:20

---

**4**

**4 (1)**
107:13
**4th (1)**
151:3

---

**7**

**7,500 (1)**
51:3
**7,500-ish (1)**
50:23

---

**8**

**8:06 (1)**
64:6
**812369-5347 (1)**
21:24
**84 (4)**
139:1,6,10,11

---

**9**

**9:40 (1)**
4:9

---