# Exhibit C



March 15, 2026

To Whom It May Concern:

This letter pertains to my interactions with and observations of Tim Garl, former Indiana University Men's Basketball Athletic Trainer, during my tenure as Men's Basketball Head Coach at Indiana University from 2021-2025. During this time Tim served as my athletic trainer, which included daily interactions regarding the health care treatment of illnesses and rehabilitation of injuries for the men's basketball players, including both the coaching and support staffs. These daily communications allowed me to observe Tim's medical care skills, dedication, passion and professionalism in his job. I felt comfortable with his decisions regarding the best practices for the health and safety of our athletes. The Big Ten men's basketball season is long and demanding physically, so keeping our athletes healthy is critical to team success.

I have spent my entire career as both a player or coach in college or NBA basketball spanning now 50 years, as I became the current associate head coach for the Sacramento Kings after leaving Indiana University last year. My career in basketball has enabled me to experience and observe sports medical care at the highest level by the top medical practitioners in both college and the NBA. Tim's skills, passion of care and professionalism are comparable to those top professionals I have encountered. In fact, I know that Tim is one of the most well-respected athletic trainers in college basketball and worked with other athletic trainers at Indiana University to provide the best standard of care for our athletes.

During my time as head coach for Men's Basketball at Indiana University, I gave Tim Garl superior performance evaluations. I know that he has had a positive influence on the Indiana University men's basketball team, staff and athletic department. Any suggestion that he is not at the top of the Athletic Training profession is completely wrong.

Sincerely,

Michael Woodson
IU Men's Basketball Head Coach 2021-2025