# Exhibit D

March 16, 2026

To Whom It May Concern:

I had the privilege of working with Tim Garl for the last eight years at Indiana University.  I was the Director of Athletic Performance for the Hoosiers Men's Basketball Team from 2017-2024. During that time, I witnessed firsthand the professionalism, dedication, and exceptional level of care that he brought to the athletes we served.

 What separates Tim Garl from many in the profession is their elite level of clinical care and attention to detail. Having worked with more than 500 professional athletes throughout my career, Tim consistently demonstrated the ability to evaluate, treat, and manage athletes with the same standards expected at the professional level, including NBA and NFL environments. His understanding of injury prevention, rehabilitation, and return-to-play protocols ensured that athletes were always treated with the highest standard of medical care.

 In addition to his clinical expertise, Tim embraced the integration of sport science into daily practice. He understood the importance of data, recovery monitoring, and evidence-based treatment in helping athletes perform at their highest level while minimizing risk of injury. This ability to blend traditional athletic training with modern sport science made him an invaluable member of our performance team.

 Throughout the eight years we worked together, I repeatedly saw Tim go above and beyond the responsibilities of the role. Whether it meant spending extra hours ensuring an athlete received proper treatment, collaborating with coaches and medical staff, or supporting athletes during critical moments in their careers, their commitment never wavered. Their professionalism and genuine care for the well-being of athletes built tremendous trust among players.

Simply put, Tim operates at a professional standard that aligns with the expectations of high-performance environments. His knowledge, attention to detail, and commitment to athlete care make him an outstanding athletic trainer who consistently elevates the performance and well-being of the athletes he serves.

 Sincerely,

Clif Marshall MA, CSCS

National Director of Pro Athlete Training | D1 Sports Companies