# Exhibit E

March 25, 2026

To Whom It May Concern:

I performed athletic training duties alongside Tim Garl in the Cook Hall athletic training room from April 2010 through June 2022. During this time, both the Men's and Women's Basketball teams shared the same facility. While sharing a space could be hectic at times, we worked together effectively to ensure both teams were accommodated as needed. There were never any issues between the teams or the staff; student-athletes were evaluated, treated, taped, and able to perform rehabilitation smoothly. We worked together without incident, and the atmosphere provided a consistent opportunity to interact with both teams.

Tim's top priority is always the student-athlete. He utilizes every resource at his disposal to safely return an athlete to competition. Providing this level of care requires critical thinking, skill, and an in-depth knowledge of injury mechanisms. Tim regularly consulted literature reviews, colleagues, and surgical protocols to seek updated information for specialized or alternative care. This was a daily occurrence that led to many productive discussions, ultimately resulting in the successful return of his student-athletes. His knowledge and skill within the basketball community are unparalleled. To ensure transparency, all updated information and treatments were documented, and both the team physician and coaching staff were informed daily via injury reports.

Finally, there were no observations performed that resulted in negative evaluations; therefore, there were no discussions regarding perceived deficiencies in his skills or knowledge. Tim consistently maintained his professional certification and state licensure.

*Robert E. Black*

Robert E. Black, MS, LAT, ATC
Women's Basketball Athletic Trainer (Retired)