# Exhibit F

25 March 2026

To Whom it May Concern,

I am writing to provide a formal statement of strong professional support for Tim Garl. I have worked closely, for approximately 40 years, in my capacity as a team physician and later as head team physician for Indiana University Men's Basketball.  During this time, Tim was involved primarily in treating our collegiate basketball players. He also treated elite athletes from other universities, other states, and other countries during national and international competitions.

I have had the opportunity to directly observe, interact with, and evaluate Tim's clinical skills, professional conduct, and contributions to athletes, teams, and the broader athletic community. My opinions are based on extensive firsthand experience over decades of collaboration. My opinions are supported by interactions I have had with other physicians who worked with Tim directly and from physicians and trainers who have interacted with him on a local university level, state level, national level, and international level.

Tim Garl has demonstrated unwavering support for the athletes, Indiana University, and his profession. He consistently placed athletes' welfare above all other considerations and maintained a level of commitment that is increasingly rare in modern athletics. His relationships with athletes are characterized by trust, respect, and long-term impact, as evidenced by overwhelming support he continues to receive from former athletes, many of whom have gone on to professional careers and leadership roles in their respective fields.  From a professional standpoint he is recognized at both national and international levels.  He has served in roles involving Olympic teams and multiple United States national teams and international teams. In addition, he is one of the very few that has held leadership positions in evaluating other trainers who have worked for these international teams. His work within his profession has included honors leading to service on Board of Directors of national athletic training organizations.  He also served as the only trainer on the US Olympic Medical Advisory Committee. These roles are reserved for individuals with exceptional expertise, judgment and professional reputation.

In my direct clinical interactions with him I have found him to be highly knowledgeable and consistently engaged in continuing education. He remained current with evolving practices in sports medicine and athletic training throughout this time. When he did not know the answer, he would consult other highly respected trainers and physicians in this field. He would frequently review literature concerning athletes' unusual problems. His approach to assess their care has been proactive and comprehensive with a strong emphasis on injury prevention, early intervention, and safe return to play decision making.

I am not aware of the exact reasons stated for his termination, but I have been led to believe that there were concerns regarding him being "not up to date", difficulties and interpersonal reactions and documentation practices.  I am not aware of the first concern, and we have discussed the other issues previously. These issues were considered minor or nonexistent in my opinion but Tim would always except my recommendations on how to improve his performance.  He would offer comments to me when he felt this would be helpful as we both strived to set a standard for athletes' care. I can unequivocally state that he made me a better physician. Based on my extensive firsthand experience, the potential or hearsay concerns do not align with the individual I have worked with

for decades. On the contrary, he has consistently demonstrated current clinical knowledge and a commitment to ongoing professional development.

He has collaborated effectively with physicians, coaches, athletes, and staff across a wide range of settings including high pressure competitive environments. He has been publicly and privately honored for this work.

His communication in my experience was clear, direct and focused on athlete care and safety as this was always his main focus. His directness is to be admired in our current world where some people try to please everybody regardless of the situation or who is at fault. Importantly, his clinical judgment, work ethic, and dedication have been relied upon by numerous coaches, other trainers, physicians and institutions over many years.

He has a longstanding record of service combined with universal support from athletes and colleagues in stark contrast to the possible concerns cited in his dismissal

In today's athletic environment, we are aware of the potential liability for the university, the athletic department and medical personnel involved in treating elite athletes. Tim always strives to perform in the most ethical and legally professional manner. He refused to cut corners.  He relayed to me once instance where he was extremely upset because he felt significant pressure from a department director to change a medical record. This potentially would have benefited the team and possibly player.  He refused to change but knew it might bring him trouble. I was questioned about changing my medical record regarding the same athlete and felt some pressure.  We both knew it was not appropriate to change the medical record and we did not make a change to the record.

Given his age and timing of these allegations after an otherwise distinguished 40-year career, I believe it is appropriate to consider whether factors unrelated to his actual professional performance may have contributed to the decision to terminate his employment.  Also, the fact that I was retiring from my position as head physician for basketball should not have played any role in the longevity for his employment.

In summary, it is my professional opinion based on decades of direct observation that Tim Garl is an exceptionally skilled, dedicated, knowledgeable, and ethical athletic trainer whose contributions to athletic care, Indiana University, and his profession have been substantial and enduring.

I provide this statement willingly and would be prepared to elaborate further if requested.
I was requested to provide this letter by Tim Garl's attorney.

Sincerely,

Lawrence D. Rink, MD, FACC
Clinical Professor of medicine IUMC
Executive director Lawrence D. Rink Center for sports medicine and technology
Emeritus Chairman Federation of International University Sports Medical Committee