# Exhibit G

To whom it may concern:

I played men's basketball and attended Indiana University. Like so many athletes who aspire to play at the professional level, my experience as a Hoosier prepared me for that opportunity and so much more in life. I am fortunate that I realized my dream of playing at the next level.

One benefit that I experienced was to have athletic trainer Tim Garl directing our health and mental wellness needs. Tim is a person who is revered because in 44 years of distinguished service, he always made himself available at all hours to help us through any setback. His skills, level of professionalism, and his standard of care rivals and coincides with anything I've experienced at the professional level. His commitment to managing our daily needs and referring us to the best medical professionals in the country is the reason so many of us continue to seek his counsel even after leaving IU.

I am an adult and am confident to make this affidavit. I have personal knowledge of the matters stated herein.

Signed,

James Blackmon

Luke Goode

Calbert Cheaney

Jared Jeffries

Yogi Ferrell

Cody Zeller

Joey Brunk

Nick Zeisloft

Devonte Green

Josh Newkirk

Rob Phinisee

Jalen Hood Schifino

Justin Smith

Robert Johnson

Trayce Jackson-Davis

Trey Galloway

To whom it may concern:

I played men's basketball and attended Indiana University. Like so many athletes who aspire to play at the professional level, my experience as a Hoosier prepared me for that opportunity and so much more in life. I am fortunate that I realized my dream of playing at the next level.

One benefit that I experienced was to have athletic trainer Tim Garl directing our health and mental wellness needs. Tim is a person who is revered because in 44 years of distinguished service, he always made himself available at all hours to help us through any setback. His skills, level of professionalism, and his standard of care rivals and coincides with anything I've experienced at the professional level. His commitment to managing our daily needs and referring us to the best medical professionals in the country is the reason so many of us continue to seek his counsel even after leaving IU.

I am an adult and am confident to make this affidavit. I have personal knowledge of the matters stated herein.

Signed,

Signed by:

Mike Roberts

153D0688D7AC476...

Mike Roberts

3/26/2026