# Exhibit H

March 25, 2026

To whom it may concern,

Please accept this letter in support of athletic trainer Tim Garl. I've had the privilege of getting to know Tim during my career of more than four decades at Michigan State University and have great respect for the job that he did at Indiana University for 40-plus years.

Whether it was Coach Knight, or Spartan connections like Coach Sampson, Coach Crean or Dane Fife, Tim earned the respect of the coaches and athletes that he has worked with and has excelled at the highest levels that our sport has to offer. While winning games, gold medals and a national championship, the most important thing to Tim has always been providing exceptional care and service to the IU basketball program. Tim has been a mainstay at IU; his former coaches, athletes and managers often return to visit and seek Tim's opinion.

My observation is that Tim's skills, professionalism and opinions are held in the highest regard in the sports medicine community. I've had a few athletic trainers in my career, and each of them viewed Tim with the utmost regard. My trainer tells me that Tim has even been involved on many committees on the national level that have helped shape the care our athletes receive.

On a more personal note, I have enjoyed my friendship with Tim over the years. He has always greeted me personally on our arrival at Assembly Hall and I always look forward to our conversations about basketball and the landscape of college athletics. Multiple times, I have sought Tim's opinion when we were having issues. That's the ultimate sign of appreciation for his professionalism, skill level and genuine care for what's best for student-athletes. I appreciate the job that he's done throughout the years, and I am sure that many others do too. I am honored to call Tim a friend.

Respectfully,

Tom Izzo